**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

THE SHANE GROUP, INC., et al.,

                                                                    Case No. 10-14360

    Plaintiffs,

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN,

    Defendant.
_____/

MICHIGAN REGIONAL COUNCIL OF
CARPENTERS EMPLOYEE BENEFITS FUND, et al.,

                                                                    Case No. 10-14887

    Plaintiffs,

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN,

    Defendant.
_____/

SCOTT STEELE,

                                                                    Case No. 11-10375

    Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN,

    Defendant.
_____/

CITY OF PONTIAC,

                                                                    Case No. 11-10276

    Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN et al.,

    Defendants.
_____/

## ORDER REGARDING CLASS COUNSEL AND ORGANIZATION PROPOSAL

The various plaintiffs, having informed the Court as to possible agreement regarding how the above-captioned cases will proceed, accordingly, the following schedule will govern the matter:

| | |
|---|---|
| Plaintiffs will submit a proposal for organization of Plaintiffs and Class Counsel by: | April 27, 2011 |
| Defendants will respond to the proposal by: | May 4, 2011 |
| Plaintiffs will submit a proposal of dates governing the matter by: | May 11, 2011 |
| Defendants will respond to the to the proposal by: | May 19, 2011 |
| A hearing on the Hospitals' Motions to Dismiss is set for: | June 7, 2011, 2:30 p.m. |

A Status Conference will be held regarding the proposal after the hearing.

IT IS SO ORDERED.

s/Denise Page Hood
Denise Page Hood
United States District Judge

Dated:  April 28, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 28, 2011, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager