UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE SHANE GROUP, INC., BRADLEY A. VENEBERG, MICHIGAN REGIONAL COUNCIL OF CARPENTERS EMPLOYEE BENEFITS FUND, ABATEMENT WORKERS NATIONAL HEALTH AND WELFARE FUND, MONROE PLUMBERS & PIPEFITTER LOCAL 671 WELFARE FUND, and SCOTT STEELE,<br><br>Plaintiffs, on behalf of themselves and all others similarly situated,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF MICHIGAN,<br><br>Defendant. | Case No. 2:10-cv-14360-DPH-MKM<br><br>Honorable Denise Page Hood |

## STIPULATED ORDER ALLOWING CLASS PLAINTIFFS TO FILE THEIR CONSOLIDATED AMENDED COMPLAINT WITHOUT REDACTIONS UNDER SEAL

The Shane Group, Inc., Bradley A. Veneberg, Michigan Regional Council of Carpenters Employee Benefits Fund, Abatement Workers National Health and Welfare Fund, Monroe Plumbers & Pipefitter Local 671 Welfare Fund, and Scott Steele ("Plaintiffs"), and Blue Cross Blue Shield of Michigan ("Defendant"), by their undersigned counsel, hereby stipulate and agree to the entry of this [Proposed] Stipulated Order allowing Plaintiffs to file their Consolidated Amended Complaint without redactions under seal.

WHEREAS Plaintiffs filed their Consolidated Amended Complaint with the Court (Docket No. 72) on June 12, 2012;

WHEREAS Plaintiffs redacted certain information in the Consolidated Amended Complaint that was taken from documents designated as confidential pursuant to the Stipulated Protective Order Concerning Confidentiality (Docket No. 47);

THE PARTIES AGREE AND HEREBY STIPULATE that Plaintiffs may file their Consolidated Amended Complaint without redactions under seal.

IT IS SO ORDERED.

Dated June 21, 2012

S/ Denise Page Hood
Hon. Denise Page Hood
United States District Judge

Dated:  June 12, 2012

**STIPULATED AND AGREED:**

| | |
|---|---|
| /s/E. Powell Miller | /s/Todd M. Stenerson (w/consent) |
| E. Powell Miller | Todd M. Stenerson |
| **THE MILLER LAW FIRM, P.C.** | **HUNTON & WILLIAMS** |
| 950 West University Drive, Suite 300 | 1900 K. Street, NW |
| Rochester, Michigan 48307 | Washington, D.C. 20006 |
| Telephone: (248) 841-2200 | 202-955-1500 |
| Email: epm@millerlawpc.com | tstenerson@hunton.com |
| | |
| Mary Jane Fait | Joseph A. Fink |
| **WOLF HALDENSTEIN ADLER** | Thomas G. McNeill |
| **FREEMAN & HERZ LLC** | **DICKINSON WRIGHT PLLC** |
| 55 West Monroe Street, Suite 1111 | 500 Woodward Ave., Suite 4000 |
| Chicago, Illinois 60603 | Detroit, Michigan 48226 |
| Tel: (312) 984-0000 | 313-223-3500 |
| Email: fait@whafh.com | jfink@dickinsonwright.com |
| | |
| Daniel A. Small | Robert A. Phillips |
| **COHEN MILSTEIN SELLERS & TOLL PLLC** | **BLUE CROSS BLUE SHIELD OF MICHIGAN** |
| 1100 New York Avenue, NW, Suite 500 | 600 Lafayette East, MC |
| Washington, DC 20005 | Detroit, Michigan 48226 |
| Telephone: (202) 408-4600 | 313-225-0536 |
| Email:  dsmall@cohenmilstein.com | rphillips@bcbsm.com |

Daniel E. Gustafson
Daniel C. Hedlund
**GUSTAFSON GLUEK PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com