**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**THE SHANE GROUP, INC. et al.,**

    Plaintiff(s),                        **CIVIL ACTION NO.:**    10-14360

vs.                                              **JUDICIAL OFFICER:**   HON. DENISE PAGE HOOD

**BLUE CROSS BLUE SHIELD OF MICHIGAN,**              [Proposed Class Action]

    Defendant(s).

_____/

# SCHEDULING ORDER No. 3

The court **orders** the following schedule controlling the progress of this case:

**Class Action Discovery:**
- All class-related certification non-expert discovery must be completed by  April 26, 2013
- Plaintiffs' Class Expert Report and Class Certification Motion must be served by  May 24, 2013
- Defendant's Class Expert Report and Response to the Class Certification Motion must be served by  July 12, 2013
- Plaintiffs' Class Rebuttal Expert Report and Reply must be served by  August 16, 2013
- All expert discovery must be completed by  September 10, 2013
- A hearing on the Class Certification Motion is set for  Wednesday, September 18, 2013, 2:00 p.m.

**Status Conference:**    Tuesday, May 28, 2013, 3:00 p.m.

**Merits Expert Discovery:**
- Plaintiffs' Merits Expert Report must be served by  October 11, 2013
- Defendant's Merits Expert Report must be served by  November 22, 2013
- Plaintiffs' Rebuttal Merits Expert Report must be served by  December 20, 2013
- All Expert discovery must be completed by   January 15, 2014

**Motions:**    No motions other than trial motions **in limine** may be filed after February 14, 2014
- Responses must be filed by   March 28, 2014
- Replies must be filed by   April 18, 2014
- A hearing on any motions timely filed is set for  Wednesday, April 30, 2014, 2:00 p.m.
- Motion practice will be governed by Local Rule 7.1.

**Final Pretrial Conference:***    The final pretrial conference is scheduled for  Monday, May 19, 2014, 2:00 p.m.
Your client(s) or representative with full settlement authority **must** be present at the above conference.
*****A proposed *Joint* Final Pretrial Order (Local Rule 16.2) signed by counsel for all parties shall be submitted to the court by  May 12, 2014
Trial motions in limine must be filed by   May 12, 2014

**Trial:**    Jury Trial is scheduled to commence  Tuesday, June 10, 2014, 9:00 a.m.

**Other Requirements** (See Local Rules at **www.mied.uscourts.gov** and the Federal Rules of Civil Procedures, generally)

1. Submission of Orders, see Local Rules 5.2, 58.1, Appendix ECF
2. Adjournment of any dates must be by leave of the Court either through Stipulation and Order submitted by the parties or, if no concurrence, by Motion

**Dated: April 16, 2013**                                  **S/Denise Page Hood**
                                                               **DENISE PAGE HOOD**
                                                               **UNITED STATES DISTRICT JUDGE**