# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE SHANE GROUP, INC. et al. )<br>)<br>)<br>Plaintiffs, on behalf of themselves )<br>and all others similarly situated, )<br>)<br>)<br>v. )<br>)<br>BLUE CROSS BLUE SHIELD OF )<br>MICHIGAN, )<br>)<br>Defendant. ) | Case No. 2:10-cv-14360-DPH-MKM<br><br>Judge Denise Page Hood<br>Magistrate Judge Mona K. Majzoub |

_____

## STIPULATED ORDER TO EXTEND DEADLINES FOR
## CLASS CERTIFICATION BRIEFING AND EXPERT REPORTS

Whereas, Plaintiffs filed their motion for class certification and supporting papers, including their Class Expert Report, on October 21, 2013;

Whereas, Defendant's opposition to class certification is due under this Court's Scheduling Order No. 4 (Dkt. 123) on December 2, 2013;

Whereas, Defendant seeks to extend the date for its opposition to January 17, 2014, and Plaintiffs consent to that request provided the due date for their class certification reply papers and the subsequent dates in Scheduling Order No. 4 are extended equally;

1

**IT IS HEREBY ORDERED** that:

The time by which Defendant must file its Class Expert Report and Response to the Class Certification Motion is extended from December 2, 2013 to January 17, 2014;

The time by which Plaintiffs must file their Class Expert Rebuttal Report and Reply in support of their Class Certification Motion is extended from January 21, 2014 to March 7, 2014; and

The subsequent dates in Scheduling Order No. 4 are revised as set forth in Scheduling Order No. 5.

Dated:  December 4, 2013                    s/Denise Page Hood
                                                               UNITED STATES DISTRICT COURT

**So Stipulated and Agreed:**

| | |
|---|---|
| s/ Daniel A. Small | s/ Todd M. Stenerson |
| Daniel A. Small | Todd M. Stenerson |
| COHEN MILSTEIN SELLERS | HUNTON & WILLIAMS LLP |
| & TOLL PLLC | 2200 Pennsylvania Avenue, N.E. |
| 1100 New York Ave., NW, Suite 500 | Washington, D.C. 20037 |
| Washington, D.C. 20005 | 202-955-1500 |
| 202-408-4600 | tstenerson@hunton.com |
| dsmall@cohenmilstein.com | P51953 |
| | |
| *Counsel for Proposed Class* | *Counsel for Defendant Blue Cross Blue Shield of Michigan* |

2