UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**THE SHANE GROUP, INC. et al.,**

       Plaintiff(s),             **CIVIL ACTION NO.:   10-14360**
vs.                                           **HON. DENISE PAGE HOOD**

**BLUE CROSS BLUE SHIELD OF MICHIGAN,**         [Proposed Class Action]

       Defendant(s).
_____/

## SCHEDULING ORDER NO. 5

The court **orders** the following schedule controlling the progress of this case:

**Class Action Discovery:**

Motion to Amend Complaint to Add/Dismiss Plaintiffs must be filed by **June 17, 2014**. (The parties must meet and confer by **June 10, 2014** to determine if the parties can resolve the motion)

Any response to the Motion to Amend must be filed by **July 8, 2014**

Any reply to the response must be filed by **July 19, 2014**

A hearing on the Motion to Amend Complaint is set for: **Wednesday, July 31, 2014, 2:00 p.m.**

Plaintiffs' Class Expert Report and Class Certification Motion must be served by **October 21, 2014**

Defendant's Class Expert Report and Response to the Class Certification Motion must be served by **Jan. 27, 2014**

Plaintiffs' Class Rebuttal Expert Report and Reply must be served by **March 14, 2014**

All expert discovery must be completed by: **March 28, 2014**

A hearing on the Class Certification Motion is set for **Wednesday, April 9, 2014, 2:00 p.m.**

**Merits Expert Discovery:**

    Plaintiffs' Merits Expert Report must be served by  **May 9, 2014**

    Defendant's Merits Expert Report must be served by  **June 20, 2014**

    Plaintiffs' Rebuttal Merits Expert Report must be served by  **July 11, 2014**

    All Merits Expert discovery must be completed by   **August 8, 2014**

**Motions:**   No motions other than trial motions **in limine** may be filed after **September 5, 2014**

    Responses must be filed by  **October 17, 2014**
    Replies must be filed by   **October 31, 2014**

    A hearing on any motions timely filed is set for  **Wednesday, November 19, 2014, 2:00 p.m.**

    Motion practice will be governed by Local Rule 7.1.
    Any discovery motions are continued to be referred to the Magistrate Judge.

**Final Pretrial Conference:**   The final pretrial conference is scheduled for **Monday, December 15, 2014, 2:00 p.m.**

    Your client(s) or representative with full settlement authority **must** be present at the above conference.

    A proposed *Joint* Final Pretrial Order (Local Rule 16.2) signed by counsel
    for all parties shall be submitted to the court by  **December 8, 2014**

    Trial motions in limine must be filed by  **December 8, 2014**

**Trial:**  Jury Trial is scheduled to commence  **Tuesday, January 20, 2015, 9:00 a.m.**

**Other Requirements** (See Local Rules at **www.mied.uscourts.gov** and the Federal Rules of Civil Procedures, generally)

1. Submission of Orders, see Local Rules 5.2, 58.1, Appendix ECF
2. Adjournment of any dates must be by leave of the Court either through Stipulation and Order submitted by the parties or, if no concurrence, by Motion


        S/Denise Page Hood
        Denise Page Hood
        United States District Judge

**Dated:  January 24, 2014**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on January 24, 2014, by electronic and/or ordinary mail.**

        S/LaShawn R. Saulsberry
        Case Manager