# EXHIBIT 3



# OVERVIEW & NOTABLE MATTERS

**Class Action & Mass Tort Solutions**

Epiq Systems, Inc. is a publicly traded global company (NASDAQ: EPIQ) that offers technology solutions and services for legal notification, claims administration, controlled disbursement of funds, electronic discovery, and document review. Epiq Class Actions & Mass Tort Solutions ("Epiq"), a division of Epiq Systems, brings the value of over 40 years of experience in notice and administration in class action cases relating to antitrust violations, healthcare, product & casualty insurance, product liability, employment, financial services, lending practices, consumer, securities fraud, and wage & hour/ERISA class action cases.

Epiq is headquartered in a 98,000 square foot operations facility in Beaverton, Oregon including a multimillion dollar mail and print center, in-house call center (quickly scalable up to 600 trained call center agents), and more than 1,000 employees, including experienced executives, attorneys, project managers, multi-lingual call center agents, data analysts, and software developers; and hundreds of experienced on-site contract personnel. Details about any aspect of the services we offer or processes we utilize are available upon request.

Notable matters Epiq has worked on recently include:

### BP DEEPWATER HORIZON
On May 2, 2012, Hilsoft Notifications was appointed by the United States District Court for the Eastern District of Louisiana as the notice administrator for two settlements related to the Deepwater Horizon oil spill in the Gulf of Mexico. One settlement relates to economic damages and the other to medical claims. Combined, the settlements have been valued at $7.8 billion.

British Petroleum (BP) needed a notice program that would be commensurate in size and scope with the historical importance of the settlements. In late May and early June 2012, settlement notices were mailed and emailed to known class members. Starting in late May and running through mid-July, notices appeared nationally and locally in more than 2,000 print publications. Approximately 10,000 television and radio spots aired across 26 media markets stretching from Houston to Miami. In addition to English, notices appeared in Spanish and Vietnamese. It is estimated that more than 95% of all adults living in the Gulf Area will be exposed to the notice more than 11 times. Nationally, more than 83% of all adults in the United States will have an opportunity to see the notice. In total, the notice effort is one of the largest ever undertaken in a class action settlement.

### SEC V. AMERICAN INTERNATIONAL GROUP, INC.
In this securities case, Epiq mailed more than 2.1 million notices, received more than half a million claims and processed millions of lines of securities transaction data, determined losses using complex algorithms relating to 419 different securities, and disbursed more than $840 million to injured investors. Epiq created the complex software code used to calculate the recognized loss across the different types of securities and then each investor's pro rata share of the recovery. It is the largest SEC Fair Fund to date.

### HP INKJET & LASERJET PRINTERS
With two settlements, Hewlett-Packard settled five lawsuits involving similar allegations related to printer specifications, ink and paper usage. Epiq processed incoming claims, handled notice fulfillment, and provided claimant contact services via a dedicated settlement website and toll-free phone line. Additionally, 127,000 of the 10 million member class filed claims online.





**Overview & Notable Matters**

### MICROSOFT STATE ANTITRUST SETTLEMENTS
The plaintiffs alleged that Microsoft engaged in anticompetitive conduct to maintain a monopoly and, as a result, consumers who licensed select software overpaid. Sixteen states entered into settlements that involved consumer and cy pres components. The combined settlement funds totaled $746 million. In all, 6,563,848 notices were mailed and 105,831 claims were received.

### PRECISION V. PWT ('FREIGHT FORWARDERS')
This lawsuit includes allegations that freight forwarders conspired to inflate prices for the services by, among other things, creating suggested-pricing letters that were sent to customers. Epiq has standardized and deduplicated records from over 3,000 files including 12 million customer transaction records from 35 different defendants.

### INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION
This matter concerned fuel surcharges paid by passengers of both British Airways, PLC and Virgin Atlantic Airways, Ltd. The lawsuit contained allegations that the airlines unlawfully conspired to fix prices of fuels surcharges imposed on "long-haul" passenger fares. The administration involved the processing of 13.38 million transactions and issuance of refunds of up to $59 million to members of the U.S. settlement class and £73.5 million to members of the U.K. settlement class, for a combined total of about $175 million. Epiq mailed approximately 3.5 million direct notices and emailed almost 5 million direct notices. As of August 2012, 305,895 claims have been processed, 230,009 claims have been paid, and 1,089,273 tickets refunded.

### IN RE PUERTO RICAN CABOTAGE ANTITRUST LITIGATION
This antitrust litigation involved four shippers engaged in shipping goods from the mainland United States to Puerto Rico, a trade lane governed by the Jones Act. Epiq provided notice to 63,494 class members, successfully integrating the customer shipping data from four defendants. Claimants were entitled to choose from two relief options, a cash payment or a rate freeze on future shipments. Epiq successfully distributed $35,318,096.39 to class members in accordance with the terms of the parties' agreement. Moreover, the settlement website received 940,892 webpage views.

### IN RE COUNTRYWIDE FINANCIAL CORP. CUSTOMER DATA SECURITY BREACH LITIGATION
The Countrywide Data Breach matter, with a class size of 17.2 million, remains the largest data breach class action settlement to date. Epiq provided direct notice to more than 10 million class members and fielded more than 400,000 phone calls. Epiq produced the first of its kind video instructing claimants on how to fill out the claim form.

### NTIA DTV CONVERTER BOX COUPON PROGRAM
The DTV Program involved 110 million eligible U.S. households and financial system of records for the federal government to account for $1.83 billion fund with three separate funding streams and approval criteria. The entire DTV Program was designed, tested and launched in fewer than 120 days.

### IN RE CHECKING ACCOUNT OVERDRAFT LITIGATION (MDL 2036)
Epiq Class Action has been selected for the notice and administration on more overdraft matters than any other claims provider.

### EXXON VALDEZ OIL SPILL
In an extended-lifespan program beginning in 1994, Epiq disbursed $653 million over 18 years, providing 370 separate distributions pursuant to 52 different distribution plans.