# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE SHANE GROUP, INC. *ET AL.*, <br><br> Plaintiffs, on behalf of themselves and all others similarly situated, <br><br> vs. <br><br> BLUE CROSS BLUE SHIELD OF MICHIGAN, <br><br> Defendant. | Civil Action No. 2:10-cv-14360 <br><br><br> Judge Denise Page Hood <br><br> Magistrate Judge Mona K. Majzoub |

## NOTICE REGARDING AMENDMENT TO
## CLAIM FORMS AND LONG-FORM NOTICE

The parties wish to inform the Court of one planned change to the draft long-form notice and claim forms previously submitted to the Court. The footer on the first page of these three drafts suggested that there would be Spanish-language information available on the settlement website. This line was included inadvertently. Plaintiffs' understanding is that parties do not have a legal obligation to provide foreign language translations, and that such translations are not provided on settlement websites absent special circumstances making it appropriate, such as claims particularly affecting populations with low rates of English speakers. No special circumstances exist here. To the contrary, census

data show that Michigan has a small Hispanic population compared to the United States as a whole.

Plaintiffs did not intend to provide any translations, and, after discussing the issue with the claims administrator, Epiq, continue to believe it is unnecessary in this case. The cost of translation would come out of the Settlement Class's recovery, outweighing the benefit of the translated material in our view.

Accordingly, Plaintiffs plan to remove the line from the footer of the long-form notice and claim forms, and Defendant has no objection. To meet the schedule established by the Court's preliminary approval order, the long form notice and the claim forms will need to be posted on the website by July 25. If the Court has any concerns about this course of action, we can be available to discuss them telephonically at the Court's convenience.

July 14, 2014                                       Respectfully submitted,

                                                    /s/ Daniel A. Small

Daniel E. Gustafson                                 Daniel A. Small
Daniel C. Hedlund                                   Brent W. Johnson
Dan Nordin                                          **COHEN MILSTEIN SELLERS**
**GUSTAFSON GLUEK PLLC**                            **& TOLL PLLC**
Canadian Pacific Plaza                              1100 New York Ave. NW
120 South Sixth Street, Suite 2600                  Suite 500, West Tower
Minneapolis, MN 55402                               Washington, DC 20005
Telephone: (612) 333-8844                           Telephone: (202) 408-4600
dgustafson@gustafsongluek.com                       bjohnson@cohenmilstein.com
dhedlund@gustafsongluek.com                         dsmall@cohenmilstein.com
dnordin@gustafsongluek.com

-3-

Fred Isquith
Theodore B. Bell (P47987)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Tel: (312) 984-0000
isquith@whafh.com
tbell@whafh.com

E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, Michigan 48307
Tel: (248) 841-2200
epm@millerlawpc.com