John M Kunitzer
4328 Lakecress Dr E
Saginaw, MI 48603

FILED
SEP 15 2014
CLERK'S OFFICE-DETROIT
U.S. DISTRICT COURT

United States Disctrict Court
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

September 11, 2014

Re  Shane Group v. BCBSM Settlement
Case No. 2:10-cv-14360

I wish to object to the settlement in this case. I have had four major surgeries during the time period covered that were at hospitals that are covered.  Because these surgeries were some years ago I have not been able to obtain copies of the bills showing the payments that I made. I would think that most individuals would not have the documents going back to 2006 to support their claims. Therefore these individuals will not be able to participate in the settlement. It seems that this will be another case where the lawyers involved will reap the substantial benefits instead of those that actually suffered the loss.

I did try to go through the Blue Cross system to try and get the claim information but could only get the last two years of claims which is outside of the time when I had the surgeries.

It seems that since I have been identified as a person who had claims there should be a way for the administrator to get those claims for individuals.

Please consider this objection.

*[signature]*
John M Kunitzer