# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE SHANE GROUP, INC. *ET AL.*,<br><br>Plaintiffs, on behalf of themselves and all others similarly situated,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF MICHIGAN,<br><br>Defendant. | Civil Action No. 2:10-cv-14360<br><br>Judge Denise Page Hood<br><br>Magistrate Judge Mona K. Majzoub |

**NOTICE REGARDING EFFECTUATION OF NOTICE PLAN**

Pursuant to the Court's June 26, 2014, Order Granting Preliminary Approval to Proposed Class Settlement (the "Order") ¶ 15, Plaintiffs' Counsel hereby file and serve the declarations of the persons under whose general direction the Notice was disseminated. These declarations, and their accompanying exhibits, show that the Notice Plan was effectuated according to its own terms and the terms of the Order. Attached as Exhibit A is the Declaration of Charles Marr Regarding Publication Notice and Administration. Attached as Exhibit B is the Declaration of Shannon R. Wheatman, Ph.D. on Implementation

and Adequacy of Notice Plan.  These declarations were timely executed but not entered in the docket due to an oversight by Plaintiffs' Counsel.

October 2, 2014

Respectfully submitted,

/s/ Daniel A. Small

Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

Fred Isquith
Theodore B. Bell (P47987)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Tel: (312) 984-0000
isquith@whafh.com
tbell@whafh.com

Daniel A. Small
Brent W. Johnson
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone:  (202) 408-4600
bjohnson@cohenmilstein.com
dsmall@cohenmilstein.com

E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, Michigan 48307
Tel: (248) 841-2200
epm@millerlawpc.com