Firm Name The Miller Law Firm, P.C

Time Period Inception through June 30, 2014

Name Status Hourly Rate Total Hours Total Lodestar

E. Powell Miller (P) $ 725.00 274.50h $199,012.50   $417 hr x 274.50 hrs = $114,467

Marc L. Newman (P) $695 9.75h $6,776.25          $417 hr x 9.75 hrs = $4,066

David H. Fink (P) $725 74.25h $53,831.25          $ 417 hr x 74.25 hrs = $30,859

Ann L. Miller (P) $680 5.00h $3,400.00          $ 417 hr x 5 hrs = $2085

Jayson E. Blake (P) $590 0.75h $442.50          $ 417 hr x .75 hr = $313

Brian E. Etzel (P) $535 0.25h $133.75          $ 417 hr x .25 = $104

Casey E. Fry (A) $525 727.50h $h381,937.50     $ 300 hr x 727.50 hrs= $218,250

Daryl G. Bressack (A) $525 56.25h $29,531.25     $300 hr x 56.25 hrs = $16,875

Christopher D. Kaye (A) $450 22.50h $10,125.00     $ 300 hr x 22.50 hrs = $6,750

Melissa Wojnar-Raycraft (A) $425 2.25h $956.25     $300 hr x 2.25 hrs = $675

Adam T. Schnatz (A) $465 0.50h $232.50     $300 hr x .50 hrs = $150

Devon P. Allard (A) $325 0.25h $81.25     $300 hr x .25 hrs = $75

Jennifer E. Bean (A) $340 690.50h $234,770.00     $300 hr x 690.50 = $207,150

Evan M. Chall (A) $325 2.75h $893.75     $300 hr x 2.75 hrs = $825

Courtney B. Ciullo (A) $425 2.00h $850.00     $ 300 hr x 2.0 hrs = $600

Jane Gazman (A) $325 1.75h $568.75     $ 300 hr x 1.75 hrs = $525

Steven M. Zehnder (A) $340 4.25h $1,445.00        $300 hr  x 4.25 hrs  = $1275

Amy S. Long (PL) $175 91.25h $15,968.75        $ 111 hr  x  91.25 hrs  = $10,128

Amy A. Davis (PL) $175 0.25h  $43.75        $ 111 hr  x  .25 hr  = $28

Julia N. Moskwa (PL) $175 2.25h  $393.75        $ 111 hr  x  2.25hrs =  $250

TOTAL 1,968.75 hrs.    **$941,393.75**        $478 hour    **v.**        **$ 615,450.75**

Status:

(P) Partner (OC) Of Counsel (SA) Senior Associate (A) Associate (LC) Law Clerk

(PL) Paralegal

Firm Name BERGER & MONTAGUE, P.C.

Time Period Inception through June 30, 2014

Name Status Hourly Rate Total Hours Total Lodestar

Eric L. Cramer (P) $ 875.00 206.30h  180,512.50        $417 x 206.30 hrs = $86,027

Ellen T. Noteware (SC) 550.00 $ 844.50h  464,475.00    $300 x 844.50 = $253,350

TOTAL 1,050.80 **644,987.50**        **$614 hr**    v.    **$339,377.50**

Status:

(P) Partner (SC) Senior Counsel (OC) Of Counsel (SA) Senior Associate

(A) Associate (LC) Law Clerk (PL) Paralegal

Time Period Inception through June 30, 2014

Name Status Hourly Rate Total Hours Total Lodestar

David H. Fink (P) $ 725.00 134.75h 97,693.75        $417 x 134.75 hrs = $56,191

Darryl Bressack (P) 525.00 211.25h  110,906.25      $ 417 x 211.25 hrs = $88,091

(A)        Left blank by counsel

(LC) Left blank by counsel

Tanya Parker (PL) 175.00 $ 0.50h  88.00              $111 x .50 hrs = $56

TOTAL 346.50  **$208,688.00    $603 hr**      v.      **$144,338.00**

Status: (P) Partner (OC) Of Counsel (SA) Senior Associate (A) Associate (LC)

