

Darrell C. Thompson
2836 Tupper Drive
Bay City, Michigan 48706
(989) 525-4229

District Judge for "The Shane Group, Inc. v. Blue Cross Blue Shield of Michigan"
Case No. 2:10-cv-14360
United States District Court, Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

**FILED**

**OCT 15 2014**

CLERK'S OFFICE-DETROIT
U.S. DISTRICT COURT

Date:  October 13, 2014

**Dear District Judge,**

 I was a patient at Michigan hospitals during the January 1, 2006 to June 23, 2014 period.  My medical insurance company is Blue Care Network of Michigan.  I did not receive a Postcard Notice addressed to me.  **5. How do I know if I am part of the settlement?**  "Send an email to info@MichiganHospitalPaymentLitigation.com" ("I would like to explain my medical care in court")

The reply information I received to my **9/17/14** sent email message:

From: gmptg@hotmail.com
Received: 9/17/2014 2:47 PM
To: Shane v BCBS Settlement Administrator
Subject: Settlement

---

RE: Settlement
Shane v BCBS Settlement Administrator 9/18/14
To: gmptg@hotmail.com

Dear Darrell C. Thompson,
We are looking into your inquiry and will get back to you as soon as possible.
Regards,
Spencer T.
Shane Group v BCBSM Settlement Administrator

1

<u>Answer to my **9/17/14** email: Please note the **time** is after the post office closed for the objection deadline date of **Sept. 24th**.</u>

**<u>Date: Wed, 24 Sep 2014 18:22:16 -0500</u>**

RE: Settlement
Shane v BCBS Settlement Administrator 9/24/14
To: <u>gmptg@hotmail.com</u>, Shane v BCBS Settlement Administrator

Dear Darrell C. Thompson,
Thank you for your email.
"We are the neutral third-party administrator for the settlement"
"Please contact the attorneys: Cohen Milstein Sellers & Toll PLLC, Daniel A. Small and Brent W. Johnson, 1100 New York Avenue, NW, Suite 500, Washington, DC 20005."
Regards,
Spencer T.
Shane Group v BCBSM Settlement Administrator
-----------------------------------------------------------------------------------

     That night after I received my Wed, 24 Sep 2014 18:22:16 email I emailed <u>dsmall@cohenmilstein.com</u>, <u>bjohnson@cohenmilstein.com</u>, and <u>jdubner@cohenmilstein.com</u>.  The following week I received a telephone call that notified me I could file for the class action settlement.  A notification after the post office close on Sept, 24th or the week following Sept. 24th does not allow me enough time to file for a Sept. 24th objection, which will allow me to speak in court.

     All I want to do is explain to the settlement judge the information that I have gathered, so a judgment can be based on **all** the information that is available.

     After hearing my speech and reviewing my material I hope the judge will think about the problems created when Federal and State laws are violated.  Do you think inflated prices only result in a loss of money?  Did the FBI investigate the alleged federal law violations?  What is being done to prevent a reoccurrence?

Hoping to get a response,

*Darrell C. Thompson*
Darrell C. Thompson

2

Mr. Darrell C. Thompson
2836 Tupper Drive
Bay City, MI 48706

District Judge for;
"The Shane Group, Inc. v. Blue Cross Blue Shield of Michigan"
Case No. 2:10-cv-14360
U.S. District Court, Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, MI 48226

48226=2794

