# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE SHANE GROUP, INC. *ET AL.*,<br><br>Plaintiffs, on behalf of themselves and all others similarly situated,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF MICHIGAN,<br><br>Defendant. | Civil Action No. 2:10-cv-14360-DPH-MKM<br><br>Judge Denise Page Hood<br>Magistrate Judge Mona K. Majzoub |

## ORDER ENLARGING BRIEFS

Plaintiffs have filed a motion to exceed the page limits applicable to their brief in support of their motion for final approval and their reply in support of their motion for attorneys' fees, expenses, and incentive awards. Defendant consents to this motion. Finding Plaintiffs' request reasonable, the Court HEREBY ORDERS:

(1) that Plaintiffs' brief in support of their motion for final approval shall not exceed 37 pages; and

(2) that Plaintiffs' reply in support of their motion for attorneys' fees, expenses, and incentive awards shall not exceed 19 pages.

**SO ORDERED** this 22ND day of October 2014.

s/Denise Page Hood
HONORABLE DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE