UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE SHANE GROUP, INC., *et al.*,<br><br>Plaintiffs, on behalf of themselves and all others similarly situated,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF MICHIGAN,<br><br>Defendant. | Civil Action No. 2:10-cv-14360-DPH-MKM<br><br><br>Judge Denise Page Hood<br>Magistrate Judge Mona K. Majzoub |

### LIST OF EXHIBITS FOR PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION

| EXHIBIT | DESCRIPTION |
|:---:|---|
| A | [Proposed] Order Approving Settlement |
| B | Declaration of Daniel A. Small in Support of Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation |
| C | October 24, 2014 Declaration of Settlement Administrator Charles Marr |
| D | September 24, 2014 Letter Regarding the Settlement Sent by Cynthia S. Rock |
| E | August 18, 2014 Letter Objecting to the Settlement Sent by Ronald D. Diebel |
| F | August 11, 2014 Letter Objecting to the Settlement Sent by David VanDaele |
| G | August 19, 2014 Letter Opting Out of and Objecting to the Settlement Sent by Nicholas and Coralin Davelaar |

| H | October 22, 2014 E-mail sent by John M. Kunitzer to Class Counsel Dan Hedlund |
|---|---|
| I | Christopher Andrews' filed Objection to the proposed Ernst & Young settlement in *In re Lehman Brothers Equity/Debt Securities Litigation*, No. 09-md-2017 (S.D.N.Y.) |
| J | Christopher Andrews' filed Objection to the proposed Settlement in *In re Lehman Brothers Equity/Debt Securities Litigation*, No. 08-cv-5523 (S.D.N.Y.) |
| K | Christopher Andrews' filed Second Amended Objection to the proposed Settlement in *In re Tyco International, Ltd. Multidistrict Securities Litigation*, No. 02-md-1335 (D.N.H.) |
| L | September 19, 2014 Email and Attachment Sent by Christopher Andrews to Class Counsel Dan Gustafson, with Preceding Email Thread |
| M | September 22, 2014 Emails sent by Christopher Andrews to Class Counsel Powell Miller |
| N | October 2, 2014 Email sent by Christopher Andrews to Class Counsel Dan Gustafson |
| O | Excerpts from an April 12, 2012 Hearing in *In re Lehman Brothers Equity/Debt Securities Litigation*, No. 08-cv-5523 (S.D.N.Y.) |