# EXHIBIT D

September 24, 2014

Cynthia S. Rock
18357 Levan Rd.
Livonia, MI 48152

COHEN MILSTEIN SELLERS & TOLL PLLC
Daniel A. Small
Brent W. Johnson
1100 New York Ave, NW
Suite 500
Washington, DC 20005

RE: The Shane Group Inc., v. Blue Shield of Michigan Case No. 2:10-cv-14360

To whom it may concern

I have been identified as a potential Class Member of the above case.

I do think the court should approve the settlement.

However, I do not feel the lawyers representing the class should receive one-third of the settlement fund nor do I feel the Plaintiff organizations nor the Plaintiff individuals should be awarded such large incentive amounts.

The class members involved in the case should be considered to receive a larger percent of the settlement.

First of all there would not be a case if it were not for the class members.

And I personally paid out of pocket a large sum of monies for treatment.

Respectfully

Cynthia S. Rock