# EXHIBIT E

**RECEIVED**

AUG 2 5 2014

LEGAL SERVICES

## Shane Group v BCBS of Michigan CA8356



**Objection #**      600000002

**Special Request**
Tracking# SP 8067

0835605

## Document Range

| Begin: | End: | Quantity: |
|---|---|---|
| 2 | — | 1 |

| Prepped by: | QC: | Stats: | Scanned by: |
|---|---|---|---|
| ID #: 98 MN<br>AUG 2 6 2014 | ✓ | OO | 8-26-14<br>OO |

**Route to:** Vault      *Route to:_____

Ronald D. Diebel
19177 Cheshire Street
Detroit, MI 48236
August 18, 2014

COHEN MILSTEIN SELLERS & TOLL PLLC
Daniel A. Small
Brent W. Johnson
1100 New York Avenue, NW
Suite 500
Washington, DC 20005

HUNTON & WILLIAMS LLP
Todd M. Stenerson
D. Bruce Hoffman
2200 Pennsylvania Ave, NW
Washington, DC 20037

RE: OBJECTION TO THE SETTLEMENT IN THE SHANE GROUP, INC., V. BLUE CROSS BLUE SHIELD OF MICHIGAN, CASE NO. 2:10-CV-14360

Dear Attorneys:

I, Ronald Duane Diebel, object to the settlement, because it is excessively cumbersome and burdensome and time consuming for me to find the dates of hospital services received and the amounts paid during the time period in question. BCBS of Michigan, has these records, and can provide this information and should do so.

Ronald D. Diebel