# EXHIBIT F

**RECEIVED**

AUG 1 5 2014

LEGAL SERVICES

## Shane Group v BCBS of Michigan CA8356



**Objection #**        600000001

## Document Range

| Begin: | End: | Quantity: |
|---|---|---|
| \ | — | l |

0835605

| Prepped by: | QC: | Stats: | Scanned by: |
|---|---|---|---|
| ID #: 98  MN  AUG 2 1 2014 | ✓ | AH  AUG 2 1 2014 | AH  AUG 2 1 2014 |

**Route to:** Vault        *Route to: _____

Settlement Administrator
PO Box 3240
Portland, OR 97208-3240

*The Shane Group, Inc. v. Blue Cross Blue Shield of Michigan*, Case No. 2:10-cv-14360

To whom it may concern;

I would like to be placed on record as to objecting to the amount of $3,500,000 the plaintiff lawyers are expecting to receive regarding this lawsuit, for the following reasons;

1. I did not ask them to file this lawsuit for me or on my behalf. I should not have to opt out if in the future I decide I wish to pursue legal actions on my own. Instead if I want them to represent me the court should require I have to opt in.
2. After spending over an hour researching their unsecured web site, I discovered that I (nor did any of my other 6 family members that received notice) ever use any of the hospitals named in the lawsuit, thus making my time for research a complete waste. This was time I was required to use by the plaintiff's lawyers, that I will not be paid or compensated for due to their lawsuit.

It would seem to me the court failed when it should have required the plaintiff's lawyers as part of their $3.500,000 fees to research and ONLY CONTACT THOSE PEOPLE THAT HAD A CLAIM. I do not believe the court should have allowed them to go on a fishing expedition to include what apparently resulted in each and every customs of Blue Cross being placed on this lawsuit.

Furthermore I believe the court should not allow this lawsuit to continue as is until the plaintiff lawyers stop the entire inclusion of BCBS customers. Further the court should required them to do the research and only contact those involved with the named hospitals. Also as part of their agreed to fees, the plaintiff lawyers should be required to send notifications to rescind their original post card notification of claims that apparently were sent to all BCBS customers with or without a claim.

At the very least if the above cannot be done then I would like the court to award me financial compensation for my time spent of one hour, based hourly fee the highest paid plaintiff lawyer is receiving. Or will I need to file a class action suit?

David VanDaele

*[signature]* 8-11-14

9812 Ferder Rd.
Maybee MI 498159

734-587-3913

David & Tammy Van Daele
9812 Ferder Rd.
Maybee, MI 48159-9710

Settlement Administrator
P.O. Box 3240
Portland OR
97208-3240