# EXHIBIT G

RECEIVED
AUG 2 5 2014
LEGAL SERVICES

# Shane Group v BCBS of Michigan CA8356

**Objection #**     600000003

This document is from a void request
DC Issue Tracking # SP 9029
Requested by: Sandra Elizarraraz
From VOID? [YES] NO   Date: 9-18-14
Original Case: Shane Group v BCBS
Original Doc Type: Opt out
Original Doc ID: 300000785

Please Review Document History
Before Requesting a VOID

## Document Range

0835605

**Begin:** 3

**End:** —

**Quantity:** 1

**Prepped by:** ID #: 98 MN   SEP 1 8 2014

**QC:**

**Stats:** ✓

**Scanned by:** SM.   SEP 1 8 2014

**Route to:** Vault         *Route to:_____



19 August 2014

Nicholas and Coralin Davelaar
405 Turrentine Way
Russellville, AR 72801


Cohen Milstein Sellers & Toll PLLC
Daniel A. Small
Brent W. Johnson
1100 New York Avenue, NW
Suite 500
Washington, DC 20005

*and*

Hunton & Williams LLP
Todd M. Stenerson
D. Bruce Hoffman
2200 Pennsylvania Ave, NW
Washington, DC 20037

Dear Sirs,

We believe ourselves to be members of the class involved in *The Shane Group, Inc., v. Blue Cross Blue Shield of Michigan*, Case No. 2:10-cv-14360 due to medical expenses incurred while we lived in Michigan.

Further, we have written to exclude ourselves from this lawsuit, and now are writing to file an objection with the court with regard to the terms of the settlement. With the exception of the plaintiffs who originated this lawsuit, most of the alleged victims will receive basically nothing—at most 3.5% of their medical expenses. For the sake of an example, let's say we had a few particularly bad years during the relevant time period, paying some $20,000 out-of-pocket in medical expenses at some of the hospitals listed in Exhibit A in the Proposed Allocation Document. According to the allocation proposal, we would receive $700. That's it, and we would need quite a bit of patience and full documentation to see that entire amount. Meanwhile the legal firms involved are set to receive approximately $3,500,000. In our estimation, this lawsuit is a perfect example of the need for tort reform, rather than a case of pursuing justice for the people in the class. We therefore object to this settlement.

Sincerely,

Nicholas and Coralin Davelaar