# EXHIBIT H

# Jamie Holzer

| | |
|---|---|
| **From:** | John Kunitzer <jmkunitzer@gmail.com> |
| **Sent:** | Wednesday, October 22, 2014 7:53 PM |
| **To:** | Dan Hedlund |
| **Subject:** | Re: Michigan Hospital Payment Litigation--Shane v. BCBSM |

I agree to withdraw my objection to the settlement.

John Kunitzer
Sent from my iPhone

On Oct 22, 2014, at 5:50 PM, Dan Hedlund <DHedlund@gustafsongluek.com> wrote:

> Dear Mr. Kunitzer:
>
> This e-mail will confirm our conversation today in which you agreed to withdraw your objection dated September 11, 2014 (docket # 158).
>
> Can you please respond by e-mail that you confirm your withdrawal?
>
> If we need any additional confirmation, I will let you know.
>
> Thanks for your time.
>
> Best regards,
>
> Dan
>
> **Daniel C. Hedlund**
> **Gustafson Gluek PLLC**
> Canadian Pacific Plaza
> 120 South Sixth Street, Suite 2600
> Minneapolis, MN 55402
>
> Phone: (612) 333-8844
>
> profile  |  website  |  vCard  |  map
>
> *committed to the protection of fair competition ...*