This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013. All rights reserved.

**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE
For Domestic and International Use

$8.50
0001692-10
1006 10007

From:
CHRIS ANDREWS
P.O. BOX 530396
LIVONIA, MI 48153
248-635-3810

TO:
UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
CLERK OF THE COURT
500 PEARL STREET
NEW YORK, NEW YORK 10007

Label 228, January 2008

MAR 24 2014
PRO SE OFFICE

**PRIORITY MAIL**

United States Postal Service
SIGNATURE CONFIRMATION™

DATE OF
USPS TRA
INSURANC
PICKUP A
* Domestic o

2305 0270 0000 9600 8884

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14F July 2013
OD: 12.5 x 9.5

PS00001000014

This envelope is made from post-consumer waste. Please recycle - again.