# EXHIBIT M

## E. Powell Miller

**From:** caaloa <caaloa@gmail.com>
**Sent:** Monday, September 22, 2014 1:02 PM
**To:** E. Powell Miller
**Subject:** Re: No Response

Dear Mr. Powell,
    Since i am now just starting to print off three copies and download and print the exhibits I will be rushed to get this all done by 4:00 pm. This delivery will occur tomorrow am. Some of you are so clueless based on what I now know. Take the offer. Have a nice day.
Christopher Andrews

On Mon, Sep 22, 2014 at 12:45 PM, caaloa <caaloa@gmail.com> wrote:
Dear Mr. Miller,
    No call means no I guess. After reviewing the 380 pages in this objection it will be posted to Scribed and a email news release sent out to 125 news organizations, congressional committees, public interest groups directing them to this objection. I will also send a letter to all judges in this district referring them to this objection so everyone will be able to see what a poster child of abuse this entire settlement is so no other class members will be victimized in future class action settlements. The goal is to get Plaintiffs Counsel dismissed as you already know, the demands have now changed and been substantially increased. This won't be a slam dunk like it was for your last two settlements in in the Detroit Federal Court. BAR complaints will also being filed. You can also include this for the judge to see with all the other emails sent your way.
Christopher Andrews

1