# EXHIBIT N

| | |
|---|---|
| **From:** | caaloa <caaloa@gmail.com> |
| **Sent:** | Thursday, October 02, 2014 7:14 AM |
| **To:** | Dan Gustafson |
| **Subject:** | Supplement to objection |

Dear Dan,

       The supplement to the objection is almost done and needed because you have failed to meet the Court's deadline declaring the notice plan has been effectuated as of 9-24-14. Five copies will be printed off starting Monday at 12:00 pm. Three copies go to the Court and two in the mail to Plaintiffs' Counsel and defendant either that day or the following morning. It's too bad you don't know what you can and can't do before a hearing regarding an objection. No deal by 12:00 pm Monday and the entire objection may very will  cause four Plaintiffs'  Counsel and some other class counsel to be booted off the case along with named plaintiffs. I will find substitutes for all parties. It should be easy after saving the attorney fees that Plaintiffs' Counsel and other lawyers will forfeit. Do some research where counsel has been found to be inadequate, this settlement takes the cake. This entire objection is a masterpiece and is the best one ever filed that totally dismembers a proposed settlement. See you on 11-12-14, unless it gets rescheduled. Should be standing room only and full of fireworks.
Chris Andrews