UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

The Shane Group, Inc., et al.,

                    Plaintiff(s),

v.                                          Case No. 2:10–cv–14360–DPH–MKM
                                                              Hon. Denise Page Hood

Blue Cross Blue Shield of
Michigan, et al.,

                    Defendant(s),
_____

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

    The following motion(s) have been filed:

        Motion to Strike – #177

    Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Denise Page Hood *without* oral argument.

    Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

    Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                       By: s/L. Saulsberry
                                                                 Case Manager

Dated: November 7, 2014