November 10, 2014

Via Hand Delivery

Clerk of Court

The United States District Court

For The Eastern District of Michigan

Southern Division

U.S. Courthouse

231 W. Lafayette Blvd.

Detroit, Michigan 48226

| | |
|---|---|
| The Shane Group, Inc. etc. al | Case No. 2:10-cv-14360-DPH-MKM |
| Plaintiffs, | Courtroom of Judge Denise Page Hood |
| v. Blue Cross Blue Shield of Michigan, | Balance of proof of class membership |
| Defendant. | Fairness Hearing: November 12, 2014 |
| | Time: 2:00 pm |

Attached please find proof of class membership for objector Michael Andrews.

## Crittenton Hospital
## Itemized Statement of Charges
## 11-04-2014

| | | | |
|---|---|---|---|
| | | Type | Outpatient |
| Hospital Name | CRITTENTON HOSPITAL<br>1101 WEST UNIVERSITY DRIVE<br>ROCHESTER, MI<br>483071831 | Prov Code | 0291 |
| | | Fed ID | 38-1359247 |
| Acct Num | 771409002 | Bill Date | 06/30/2010 |
| Patient Name | ANDREWS MICHAEL | Birth Date | |
| Stmt From | 06/26/2010 | Stmt Thru | 06/26/2010 |
| Last Name | ANDREWS | First Name | MICHAEL |
| Sex | M | Admit Date | 06/26/2010 |
| Add1 | | Add2 | |
| City | | State | MI |
| | | Zip | |
| Insurance 1 | BLUE CROSS TRUST | Group 1 | 007000010 |
| Contract 1 | SYQ911454784 | Service CD 1 | 9 |
| Insured Last Name 1 | ANDREWS | Insured First Name 1 | MICHAEL |
| Insurance 2 | | Group 2 | |
| Contract 2 | | Service CD 2 | |
| Insured Last Name 2 | | Insured First Name 2 | |
| Insurance 3 | | Group | |
| Contract 3 | | Service CD 3 | |
| Insured Last Name 3 | | Insured First Name 3 | |
| Princ Diag | 84500 | Princ Diag Desc | |
| Diag 02 | E9179 | Admit Doc | |
| Prin Proc Code | | Prin Proc | |
| Employer Name 1 | | Employer Name 2 | |

### Charges

| Service Date | Charge Number | CPT Code | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 06/26/2010 | 03810003 | 450 99283 - | | 1 | $660.10 |
| 06/26/2010 | 04200319 | 320 73610 LT- | | 1 | $205.40 |

### Adjustments

| Post Date | Charge Number | Description | | Quantity | Amount |
|---|---|---|---|---|---|
| 08/10/2010 | 00010426 | | | 1 | -$570.23 |
| 09/13/2010 | 08000000 | | | 1 | $295.27 |
| 09/13/2010 | 08000000 | | | 1 | -$295.27 |
| 11/10/2010 | 00011206 | | | 1 | -$95.27 |

### Payments

| Post Date | Charge Number | Description | Quantity | Amount |
|---|---|---|---|---|
| 07/08/2010 | 07000191 | B/C NASCO PAYMENT(S) | 1 | $0.00 |
| 11/05/2010 | 07000077 | PATIENT PAYMENT(S) | 1 | -$200.00 |

Remit to  
**Crittenton Hospital**  
1101 West University Drive  
Rochester, MI 48307-1831  
Make check payable to: Crittenton Hospital

| | |
|---|---|
| Total Charges | $865.50 |
| Total Adjustments | -$665.50 |
| Total Payments | -$200.00 |
| Account Balance | $0.00 |

PAGE 3 of 5

Case No. Case No. 2:10-cv-14360-DPH-MKM

Dated: November 10, 2014

*Christopher Andrews, objector,*

P.O. Box 530394

*Livonia, MI 48152-0394 E-mail caaloa@gmail.com Phone 1-248-635-3810*

Christopher Andrews

*Christopher Andrews, pro se objector also is acting as representative for pro se objectors Cathy Waltz, Ron Waltz and Michael Andrews. We/I certify under penalty of perjury that the above and below information is true and accurate to the best of my/our knowledge, information and belief. All correspondence is to be mailed to Christopher Andrews Any emails, notices or docket filings filed with the court or phone calls as well should go to Christopher Andrews at the email and phone number listed above.*

I/we hereby certify that on this day I/we hand delivered foregoing to the Clerk of the Court, and served true and correct copies upon class counsel

and defendants' counsel via US Post Office first class at the addresses below:

COHEN MILSTEIN SELLERS & TOLL PLLC 202-408-4600

Daniel A. Small

Brent W. Johnson

1100 New York Avenue, NW

Suite 500

Washington, DC 20005

HUNTON & WILLIAMS LLP 202.955.1500

Todd M. Stenerson

D. Bruce Hoffman

2200 Pennsylvania Ave, NW  Washington, DC 20037

Christopher Andrews

*I/we certify under penalty of perjury that the above and below information is true and accurate to the best of my/our knowledge*, information, and belief .The Shane Group etc. al v Blue Cross Blue Shield of Michigan Case No. 2:10-cv-14360-DPH-MKM