RECEIVED
NOV 0 7 2014
DENISE PAGE HOOD
U.S. DISTRICT JUDGE

Darrell C. Thompson
2836 Tupper Drive
Bay City, Michigan 48706
(989) 525-4229

10-14360

District Judge for "The Shane Group, Inc. v. Blue Cross Blue Shield of Michigan"
Case No. 2:10-cv-14360
United States District Court, Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Date: October 31, 2014

**Dear District Judge,**

On 9/17/14 (before the deadline to object) I requested to speak in court before the case is settled. On 10/29/2014 a lawyer explained the judge will decide who will speak, **not** them.

I believe the judge should support United States Department of Labor, Health Plans & Benefits, **Fiduciary responsibilities**, "The primary responsibility of fiduciaries is to run the plan solely in the interest of participants and beneficiaries." I would like to explain in court information that supports the "The Shane Group, Inc. v. Blue Cross Blue Shield of Michigan" agreement should be improved.

Hoping to get a response from the judge,

*Darrell C. Thompson*

Darrell C. Thompson

DARRELL C. THOMPSON
2836 Tupper Dr.
Bay City, MI 48706

Hand

District Judge for "The Shane Group v Blue Cross Blue Shield"

Case No. 2:10-cv-14360

United States District Court, Eastern Dist of MI

231 W. Lafayette Boulevard

Detroit, MI 48226

4822682713

METROPLE...

31 OCT 20...



R E C E I V E D

NOV 0 4 2014

CLERK'S OFFICE
DETROIT