November 12, 2014

Via Hand Delivery

Clerk of Court

The United States District Court

For The Eastern District of Michigan

Southern Division

U.S. Courthouse

231 W. Lafayette Blvd.

Detroit, Michigan 48226

| | |
|---|---|
| The Shane Group, Inc. etc. al | Case No. 2:10-cv-14360-DPH-MKM |
| Plaintiffs, | Courtroom of Judge Denise Page Hood |
| v. Blue Cross Blue Shield of Michigan, | Proof of class membership for all objectors |
| Defendant. | Fairness Hearing: November 12, 2014 |
| | Time: 2:00 pm |

Attached please find proof of class membership for all objectors.

Case No. Case No. 2:10-cv-14360-DPH-MKM

Dated: November 12, 2014

*/s/ Christopher Andrews*

*Christopher Andrews, pro se objector, signing on behalf of all objectors to save time.*

P.O. Box 530394

*Livonia, MI 48152-0394 E-mail caaloa@gmail.com Phone 1-248-635-3810*

*/s/ Christopher Andrews*

*Christopher Andrews*

*Christopher Andrews, pro se objector also is acting as representative for pro se objectors Cathy Waltz, Ron Waltz and Michael Andrews. We/I certify under penalty of perjury that the above and below information is true and accurate to the best of my/our knowledge, information and belief. All correspondence is to be mailed to Christopher Andrews. Any emails, notices or docket filings filed with the court or phone calls as well should go to Christopher Andrews at the email and phone number listed above.*

I/we hereby certify that on this day I/we hand delivered foregoing to the

Clerk of the Court, and served true and correct copies upon class counsel and defendants' counsel via US Post Office first class at the addresses below:

COHEN MILSTEIN SELLERS & TOLL PLLC 202-408-4600

Daniel A. Small

Brent W. Johnson

1100 New York Avenue, NW

Suite 500

Washington, DC 20005

HUNTON & WILLIAMS LLP 202.955.1500

Todd M. Stenerson

D. Bruce Hoffman

2200 Pennsylvania Ave, NW Washington, DC 20037

Christopher Andrews

*I/we certify under penalty of perjury that the above and below information is true and accurate to the best of my/our knowledge*, information, and belief .The Shane Group etc. al v Blue Cross Blue Shield of Michigan Case No. 2:10-cv-14360-DPH-MKM

**Crittenton Hospital**
**Itemized Statement of Charges**
**11-04-2014**

| | | | |
|---|---|---|---|
| | | Type | Outpatient |
| Hospital Name | CRITTENTON HOSPITAL<br>1101 WEST UNIVERSITY DRIVE<br>ROCHESTER, MI<br>483071831 | Prov Code | 0291 |
| | | Fed ID | 38-1359247 |
| Acct Num | 771409002 | Bill Date | 06/30/2010 |
| Patient Name | ANDREWS MICHAEL | Birth Date | |
| Stmt From | 06/26/2010 | Stmt Thru | 06/26/2010 |
| Last Name | ANDREWS | First Name | MICHAEL |
| Sex | M | Admit Date | 06/26/2010 |
| Add1 | | Add2 | |
| City | | State | MI |
| | | Zip | |
| Insurance 1 | BLUE CROSS TRUST | Group 1 | 007000010 |
| Contract 1 | SYQ911454784 | Service CD 1 | 9 |
| Insured Last Name 1 | ANDREWS | Insured First Name 1 | MICHAEL |
| Insurance 2 | | Group 2 | |
| Contract 2 | | Service CD 2 | |
| Insured Last Name 2 | | Insured First Name 2 | |
| Insurance 3 | | Group | |
| Contract 3 | | Service CD 3 | |
| Insured Last Name 3 | | Insured First Name 3 | |
| Princ Diag | 84500 | Princ Diag Desc | |
| Diag 02 | E9179 | Admit Doc | |
| Prin Proc Code | | Prin Proc | |
| Employer Name 1 | | Employer Name 2 | |

