# EXHIBIT

# 1

| | |
|---|---|
| **From:** | caaloa <caaloa@gmail.com> |
| **Sent:** | Thursday, January 08, 2015 8:40 AM |
| **To:** | Dan Gustafson; dhedlund@gustafsongluek.com; Daniel Small; E. Powell Miller; isquith@whafh.com; caaloa |
| **Subject:** | Monday January 8, 2014 deadline |

Dear Class Counsel,

        In the event you are unaware of it the longer this drags on the worse it gets. You are to withdraw the two documents by 5:00 pm Monday and have a check ready for me to pick up or be delivered by Tuesday 5:00 pm regardless of how the Court rules. If not it will get much worse when I take further actions starting on Wednesday. If you did nothing wrong in the past you have nothing to fear. On the other hand........
Chris Andrews