15

January 26, 2015

Hand Delivery

Clerk of Court

The United States District Court

For The Eastern District of Michigan

Southern Division

U.S. Courthouse

231 W. Lafayette Blvd.

Detroit, Michigan 48226

FILED 2015 JAN 26 A 10:15 U.S. DIST. COURT CLERK EAST DIST. MICH DETROIT

                                             Courtroom of Judge Denise Page Hood

                                             Case No. 2:10-cv-14360-DPH- MKM

The Shane Group, Inc. etc. al         Supplement to Objection

                                             Supplement to Sanction Motion

Plaintiffs,

v. Blue Cross Blue Shield of Michigan.

Defendant,

The attached Exhibit "D" the fee petition of Kohn Swift and "D1" the fee petition of Cohen Milstein were inadvertently left out of the filing made by the objector on January 22, 2015 and are hereby incorporated into that document. The two documents show evidence of "lawyer swapping" that appears to show nefarious motives in their fee filings that artificially drive up the fees to the class.

Exhibit "I", the firm of Sommers Schwartz has a fee issue with one lawyer referenced in a previous filing made by the objector but objector believed that the law firm was in the clear on "ghost promotion" and "ghost attorneys" issues but that now seem false. The firm appears to have billed out an attorney by the name of Lisa Mikalonis as a "Partner". This attorney was billed out at a rate of $530.00 per hour for 36 hours for a cost to the class of $19,000.00 yet **no** records can be found on the internet to show that she was indeed a made "partner". Partner papers, buy-in amount etc. now need to be verified.

The total number of law firms that appear to have "ghost promotion" "ghost attorneys" and "lawyer swapping" issues which artificially and unfairly increases the fees to the class now numbers twelve of eighteen law firms or 66.6% which includes all of class counsel. The total fraud in the ghost schemes is approximately $1,200,000.00.

After careful consideration the Court should not have a "CTJM meeting" with all applicable firms as referenced at the end of the filing made on January 22, 2015 but rather a "CPC meeting" is in order, (Career Path Change) which means it is the last day of employment for all applicable firms. Second chances are not applicable any more based on all the evidence uncovered and counsels attack on the objector to attempt to hide their fraudulent acts by diverting the objector's attention away from their fraud by creating unnecessary work by filing wasteful and overly expansive documents that the objector has to read through and respond to. These firms should not be simply given double secret probation for what they have done but banished from the case.

Strong possibility of "ghost promotion" by Sommers Schwartz.

**Lisa Mikalonis**

Attorney at Rader, Fishman & Grauer PLLC

Greater Detroit Area

Law Practice

Previous
1. Sommers Schwartz PC,
2. MotorCity Casino,

3. Wayne State University Law School

Education     1. University of Oregon School of Law

**Recommendations 1** person has recommended Lisa

**Websites**     • Company Website

321 connections

Join LinkedIn & access Lisa's full profile. It's free!

As a LinkedIn member, you'll join 300 million other professionals who are sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact Lisa directly

View Lisa's Full Profile

Background

Summary

Specialties: Commercial litigation, intellectual property litigation, media law, libel, privacy, copyright, trademark, unfair trade practices, communications law.

advertising, and entertainment law

Negotiation and drafting agreements, including vendor purchasing agreements, software licenses, subscription agreements, sponsorship agreements, location agreements service agreements, maintenance and support agreements, confidentiality agreements and gaming agreements.

**Experience**



**Attorney**

**Rader, Fishman & Grauer PLLC**

January 2014 – Present (1 year 1 month) Bloomfield Hills, MI

• Engaged in all aspects of intellectual property litigation on copyright, trademark and patent cases.

• Negotiated and drafted software licenses and other intellectual property licenses, including cloud computing and software as services agreements.

• Negotiated and drafted services, subscription, maintenance and support, advertising, marketing, sponsorship, location, confidentiality and gaming

agreements.

• Advised clients regarding online and electronic media laws and regulations and drafted privacy policies and terms of use.

