

<u>**FILED VIA ECF**</u>

January 27, 2015

Re:   The Shane Group et al. v. Blue Cross Blue Shield of Michigan, Eastern District of Michigan Case No. 2:10-cv-14360

Dear Judge Hood:

On January 22, 2015, Christopher Andrews filed a 21-page pleading (Docket No. 209) entitled "Supplement to Objection," "Supplement to Sanction Motion," and "Response to Class Counsel's Opposition to Sanctions Motion." He also filed Docket No. 210 on January 26, 2015, which is a 10-page brief entitled "Supplement to Objection" and "Supplement to Sanction Motion."

Plaintiffs write to inform the Court that they will not be responding to Mr. Andrews' latest submissions. Mr. Andrews had no right to file supplements to his objection or to his sanctions motion, so these papers must be considered a reply to Docket No. 208, Class Counsel's Opposition to Objector Christopher Andrews' Motion for Sanctions. As a reply, Mr. Andrews' 31 total pages are subject to this Court's seven-page limit, which they exceed by over fourfold.

If the Court requests a response to Mr. Andrews' newest false and frivolous accusations about counsel, Plaintiffs can readily provide one. But, Plaintiffs will not burden the Court with additional filings unless requested to do so by the Court.

Please contact me if you have any questions.

Very truly yours,

FINK + ASSOCIATES LAW

David H. Fink
Liaison Counsel for Class Plaintiffs

cc:  Christopher Andrews