UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION:

The Shane Group, Inc. etc. al

Plaintiffs,

Case No. 2:10-cv-14360-DPH-MKM

Judge Page Hood

Plaintiff,

v.

Blue Cross Blue Shield of Michigan,

Defendant,



## NOTICE OF APPEAL

**Notice is hereby given that** Christopher Andrews, Objector, Pro se, Individually and on Behalf of All Others Similarly Situated, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the following Orders/Judgments entered by The United States District Court for the Eastern District of Michigan, Southern Division from the.

(1) MEMORANDUM AND ORDER entered on March 31, 2015 [Doc. 213];

(2) FINAL ORDER APPROVING CLASS ACTION SETTLEMENT entered March 31, 2015 [Doc. 214]; and

(3) FINAL JUDGMENT entered March 31, 2015 [Doc. 215].

Respectfully submitted and hand delivered on this 28th day of April, 2015.

*[signature: Christopher Andrews]*

Christopher Andrews, Objector/Appellant April 28, 2015
PO Box 530394
Livonia, Michigan 48153
Tel: (248) 635-3810
Email: caaloa@gmail.com
Pro se

## CERTIFICATE OF SERVICE

I do hereby certify that on March 28, 2015 a copy of the foregoing Notice of Appeal was filed by paper with the district court. This three page document was sent to the counsel listed below in the long detailed notice along with some other counsel not listed in that notice as a courtesy. The parties may access the three actual documents through the Court's electronic filing system which the objector/appellant does not use.

This 28th day of April, 2015.

*/s/ Christopher Andrews*

Christopher Andrews

Daniel Small <dsmall@cohenmilstein.com>,
Dan Gustafson <DGustafson@gustafsongluek.com>,
"E. Powell Miller" <epm@millerlawpc.com>,
isquith@whafh.com,
dhedlund@gustafsongluek.com,
dfink@finkandassociateslaw.com,
bhoffman@b...n.com,
tstenerson@hunton.com,
crashid@bodman.com,
jlipton@gibson.com,
caaloa <caaloa@gmail.com,
dettinger@honigman.com,
rphillips@bcbsm.com,
jthompson@sommerspc.com