## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 24, 2016

Christopher Andrews
P.O. Box 530394
Livonia, MI 48152-0394

Mr. Scott Mancinelli
Hoesch & Vander Ploeg
156 W. Washington Avenue
Zeeland, MI 49464-1120

Re: Case No. 15-1552/15-1544, *Shane Group, Inc., et al v. Blue Cross Blue Shield of Mic, et al*
Originating Case No. : 2:10-cv-14360

Dear Appellants & Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013

cc: Mr. Darryl G. Bressack
Mr. Jennifer Jo Clark
Ms. Tacy Fletcher Flint
Mr. E. Powell Miller
Michael A. Novara
Ms. Alyson Oliver
Mr. Robert A. Phillips
Mr. John Mark Skakun III
Mr. Daniel A. Small
Mr. Constantine L. Trela Jr.
Mr. David J. Weaver

Enclosure

Case No. 15-1552/15-1544

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

SHANE GROUP, INC.; et al

    Plaintiffs - Appellees

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN

    Defendant - Appellee

SCOTT MANCINELLI

    Objector - Appellant.

CHRISTOPHER ANDREWS

    Objector - Appellant.

BEFORE: SILER, Circuit Judge; COOK, Circuit Judge; KETHLEDGE, Circuit Judge;

   Appellant Scott Mancinelli submitted a bill of costs for 505.00 in Case No. 15-1552.

Appellant Christopher Andrews submitted a bill of costs for 657.00 in Case No. 15-1554.

   Upon consideration, it is **ORDERED** that the amounts in both bill of costs are hereby **APPROVED.**

                                        **ENTERED BY ORDER OF THE COURT**
                                        Deborah S. Hunt, Clerk

Issued: June 24, 2016