# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 05, 2016

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 15-1544, *Shane Group, Inc., et al v. Blue Cross Blue Shield of Mic, et al*
Originating Case No. : 2:10-cv-14360

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013

cc: Christopher Andrews
Mr. Darryl G. Bressack
Mr. Jennifer Jo Clark
Ms. Tacy Fletcher Flint
Mr. E. Powell Miller
Mr. John Mark Skakun III
Mr. Daniel A. Small
Mr. Constantine L. Trela Jr.

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 15-1544
_____

Filed: July 05, 2016

SHANE GROUP, INC.; BRADLEY A. VENEBERG; SCOTT STEELE; MICHIGAN REGIONAL
COUNCIL OF CARPENTERS EMPLOYEE BENEFITS FUND; ABATEMENT WORKERS NATIONAL HEALTH AND WELFARE FUND; MONROE PLUMBERS AND PIPEFITTERS LOCAL 671 WELFARE FUND

      Plaintiffs - Appellees

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN

      Defendant - Appellee

CHRISTOPHER ANDREWS

      Objector - Appellant.

## MANDATE

Pursuant to the court's disposition that was filed 06/07/2016 the mandate for this case hereby issues today.

COSTS: To be recovered by Christopher Andrews

Filing Fee .......................$
Printing ..........................$

    Total ...................$ 657.00