Law Clerk PL) Paralegal


Firm Name Oliver Law Group PC

Time Period  Inception through June 30, 2014

Name Status Hourly Rate Total Hours Total Lodestar

Alyson Oliver (P) $ 595.00 166.70h  $99,186.50      $417 x 166.70 hrs = $69,514

Nick Suciu (P) 595.00  3.20h 1,904.00              $417 x 3.20 hrs = $1335

Matthew Barsenas (A) 300.00  258.90h  77,670.00  JD for 3 years  $ 300 x 258.90

= $77,670

Reed Eriksson (A) 300.00 8.70h   $2,610.00         $300 x 8.70 hrs = $2610

Lisa Gray (A) 300.00 27.20h  $8,160.00             $300 x 27.20 hrs = $8160

Robert Armstrong (A) 300.00 $ 0.30h $90.00          $300 x .30 hr = $90

Christina Kovacs (A) 300.00 17.10h  $5,130.00       $300 x 17.10 hrs = $5130

Katrena Ross (PL) 150.00 1.30h  $195.00             $111 x 1.30 hrs =  $145

Meaghan Skillman (PL) 150.00 8.20h  $1,230.00          $ 111 x 8.20 hrs = $910

Leisa Wilson (PL) 150.00 1.00h  $150.00               $111 x 1 hrs = $111

TOTAL 492.60 **$196,325.50**     $399 hr          v.       **$165,675.50**

Status:

(P) Partner (OC) Of Counsel (SA) Senior Associate (A) Associate  (LC) Law Clerk

(PL) Paralegal Please report time in current rates.  Oliver Law Group PC

Inception through June 30, 2014


SC – Senior Counsel billed as Senior Associate $300 hr

Firm Name Law Offices of David Balto

Time Period Inception through June 30, 2014

Name Status Hourly Rate Total Hours Total Lodestar

David Balto (P) $ 600.00 67.40h $40,440.00          $417 x 67.40 hrs = $28,106

Spencer Baldwin (A) 300.00 $ 848.00h 254,400.00    $300 x 848 hrs. = $254,400

Bradley Wasser (A) 250.00 $ 92.30h  $23,075.00       $250 x 92.30 hrs = $23,075

TOTAL 1,007.70hrs **$317,915.00**     $315 hour   vs.      **$305,581.00**

Status: (P) Partner (OC) Of Counsel (SA) Senior Associate (A) Associate (LC)

Law Clerk (PL) Paralegal


Firm Name Lockridge Grindal Nauen P.L.L.P.

Time Period Inception through June 30, 2014

Name Status Hourly Rate Total Hours Total Lodestar

Richard A. Lockridge (P) 775.00 $ 73.00h $56,575.00      $417 x 73 hrs = $22,276

W. Joseph Bruckner (P) $ 750.00 16.50h 12,375.00      $417 x 16.50hrs = $6,881

Chris K. Sandberg (P)625.00 $ 361.25h $225,781   $417 x 361.25 hrs =$150,642

Heidi M. Silton (P) 675.00 $ 0.25h 168.75               $417 x .25 hr = $105

Heather N. Potteiger (PL) 200.00 $ 12.50h 2,500.00   $111 x 12.50 hrs = $1,388

TOTAL 463.50 hrs **$297,400.00**   **=$641 hr.**      **v. $181,292.00**

Status: (P) Partner (OC) Of Counsel (SA) Senior Associate (A) Associate  (LC)

Law Clerk

(PL) Paralegal

Firm Name NastLaw LLC

Time Period Inception through June 30, 2014

Name Status Hourly Rate Total Hours Total Lodestar

Dianne M. Nast (P) $ 750.00 16.30h  $12,225.00          $417 x 16.30 hrs = $6,797

Erin C. Burns (A) 510.00 $ 524.30h  $267,393.00    300 x 524.30 hrs = $157,290

Matthew A. Reid (A) 395.00 $ 53.00h  $20,935.00      $300 x 53 hrs = $15,900

Cathryn S. Roberts (PL) 170.00 $ 10.90h $1,853.00    111 x 10.90 hrs = $1210

TOTAL 604.50 hrs **$302,406.00**   **= $500 hour**   **v.**      **$ 181,197.00**