**Charges**

| Service Date | Charge Number | CPT Code | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 06/26/2010 | 03810003 | 450 99283 - | | 1 | $660.10 |
| 06/26/2010 | 04200319 | 320 73610 LT- | | 1 | $205.40 |

**Adjustments**

| Post Date | Charge Number | Description | | Quantity | Amount |
|---|---|---|---|---|---|
| 08/10/2010 | 00010426 | | | 1 | -$570.23 |
| 09/13/2010 | 08000000 | | | 1 | $295.27 |
| 09/13/2010 | 08000000 | | | 1 | -$295.27 |
| 11/10/2010 | 00011206 | | | 1 | -$95.27 |

**Payments**

| Post Date | Charge Number | Description | Quantity | Amount |
|---|---|---|---|---|
| 07/08/2010 | 07000191 | B/C NASCO PAYMENT(S) | 1 | $0.00 |
| 11/05/2010 | 07000077 | PATIENT PAYMENT(S) | 1 | -$200.00 |

Remit to | Total Charges | $865.50
Crittenton Hospital | Total Adjustments | -$665.50
1101 West University Drive | Total Payments | -$200.00
Rochester, MI 48307-1831 | Account Balance | $0.00
Make check payable to: Crittenton Hospital

# EXPLANATION OF BENEFIT PAYMENTS
## THIS IS NOT A BILL



Blue Cross Blue Shield of Michigan
A nonprofit corporation and independent licensee of the Blue Cross and Blue Shield Association

Statement Date: 01/01/11

036092
WALTZ RONALD W

Your Customer Service Phone Number Is:
NATIONWIDE TOLL-FREE 1-800-432-9881

Send Written Inquiries to this Address:
BLUE CROSS BLUE SHIELD OF MICHIGAN
SECS - WRITTEN, MAIL CODE X300
600 E. LAFAYETTE BLVD.
DETROIT     MI 48226-2998

Group Name: MIACG/HEALTHQUEST OF FARMING
Group Number:
Subscriber Name: WALTZ RONALD W
Contract Number:
Coverage:

See your Health Care Benefits Certificate or Benefits Guide for details on contract coverage. For ASC groups, we don't assume any financial risk or obligation with respect to claims.

Patient Name or Initial: CATHE
Patient Birth Month/Year:

## Summary of Balances (See Detail on Services)

| Name of Hospital, Physician or Provider | Total Provider Charges | (-) Less BCBSM Paid | (-) Less Participating Provider Savings | (-) Less Other Insurance Paid | (=) Equals Your Balance* |
|---|---|---|---|---|---|
| REGENTS OF THE | 103.00 | 64.62 | 28.38 | 0.00 | 10.00 |
| Totals: | $ 103.00 | $ 64.62 | $ 28.38 | 0.00 | $ 10.00 |

*Note: The amount in the 'Equals Your Balance' column includes any copayments, deductibles, sanctions and non-covered charges.

## Summary of Deductibles and Copayments
(These totals are based on our information to date and may not reflect all outstanding claims.)

| Totals for: FAMILY | 01/01/10 to 12/31/10 | Totals for: CATHE | 01/01/10 to 12/31/10 |
|---|---|---|---|
| Deductible required for year: | $ 500.00 | Deductible required for year: | $ 250.00 |
| Deductible applied year to date: | $ 353.59 | Deductible applied year to date: | 250.00 |

The family deductible has not been met.
The patient deductible has been met.

| Totals for: FAMILY | 01/01/10 to 12/31/10 | Totals for: CATHE | 01/01/10 to 12/31/10 |
|---|---|---|---|
| Copayment required for year: | $ 2,000.00 | Copayment required for year: | $ 1,000.00 |
| Copayment applied year to date: | $ 16.69 | Copayment applied year to date: | 16.69 |

The family copayment requirement has not been met.
The patient copayment requirement has not been met.

## Helpful Information

Did you know that good oral health impacts your overall health? Gum disease can increase the severity of diseases like heart disease and diabetes. See your dentist for a healthier you!