• Represented and advised clients in matters involving media law, libel, privacy, unfair trade practices, communications law, advertising, and entertainment law.



Attorney

**Sommers Schwartz PC**

September 2007 – January 2014 (6 years 5 months)Southfield, MI

• Performed intellectual property litigation and complex commercial litigation.

• Negotiated and drafted license, services, subscription, maintenance and support, advertising, marketing, sponsorship, location, confidentiality and gaming agreements.

• Represented and advised clients in media law, libel, privacy, unfair trade practices, communications law, advertising, and entertainment law.

**Assistant General Counsel**

## MotorCity Casino

2005 – 2007 (2 years)Detroit, MI

• Negotiated and drafted vendor purchasing agreements, software licenses, confidentiality agreements, sponsorship agreements, advertising agreements and service and maintenance agreements.

• Reviewed agreements, marketing and promotional materials for regulatory compliance.

• Advised client in entertainment law, marketing, advertising, intellectual property, gaming and liquor control issues.

• Managed client's intellectual property portfolio.

• Supervised outside counsel on collections and intellectual property matters.

## Assistant Dean for Career Services

## Wayne State University Law School

2004 – 2005 (1 year)Detroit, MI

• Managed Career Services Office.

• Counseled students and alumni, and developed and administered programming and events.

- Engaged in outreach with employers.

- Published career search materials, updated website, maintained databases.

**Legal Writing Lecturer, Adjunct Professor of Law - Mass Media Law**

<u>Wayne State University Law School</u>

1992 – 2005 (13 years)

**Adjunct Lecturer in Press Law and Ethics**

**University of Michigan, Dearborn**

January 2001 -- May 2001 (5 months)Dearborn, MI

**Attorney**

**Law Offices of Dawn Phillips Hertz**

1993 – 2001 (8 years)Oakland County, MI

- Represented print and broadcast media, internet providers, software manufacturers, publishers, and authors in First Amendment and intellectual property law including media law, libel, privacy, copyright, trademark, unfair trade practices, communications law, freedom of information and open meetings acts, protection of sources, rights of access, antitrust, and advertising.

- Conducted prepublication review and compliance monitoring.

- Provided Legal Hotline to members of the Michigan Press Association.

DW

**Attorney**

**Dickinson Wright PLLC**

1988 – 1991 (3 years) Bloomfield Hills, MI

Performed commercial litigation and appeals including general civil matters, insurance defense, commercial real estate, libel, privacy, media law, trademark, copyright, general negligence, employment and bankruptcy.

**Attorney**

**Fisher, Wayland, Cooper & Leader**

1986 – 1988 (2 years) Washington, DC

- Performed communications law including administrative litigation, broadcast property sales and acquisitions, regulatory matters, and appeals.

- Represented clients in intellectual property matters and media law.

https://m.facebook.com/SommersSchwartzPC?v=timeline&filter=0&timecutoff=1391636750&sectionLoadingID=m_timeline_loading_div_1388563199_1357027200_8_&timeend=1388563199&timestart=1357027200&tm=AQCk3JcZ5eFk9H2Q

Sommers Schwartz, PC shared a link.

Dec 10, 2013 ·

Thank you for your continued time and patience in this soon to be historical case.

Respectfully submitted,

Christopher Andrews

Case No. Case No. 2:10-cv-14360-DPH-MKM

Dated: January 26, 2015

*Christopher Andrews, Pro se objector*

P.O. Box 530394

*Livonia, MI 48152-0394 E-mail caaloa@gmail.com Phone 1-248-635-3810*

Christopher Andrews

*I certify under penalty of perjury that the above and below information is true and accurate to the best of my knowledge, information and belief.*

*Christopher Andrews*

I hereby certify that on this day I hand delivered the foregoing to the Clerk of the Court, and served true and correct copies upon class counsel via email (per their permission) at the email addresses below. Clerk of Court, the United States District Court for the Eastern District of Michigan Southern Division, U.S. Courthouse 231 W. Lafayette Blvd. Detroit, Michigan 48226 Telephone number (313) 234-5005.