Status:

(P) Partner  (OC) Of Counsel (SA) Senior Associate (A) Associate  (LC) Law

Clerk (PL) Paralegal


Firm Name Wexler Wallace LLP

Time Period  Inception through June 30, 2014

Name Status Hourly Rate Total Hours Total Lodestar

Kenneth A. Wexler (P) $ 725.00 10.30h  $7,467.50    $417 x 10.30 hrs = $4,295

Edward A. Wallace (P) 650.00 $ 32.50h $21,125.00    417 x 32.50 hrs = $13,552

Amy E. Keller (A) 475.00 $ 80.30h $38,142.50     $ 300 x 80.30 hrs = $24,090

Kara A. Elgersma (A) 575.00 $ 1.00h $575.00     $ $300 x 1 hr. = $300

Mark R. Miller (A) 575.00 $ 95.10h  $54,682.50     $300 x 95.10 = $28,530

Dawn Goulet (PL) 150.00 $ 7.00h  $1,050.00      $111 x 7 hrs = $777

Amy Sayre (PL) 250.00 $ 5.50h $1,375.00     $111 x 5.50 hrs = $611

Elsa D. Buss (PL) 150.00 $ 1.10h  $165.00      $111 x 1.10 hrs = $122

William D. Schubert (PL) 150.00 $ 6.20h  $930.00     $111 x 6.20 hrs = $689

Totals   239 hours **$125,512.50**   =  **$525 hour**      v.      **$72,966.50**

Status: (P) Partner  (OC) Of Counsel (SA) Senior Associate (A) Associate  (LC)

Law Clerk

(PL) Paralegal

Firm Name SOMMERS SCHWARTZ, P.C.

Time Period  Inception through June 30, 2014

Name Status Hourly Rate Total Hours Total Lodestar

Jason J. Thompson (P) $565.00  580.35h  $327,898  $417 x 580.35 hrs =  $242,006

Lance C. Young (P) $565.00 541.60h  $306,004.00 $417 x 541.60 hrs = $225,847

Lisa Mikalonis (P) $530.00 36.10h $19,133.00       $417 x 36.10 hrs $15,054

Andrew Kochanowski (P) $550.00 5.00h  $4,125.00    $417 x 5 hrs = $2,085

Jesse Young (A) $265.00 1.30h $347.50       $265 x 1.30 hrs = $345

Krista Taylor (A) $315.00 4.50h  $1,125.00       $300 x 4.50 = $1,350

Debbie Nichols (PL)$100.00 13.10h  $1,310.00     $100 x 13.10 hrs = $1,310

Tiffany R. Ellis (LC) $250.00 52.00h $13,000.00     $150 x 52 hrs = $7800

Mary Serpento   (no title)  $75  .30                 $23

TOTAL1,234.25 **$672,965.00**    = $545 hr        **v.**     **$495,820.00**

$

Status:

(P) Partner (OC) Of Counsel (SA) Senior Associate (A) Associate

(LC) Law Clerk (PL) Paralegal

Firm Name Johnston, Sztykiel, Hunt, Goldstein, Fitzgibbons & Clifford but billing class as an individual lawyer. **The lawyer no longer appears to be employed there and may have no right to use their letterhead and bill the class as an individual attorney.**

Time Period Firm Name

Time Period

Name Status Hourly Rate Total Hours Total Lodestar

Eric S. Goldstein (P) $ 500.00 x 99.80h = **$49,900.00** v **0 Not partner, more investigation is required!!!!!!!!!!**

**Demands $500 an hour!**

Status:

(P) Partner (OC) Of Counsel (SA) Senior Associate

Firm Name Law Office of Lance C. Young It appears b**illing as a sole proprietorship and employee of Sommers Swartz at the same time same? Address same. This bill and the invoice from Sommer Schwartz should NOT be paid, more investigation is required.**

Time Period Inception through June 30, 2014

Name Status Hourly Rate Total Hours Total Lodestar

Lance C. Young (P) $565.00 309.10h  $174,641.50  v. $250 x 309.10 hours =

**$77,275**                        Wants to bill at $565 an hour

TOTAL 309.10  $174,641.50        vs $0000000000000000

No law firm, individual attorney?