# EXPLANATION OF BENEFIT PAYMENTS
# THIS IS NOT A BILL



Blue Cross Blue Shield of Michigan

A nonprofit corporation and independent licensee of the Blue Cross and Blue Shield Association

Statement Date: 01/01/11

## Helpful Information

Check your health IQ. Take BlueHealthConnection's free, online health assessment and learn a lot about your health. When you answer questions on your health status, lifestyle and medical history, you'll get a tailored action plan to help you reach your health goals. Visit bcbsm.com and log in to Member Secured Services to get started. And don't forget to visit bcbsm.com/xtras to access our Healthy Blue Xtras savings program. Some members may not have access to BlueHealthConnection or other online tools.

## Detail on Services    Contract Number: 893164078    Patient: CATHE

| Field | Value | | |
|---|---|---|---|
| Service Date (From/To): | 12/08/10 | Total Charge ............................................. $ | 103.00 |
| Claim Received on: | 12/14/10 | | |
| Provider Name: | REGENTS OF THE | Amount approved by BCBSM for this service.......... | 74.62 |
| Provider Status: | PARTICIPATING | Minus copayment........................................ | 10.00 |
| Referring Provider: | | BCBSM processed on 12/14/10 and paid provider... | 64.62 |
| Service Type: | | Savings because provider participates with BCBSM... + | 28.38 |
| Procedure: | | Total Covered ..........................................$ | 93.00 |
| Procedure Code: | | | |
| Claim Number: | | Your Balance: (Highlighted Amounts) $ | 10.00 |

# EXPLANATION OF BENEFIT PAYMENTS
## THIS IS NOT A BILL



**Blue Cross Blue Shield** of Michigan

A nonprofit corporation and independent licensee of the Blue Cross and Blue Shield Association

**Statement Date:** 07/17/10



WALTZ RONALD

**Your Customer Service Phone Number Is:**
NATIONWIDE TOLL-FREE 1-800-432-9881

**Send Written Inquiries to this Address:**
BLUE CROSS BLUE SHIELD OF MICHIGAN
SECS - WRITTEN, MAIL CODE X300
600 E. LAFAYETTE BLVD.
DETROIT   MI 48226-2998

| | |
|---|---|
| Group Name: | MIACG/HEALTHQUEST OF FARMING |
| Group Number: | |
| Subscriber Name: | WALTZ RONALD |
| Contract Number: | |
| Coverage: | |

See your Health Care Benefits Certificate or Benefits Guide for details on contract coverage. For ASC groups, we don't assume any financial risk or obligation with respect to claims

Patient Name or Initial:
Patient Birth Month/Year:

## Summary of Balances (See Detail on Services)

| Name of Hospital, Physician or Provider | Total Provider Charges | (-) Less BCBSM Paid | (-) Less Participating Provider Savings | (-) Less Other Insurance Paid | (=) Equals Your Balance |
|---|---|---|---|---|---|
| REGENTS OF THE | 148.00 | 105.35 | 32.65 | 0.00 | |
| Totals: | $ 148.00 | $ 105.35 | $ 32.65 | $ 0.00 | $ |

Note: The amount in the 'Equals Your Balance' column includes any copayments, deductibles, sanctions and non-covered charges.

## Summary of Deductibles and Copayments
(These totals are based on our information to date and may not reflect all outstanding claims.)

| Totals for: FAMILY | 01/01/10 to 12/31/10 |
|---|---|
| Deductible required for year: | $ 500.00 |
| Deductible applied year to date: | $ 205.79 |

The family deductible has not been met.

## Helpful Information

Did you know that good oral health impacts your overall health? Gum disease can increase the severity of diseases like heart disease and diabetes. See your dentist for a healthier you!

When you carry a Blues card, you're part of our unique mission to create stronger, healthier communities by providing access to quality health care for everyone. And we encourage you to make healthy choices. Visit bcbsm.com/xtras for offers on healthy products and services. You'll find many from businesses in Michigan and around the U.S.