COHEN MILSTEIN SELLERS & TOLL PLLC 202-408-4600 Daniel A. Small

Daniel Small <dsmall@cohenmilstein.com>,

Brent W. Johnson

1100 New York Avenue, NW

Suite 500

Washington, DC 20005

Gustafson Gluek Pllc

Canadian Pacific Plaza

120 South Sixth Street, Suite 2600

Minneapolis, MN 55402

Attention Daniel Gustafson <DGustafson@gustafsongluek.com>,

dhedlund@gustafsongluek.com,

The Miller Law Firm

950 West University Avenue, Suite 300

Rochester, MI 48307

Attention Mr. Miller E. Powell Miller" <epm@millerlawpc.com>

Wolf Haldenstein Adler Freeman & Herz, LLC

270 Madison Avenue

New York, New York 10016

Attention Fred Isquith isquith@whafh.com

Fink & Associates Law

100 West Long Lake Road, Suite 111

Bloomfield Hills, MI 48304

Attention D. Fink dfink@finkandassociateslaw.com The Shane Group etc. al v Blue Cross Blue Shield of Michigan Case No. 2:10-cv-14360-DPH-MKM

Attorneys for defendant via email: bhoffman@hunton.com, tstenerson@hunton.com , crashid@bodman.com, jlipton@gibson.com, dettinger@honigman.com, rphillips@bcbsm.com, jthompson@sommerspc.com Attorneys for Atena Inc. jlipton@gibson.com

2:10-cv-14360-DPH-MKM   Doc # 155-10   Filed 07/24/14   Pg 5 of 7   Pg ID 4542

EXHIBIT "D"

**THE SHANE GROUP, INC., et al., v. BLUE CROSS BLUE SHIELD OF MICHIGAN**
Case No. 10-cv-14360
Time and Lodestar Summary

THE SHANE GROUP, INC., et
al., v. BLUE CROSS BLUE
SHIELD OF MICHIGAN
Case No. 10-cv-14360
Time and Lodestar Summary

| Firm Name | KOHN, SWIFT & GRAF, P.C. |
|---|---|
| Time Period | Inception through June 30, 2014 |

| Name | Status | Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| DOUGLAS A. ABRAHAMS | (SH) | $ 635.00 | 0.50 | $ 317.50 |
| WILLIAM E. HOESE | (SH) | $ 635.00 | 35.80 | $ 22,733.00 |
| CRAIG W. HILLWIG | (SH) | $ 550.00 | 254.80 | $ 140,140.00 |
| DAVID BENNER | (A) | $ 350.00 | 264.75 | $ 92,662.50 |
| IAN OSSAKOW | (A) | $ 350.00 | 230.75 | $ 80,762.50 |
| LINDSAY OAK | (A) | $ 350.00 | 285.25 | $ 99,837.50 |
| GRAYSON PAPA | (PL) | $ 220.00 | 12.00 | $ 2,640.00 |
| TOTAL | | | 1,083.85 | $ 439,093.00 |

Status:

(P)   Partner
(SH) Shareholder
(OC) Of Counsel
(SA) Senior Associate
(A)   Associate
(LC) Law Clerk
(PL) Paralegal

Please report time in current rates.

EXHIBIT "D1"   EXHIBIT A

## Blue Cross Blue Shield of Michigan
## MFN Antitrust Litigation
## Lodestar Report

Firm: **Cohen Milstein Sellers & Toll, PLLC**
Reporting Period: Inception through **June 30, 2014**