Status: (P) Partner  (OC) Of Counsel (SA) Senior Associate (A) Associate

2:10-cv-14360-DPH-MKM  Doc # 155-4  Filed 07/24/14  Pg 6 of 8  Pg ID 4500

**THE SHANE GROUP, INC., et al., v. BLUE CROSS BLUE SHIELD OF MICHIGAN**

Case No. 2:10-cv-14360

**Time and Lodestar Summary**

| Firm Name | Wolf Haldenstein Adler Freeman & Herz LLP |
|---|---|
| Time Period | Inception through June 30, 2014 |

| Name | Status | Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel W. Krasner | (P) | $910.00 | 32.40 | $ 29,484.00 |
| Fred T. Isquith | (P) | $860.00 | 478.20 | $ 411,252.00 |
| Mary Jane Fait | (P) | $835.00 | 752.10 | $ 628,003.50 |
| Adam J. Levitt | (P) | $825.00 | 0.60 | $ 495.00 |
| Peter C. Harrar | (P) | $785.00 | 1.00 | $ 785.00 |
| Alexander H. Schmidt | (P) | $730.00 | 19.50 | $ 14,235.00 |
| Theodore B. Bell | (M) | $565.00 | 1933.50 | $ 1,092,427.50 |
| Julie A. Swanson | (CA) | $635.00 | 110.10 | $ 69,913.50 |
| Alicia A. Gutierrez | (CA) | $250.00 | 174.00 | $ 43,500.00 |
| John E. Tangren | (A) | $550.00 | 447.20 | $ 245,960.00 |
| Carl V. Malmstrom | (A) | $470.00 | 30.70 | $ 14,429.00 |
| Beth A. Landes | (A) | $375.00 | 1239.40 | $ 464,775.00 |
| Patrick H. Moran | (A) | $470.00 | 32.00 | $ 15,040.00 |
| Edmund S. Aronowitz | (A) | $450.00 | 7.50 | $ 3,375.00 |
| James A. Cirigliano | (PL) | $320.00 | 27.10 | $ 8,372.00 |
| Sorah Kim | (PL) | $265.00 | 413.60 | $ 109,604.00 |
| Derek M. Behnke | (PL) | $285.00 | 1.70 | $ 484.50 |
| David I. Weinstein | (PL) | $240.00 | 360.50 | $ 86,520.00 |
| Marsha V. Klimek | (PL) | $265.00 | 1051.10 | $ 278,541.50 |
| Danielle S. Wilborne | (PL) | $230.00 | 40.80 | $ 9,384.00 |
| Patrick J. Morrissey | (PL) | $210.00 | 65.70 | $ 13,797.00 |
| David E. Sorense.. | (PL) | $290.00 | 62.20 | $ 18,038.00 |
| Jillaine E. Gill | (PL) | $270.00 | 27.20 | $ 7,344.00 |
| Tony Gjata | (O) | $430.00 | 509.30 | $ 218,999.00 |
| Artem Vladmirtsev | (O) | $340.00 | 2.30 | $ 782.00 |
| TOTAL | | | 7,819.70 | $ 3,785,840.50 |

Status:
(P) Partner  (M) Member
(CA) Contract Attorney
(A) Associate
(PL) Paralegal
(O) Other

**Please report time in current rates.**

*Handwritten annotations:*

$417 × 32.40/HR = $13,551
$417 × 478.20 = $199,410
$417 × 762.10 = $317,796
$417 × .60 = $251
$417 × 1.0 = $417
$417 × 19.50 = $813
$417 × 1933.50 = $806,260
$200 × 110.10 = $22,020
$200 × 174 = $34,800
$300 × 447 = $134,100
$300 × 30.20 = $9,210
$300 × 1239 = $371,200
$300 × 32 = $9600
$300 × 7.50 = $2,250
$111 × 27.10 = $3,008
$111 × 413.60 = $45,910
$111 × 1.70 = $189
$111 × 360 = $39,960
$111 × 1051.10 = $116,672
$111 × 40.80 = $4529
$111 × 65.70 = $7293
$111 × 62.20 = $6904
$111 × 27.20 = $3019
$111 × 509 = $56,499
$111 × 2.30 = $255

VS. $2,202,056

$484/HR.