# EXPLANATION OF BENEFIT PAYMENTS
# THIS IS NOT A BILL



**Blue Cross Blue Shield** of Michigan

A nonprofit corporation and independent licensee of the Blue Cross and Blue Shield Association

**Statement Date:** 07/17/10

## Detail on Services     Contract Number: 893164078     Patient: RONAL

| | | |
|---|---|---|
| **Service Date**(From/To): 06/25/10 | Total Charge | $ 148.00 |
| **Claim Received on:** 07/01/10 | | |
| **Provider Name:** REGENTS OF THE | Amount approved by BCBSM for this service | 115.35 |
| **Provider Status:** PARTICIPATING | Minus copayment | 10.00 |
| **Referring Provider:** | | |
| **Service Type:** | BCBSM processed on 07/01/10 and paid provider | 105.35 |
| **Procedure:** | Savings because provider participates with BCBSM | 32.65 |
| **Procedure Code:** | Total Covered | $ 138.00 |
| **Claim Number:** | Your Balance: (Highlighted Amount's) | $ 10.00 |

Approved, SCAO

| STATE OF MICHIGAN PROBATE COURT COUNTY OF OAKLAND | LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE | FILE NO. |
|---|---|---|

Estate of Emily Byrne

To: *Name and address*
Cath████████ Waltz
████████████████

*Telephone no.*
████████

You have been appointed and qualified as _____ personal representative(s) _____ of the estate on June 15, 2010.
You are authorized to perform all acts authorized by law unless exceptions are specified below.

☐ Your authority is limited in the following way:
  ☐ You have no authority over the estate's real estate or ownership interests in a business entity that you disclosed on your acceptance of appointment.
  ☐ Other restrictions or limitations are:

☒ These letters expire: NO EXPIRATION DATE
                        *Date*

June 15, 2010
*Date*                                          *Judge* (formal proceedings)/*Register* (informal proceedings)

SEE NOTICE OF DUTIES ON SECOND PAGE

Attorney name (type or print)                   Bar no.

Address

City, state, zip                                Telephone no.

I certify that I have compared this copy with the original on file and that it is a correct copy of the original, and on this date these letters are in full force and effect.

_____                                   _____
Date                                            Deputy register

Do not write below this line - For court use only

LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE



# FIRST CODICIL
## TO THE LAST WILL AND TESTAMENT OF
## EILEEN R. GREENIA

I, Eileen R. Greenia, of the City ███████, County of ███████, State of Michigan, made my Last Will and Testament on September 24, 1998. On April 15, 2005, I now make the following First Codicil to my Will:

### ARTICLE SIXTH

I delete Article Sixth, Section (a) and substitute in its place the following language:

"(a) **Personal Representative.** I hereby nominate and appoint my daughter, Cath████ Waltz, as Personal Representative of this, my Last Will and Testament. In the event ████████, Cath████ Waltz, is unable or unwilling to act in such capacity, then, and in that event, I hereby appoint ████████ ████████ to serve as Personal Representatives of my estate with all the powers as hereinabove stated. In the event none of the above mentioned individuals are able or willing to serve as Personal Representative, I hereby request that my oldest living beneficiaries select a financial institution qualified to do business in the State of Michigan to serve as Personal Representative of my estate, with all the powers as hereinabove stated.

I further request that my Personal Representative shall only be required to file a nominal bond."

In all other respects, I ratify and confirm my will dated September 24, 1998.

I, Eileen R. Greenia, the Testator, sign my name to this document on April 15, 2005. I swear that the statements in this document are true; declare that this document is a codicil to my Will; that I sign it willingly or willingly direct another to sign for me; that I execute it as my voluntary act for the purposes expressed in this Codicil; and that I am 18 years of age or older, of sound mind, and under no constraint or undue influence.

_____
Eileen R. Greenia

We, John P. Hartwig and Jacqueline L. Garcher, the witnesses, sign our names to this document swear that all of the following statements are true: the individual signing this document as the Testator executes the document as a Codicil to his or her Will, signs it willingly or willingly directs another to sign for him or her, and executes it as his or her voluntary act for the purposes expressed in this codicil; each of us, in the Testator's presence, signs this Codicil as witness to the

Initials