| Name | Status | Total Hours To Date | Hourly Rate | Total Lodestar To Date |
|---|---|---|---|---|
| Small, Daniel | P | 1,246.00 | $795 | $ 922,252.50 |
| Dominguez John | P | 1.25 | $675 | $ 762.50 |
| Brown, Benjamin, D. | P | 64.75 | $665 | $ 34,672.50 |
| Konopka, Kathleen | OC | 5.00 | $560 | $ 2,525.00 |
| Cormier, Christopher, J. | P | 0.25 | $605 | $ 118.75 |
| Johnson, Brent | P | 1,460.75 | $595 | $ 774,396.25 |
| Alicia Gutierrez | CA | 84.50 | $420 | $ 35,490.00 |
| Ossakow, Ian | CA | 382.50 | $415 | $ 158,737.50 |
| Alexander, Laura | A | 26.00 | $475 | $ 10,340.00 |
| Levens, Emmy | A | 1.00 | $475 | $ 395.00 |
| Dubner, Jeff | A | 39.50 | $440 | $ 17,380.00 |
| Clarke, Suzanne | I | 1.50 | $420 | $ 615.00 |
| Gebrewold, Besrat | A | 90.25 | $395 | $ 38,325.00 |
| Benner, David | A | 358.50 | $390 | $ 136,230.00 |
| Tran, Ngan | CA | 754.75 | $350 | $ 264,162.50 |
| Boone, Meghan | A | 1,787.25 | $415 | $ 633,586.25 |
| Cacace, Robert | A | 525.25 | $370 | $ 183,193.75 |
| Bush Veltre, Brenna | A | 901.00 | $310 | $ 271,170.00 |
| Fu, Abigail | PL | 0.50 | $250 | $ 120.00 |
| Prince, Joshua | A | 2.00 | $330 | $ 617.50 |
| Schmitz, Aaron | A | 82.25 | $335 | $ 26,731.25 |
| Oak, Lindsay | CA | 336.00 | $260 | $ 87,360.00 |
| Ayyagari, Srinivas | CA | 154.25 | $290 | $ 44,732.50 |
| Pavesner, Seth | CA | 507.00 | $290 | $ 147,030.00 |
| Barevadia, Zarna | T | 1.75 | $275 | $ 481.25 |
| Westerman, Jessica | LC | 19.50 | $250 | $ 4,875.00 |
| Watson, Brett | LC | 8.50 | $250 | $ 2,040.00 |
| Peterson, Brenda | PL | 11.75 | $250 | $ 2,878.75 |
| Hanson, Clara | PL | 0.50 | $250 | $ 122.50 |
| Twigg, Andrew | PL | 11.50 | $250 | $ 2,828.75 |
| Cooke, William | PL | 555.50 | $250 | $ 135,761.25 |
| Abetti, Jonathan | PL | 242.00 | $250 | $ 59,872.50 |
| Wong, Debra | PL | 5.50 | $250 | $ 1,308.75 |
| Wentworth, Ariel | PL | 22.00 | $250 | $ 6,401.25 |
| TOTAL | | 9,690.50 | | $ 4,007,513.75 |

EXHIBIT "I"

# THE SHANE GROUP, INC., et al., v. BLUE CROSS BLUE SHIELD OF MICHIGAN
## Case No. 10-cv-14360
### Time and Lodestar Summary

| Firm Name | SOMMERS SCHWARTZ, P.C. | | | |
|---|---|---|---|---|
| Time Period | Inception through June 30, 2014 | | | |

| Name | Status | Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Jason J. Thompson | (P) | $565.00 | 580.35 | $ 327,898.00 |
| Lance C. Young | (P) | $565.00 | 541.60 | $ 306,004.00 |
| Lisa Mikalonis | (P) | $530.00 | 36.10 | $ 19,133.00 |
| Andrew Kochanowski | (P) | $550.00 | 5.00 | $ 4,125.00 |
| Jesse Young | (A) | $265.00 | 1.30 | $ 347.50 |
| Krista Taylor | (A) | $315.00 | 4.50 | $ 1,125.00 |
| Debbie Nichols | (PL) | $100.00 | 13.10 | $ 1,310.00 |
| Tiffany R. Ellis | (LC) | $250.00 | 52.00 | $ 13,000.00 |
| Mary Serpento | | $75.00 | 0.30 | $ 22.50 |
| TOTAL | | | 1,234.25 | $ 672,965.00 |

Status:
(P) Partner
(OC) Of Counsel
(SA) Senior Associate
(A) Associate
(LC) Law Clerk
(PL) Paralegal

Please report time in current rates.