???"M"=??
?"O"
?"O"

2 100 OF 718

**THE SHANE GROUP, INC., et al., v. BLUE CROSS BLUE SHIELD OF MICHIGAN**
Case No. 10-cv-14360
**Time and Lodestar Summary**

| Firm Name | ZIMMERMAN REED |
|---|---|
| Time Period | Inception through June 30, 2014 |

| Name | Status | Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| David Cialkowski | (P) | $ 595.00 | 192.40 | $ 114,478.00 |
| Brian Gudmundson | (P) | $ 550.00 | 112.70 | $ 61,985.00 |
| Anne Regan | (P) | $ 550.00 | 403.45 | $ 221,897.50 |
| Aditya (Adi) Bharadwaj | (A) | $ 250.00 | 271.35 | $ 67,837.50 |
| June Hoidal | (A) | $ 450.00 | 202.65 | $ 91,192.50 |
| Michael Divine | (A) | $ 250.00 | 10.25 | $ 2,562.50 |
| Karen Colt | (PL) | $ 175.00 | 14.60 | $ 2,555.00 |
| Heidi Cuppy | (PL) | $ 150.00 | 15.25 | $ 2,287.50 |
| Carol Finck | (PL) | $ 175.00 | 0.10 | $ 17.50 |
| Leslie Harmon | (PL) | $ 160.00 | 327.25 | $ 52,360.00 |
| Kate Cowley | (Admin) | $ 100.00 | 24.00 | $ 2,400.00 |
| Adam Hill | (Admin) | $ 100.00 | 4.75 | $ 475.00 |
| Aalok Sharma | (LC) | $ 150.00 | 3.00 | $ 450.00 |
| TOTAL | | | 1,581.75 | $ 620,498.00 |

**Status:**

(P)   Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)   Associate
(LC)  Law Clerk
(PL)  Paralegal

Please report time in current rates.

*Handwritten annotations:*

$417 x 192.40 HR = $80,231
$417 x 112.70 HR = $46,996
$417 x 403.45 = $168,239
= $67,838
300 x 202.65 HR = $60,795
= $2563
$111 x 14.60 HRS. = $1621
$111 x 15.25 HRS. = $1693
$111 x .10 HR. = $11
$111 x 327.25 HR = $36,335
$50 x 24 HRS = $1200
$50 x 4.75 HR. = $238
= $450
VS. $468,200

$392 HR

**THE SHANE GROUP, INC., et al., v. BLUE CROSS BLUE SHIELD OF MICHIGAN**
**Case No. 10-cv-14360**
**Time and Lodestar Summary**

**THE SHANE GROUP, INC., et al., v. BLUE CROSS BLUE SHIELD OF MICHIGAN**
**Case No. 10-cv-14360**
**Time and Lodestar Summary**

| Firm Name | KOHN, SWIFT & GRAF, P.C. |
|---|---|
| Time Period | Inception through June 30, 2014 |

| Name | Status | Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| DOUGLAS A. ABRAHAMS | (SH) | $ 635.00 | 0.50 | $ 317.50 |
| WILLIAM E. HOESE | (SH) | $ 635.00 | 35.80 | $ 22,733.00 |
| CRAIG W. HILLWIG | (SH) | $ 550.00 | 254.80 | $ 140,140.00 |
| DAVID BENNER | (A) | $ 350.00 | 264.75 | $ 92,662.50 |
| IAN OSSAKOW | (A) | $ 350.00 | 230.75 | $ 80,762.50 |
| LINDSAY OAK | (A) | $ 350.00 | 285.25 | $ 99,837.50 |
| GRAYSON PAPA | (PL) | $ 220.00 | 12.00 | $ 2,640.00 |
| TOTAL | | | 1,083.85 | $ 439,093.00 |

**Status:**

(P)   Partner
(SH)  Shareholder
(OC)  Of Counsel
(SA)  Senior Associate
(A)   Associate
(LC)  Law Clerk
(PL)  Paralegal

**Please report time in current rates.**

**THE SHANE GROUP, INC., et al., v. BLUE CROSS BLUE SHIELD OF MICHIGAN**
**Case No. 10-cv-14360**
**Time and Lodestar Summary**

| Firm Name | Freedman Boyd Hollander Goldberg Urias & Ward P.A. |
|-----------|----------------------------------------------------|
| Time Period | Inception through June 30, 2014 |

| Name | Status | Hourly Rate | Total Hours | Total Lodestar |
|------|--------|-------------|-------------|----------------|
| Joseph Goldberg | (P) | $ 425.00 | 7.25 | $ 3,081.25 |
| Vincent Ward | (P) | $ 275.00 | 40.00 | $ 11,000.00 |
| Michael Goldberg | (OC) | $ 425.00 | 97.66 | $ 41,505.50 |
| Mary Lou Boelcke | (A) | $ 250.00 | 65.90 | $ 16,475.00 |
| Ana Tomlinson | (A) | $ 250.00 | 1.00 | $ 250.00 |
| TOTAL | | | 211.81 | $ 72,311.75 |

*(handwritten annotations):*
$417 × 7.25 hr = $3023
= $11,000
$408 × 97.66 = $39,846 = $16,475
= $250
vs. 70,594
$3 4 1/2

**Status:**

(P)   Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)   Associate
(LC)  Law Clerk
(PL)  Paralegal

**Please report time in current rates.**

*(handwritten)* #13 of 18
**Exhibit A**

**THE SHANE GROUP, INC., et al., v. BLUE CROSS BLUE SHIELD OF MICHIGAN**
**Case No. 10-cv-14360**
**Time and Lodestar Summary**

| Firm Name | FINKELSTEIN THOMPSON LLP |
|---|---|
| Time Period | Inception through June 30, 2014 |

| Name | Status | Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Douglas G. Thompson, Jr. | (P) | $ 850.00 | 0.30 | $ 255.00 |
| L. Kendall Satterfield | (P) | $ 750.00 | 25.00 | $ 18,750.00 |
| Michael G. McLellan | (P) | $ 575.00 | 195.60 | $ 112,470.00 |
| Donald A. Resnikoff | (OC) | $ 660.00 | 93.00 | $ 61,380.00 |
| Stan M. Doerrer | (A) | $ 450.00 | 130.40 | $ 58,680.00 |
| Natalie A. Wengroff | (PL) | $ 220.00 | 0.80 | $ 176.00 |
| Law Clerks | (LC) | $ 170.00 | 16.00 | $ 2,720.00 |
| **TOTAL** | | | **461.10** | **$ 254,431.00** |

Status:

(P)   Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)   Associate
(LC)  Law Clerk
(PL)  Paralegal

**Please report time in current rates.**

*(handwritten annotations in right margin:)*
$417 × 30 = $125
$417 × 25 = $10,425
$417 × 195.60 = 81,566
$408 × 93 = $37,944
$300 × 130.60 = $39,120
$118.80 × 8 = 89
$150 × 16 = $2400
US $171669

$551/hr.

*(handwritten at bottom:)* 214 or 218

COMPENDIUM

FIRM NAME COMPENDIUM

EXHIBIT NO.                    Hours      Inflated lodestar   Using 2013 MI BAR

rates

| | Hours | Inflated Lodestar | Using 2014 MI | Overcharge |
|---|---|---|---|---|
| Gustafson Gluek, PLLC 1 | 5679 hrs | $2,386,137 | v. | $1,725,280 |
| Cohen Milstein Sellers & Toll PLLC 2 | 9690 hrs | $4,007,813 | v. | $2,845893 |
| Wolf Haldenstein Adler Freeman LLP 3 | 7819 hrs | $3,785,840 | v. | $2,207,056 |
| Miller Law Firm 4 | 1969 hrs | $941,393 | v. | $615,451 |
| Berger & Montague, P.C. 5 | 1050 hrs | $644,987 | v. | $339,337 |
| Fink + Associates Law 6 | 346 hrs | $208,658 | v. | $144,338 |
| Finkelstein Thompson LLP 7 | 461 hrs | $254,431 | v. | $171,669 |
| Freedman Boyd Hollander Goldberg Urias and Ward P.A. 8 | 211 hrs | $72,311 | v. | $70,594 |
| Kohn, Swift & Graf, P.C. 9 | 1083hrs | $439,093 | v. | $353,775 |
| Oliver Law Group PC 10 | 492 hrs | $196,325 | v. | $165,675 |
| Law Offices of David Balto 11 | 1007 hrs | $ 317,915 | v. | $305,581 |
| Lockridge Grindal Nauen P.L.L.P. 12 | 463 hrs | $297,400 | v. | $181,292 |
| NastLaw LLC 13 | 604 hrs | $302,406 | v. | $181,197 |
| Zimmerman Reed 14 | 1581 hrs | $ $620,498 | v. | $468,200 |
| Wexler Wallace LLP 15 | 239 hrs | $125,512 | v. | $72,166 |
| Sommers Schwartz, P.C. 16 | 1234 hrs | $672,965 | v. | $495,820 |
| Eric S. Goldstein 17 | 99 hrs | $49,900 | v. | $0 |
| Law Office of Lance C. Young 18 | 565 hrs | $174,641 | v. | $0 | ($77,275) |
| Totals | Hours | Inflated Lodestar | Using 2014 MI | Overcharge |

BAR  Rate Survey

34,343 hrs. $15,498,225       vs.       $10,081,262   for an overcharge  to the class

of  $5,416,963  or 34.5%

**The End.**

Thank you for your attention and consideration.

Case No. Case No. 2:10-cv-14360-DPH-MKM

Dated: OCTOBER 06, 2014

*Christopher Andrews, Pro Se and as representative of the unnamed class members below.*

P.O. Box 530394

*Livonia MI 48152-0394*

*E-mail caaloa@gmail.com*

*Phone 1-248-635-3810*

*Christopher Andrews       Cathy Waltz       Ron Waltz       Michael Andrews*

*Christopher Andrews also is acting as representative for Cathy Waltz,, Ron Waltz and Michael Andrews. we/I certify under penalty of perjury that the above and below information is true and accurate to the best of my/our knowledge, information and belief. All correspondence is to be mailed to Christopher Andrews Any emails, notices or docket filings filed with the court or phone calls as well should go to Christopher Andrews at the email and phone number listed above..*

I/we hereby certify that on this day I/we hand delivered foregoing to the Clerk of the Court, and

served true and correct copies upon class counsel and defendants' counsel via US Post Office

Priority Mail  (two- three day delivery) at the addresses below, per the instructions of the

Settlement Notice to:

Clerk of Court, the United States District Court for The Eastern District of Michigan

Southern Division, U.S. Courthouse 231 W. Lafayette Blvd. Detroit, Michigan 48226

Telephone number (313) 234-5005.


COHEN MILSTEIN SELLERS & TOLL PLLC 202-408-4600
Daniel A. Small
Brent W. Johnson
1100 New York Avenue, NW
Suite 500
Washington, DC 20005


HUNTON & WILLIAMS LLP 202.955.1500
Todd M. Stenerson
D. Bruce Hoffman
2200 Pennsylvania Ave, NW
Washington, DC 20037


Christopher Andrews          Cathy Waltz          Ron Waltz          Michael Andrews.

I/we certify under penalty of perjury that the above and below information is true and accurate

to the best of my/our knowledge, information, and belief.

The Shane Group etc. al v Blue Cross Blue Shield of Michigan Case No. 2:10-cv-14360-DPH-

MKM

PATIENT NAME: ANDREWS, CHRISTOPHER
MEDICAL RECORD NO:
SOCIAL SECURITY NO:



Henry Ford
HEALTH SYSTEM

ANDREWS, CHRISTOPHER
P.O. BOX 930394
LIVONIA, MI    48150

HENRY FORD HOSPITAL
PO BOX 560105
DETROIT, MI 48255-0115

FEDERAL I.D. 38-1357020

| DATE | SERVICE DESCRIPTION | PHYSICIAN NAME | DIAGNOSIS | PROCEDURE | CHARGE | INSURANCE AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|
| 07/14/08 | | | | | | 200.00 | |
| 07/14/08 | | | | | | 89.39- | |
| 07/14/08 | | | | | | 116.61- | |
| 07/30/08 | | | | | | 18.00 | |
| 07/30/08 | | | | | | 67.48- | |
| 07/30/08 | | | | | | 51.52- | |
| 08/20/08 | | | | | | | |
| 08/20/08 | | | | | | 85.15- | |
| 08/15/08 | | | | | | 37.85- | |
| 10/01/08 | | | | | | 112.15- | |
| 10/01/08 | | | | | | | |
| 09/25/08 | | | | | | 150.00 | |
| | | | | | | | |
| 03/09/06 | PAYMENT | | | | 191.00 | | |
| 03/09/06 | HAP ADJUSTMENT | | | | 75.35- | | |
| 03/09/06 | PATIENT PAYMENT | | | | 55.65- | | |
| 03/29/06 | PAYMENT | | | | | | 10.00- |
| 03/29/06 | PAYMENT, THANK YOU | | | | | | 10.00- |
| 03/09/06 | PATIENT PAYMENT | | | | | | 10.00- |
| 06/29/06 | PATIENT PAYMENT | | | | | | 15.00- |
| 08/15/06 | PATIENT PAYMENT | | | | | | 15.00- |
| 01/11/07 | PATIENT PAYMENT | | | | | | 5.00- |
| 07/22/06 | PATIENT PAYMENT | | | | | | 15.00- |
| 07/30/08 | PATIENT PAYMENT | | | | | | 15.00- |
| 09/30/08 | PATIENT PAYMENT | | | | | | 15.00- |
| 09/10/08 | PATIENT PAYMENT | | | | | | 15.00- |
| 09/25/08 | PATIENT PAYMENT | | | | | | 5.00- |

HEALTH ALLIANCE PLAN

PATIENT NAME: ANDREWS, CHRISTOPHER
MEDICAL RECORD NO.
SOCIAL SECURITY NO.

0000071404O

ANDREWS, CHRISTOPHER
P. O. BOX 53034
LIVONIA, MI   48153

HENRY FORD HOSPITAL
PO BOX 55015
DETROIT, MI 48255-0115

FEDERAL I.D. 38-1357020

06/05/14   PAGE TWO

| DATE | SERVICE DESCRIPTION | PHYSICIAN NAME | DIAGNOSIS | PROCEDURE | CHARGE | INSURANCE AMOUNT | PATIENT RESPONSIBILITY |
|------|---------------------|----------------|-----------|-----------|--------|------------------|------------------------|
| 06/23/10 | PATIENT PAYMENT | | | | | | 20.00- |
| 11/01/10 | PAYMENT - THANK YOU | | | | | | 50.57- |

EXHIBIT A A

| Eileen Greenia Expenses of Estate | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Ck # | Payee | Type | Amount | Burial | Medical | Legal & Att House - u | House - own | House-Levin | Mortgage & Car | Loan Clinic | Totals | Notes |
| 7/29/2010 | 1460 | Basement Repair | medical hospital | 114.00 | | 114.00 | | | | | | | |

9/21/2014

**Emily Byrne**
Expenses of Estate - Paid by C.Waltz

| | | | | |
|---|---|---|---|---|
| 11/30/2009 | 4073 Beaumont Hospital | Medical | 50.00 | 50.00 |
| 11/30/2009 | 4074 Beaumont Hospital | Medical | 18.00 | 18.00 |

**NERA**
ECONOMIC CONSULTING

21 January 2014



# Recent Trends in Securities Class Action Litigation: 2013 Full-Year Review
Large settlements get larger; small settlements get smaller

By Dr. Renzo Comolli and Svetlana Starykh

Insight in Economics™



**2013 Highlights in Filings**

- 10% increase in the number of federal securities class actions filed
- Filings in the 9th Circuit back to historical level, after the 2012 trough
- Filings in the 5th Circuit alleging violation of Rule 10b-5 roughly doubled

**2013 Highlight in Dismissals and Settlements**

- Number of settlements remained close to record low level
- 9 settlements above $100 million drove average settlement up, but smaller cases settled for less