UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE SHANE GROUP, INC., et al.,

    Plaintiffs,

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN,

    Defendant.
_____/

Case No. 10-CV-14360
(Class Action Matter)
HON. DENISE PAGE HOOD

## SCHEDULING ORDER

The Court, having held a status conference in this matter on August 18, 2016 with the Parties (Named Class Action Plaintiffs and Blue Cross Blue Shield of Michigan), along with 26 Individual Class Action Plaintiffs represented by the Varnum Firm), the Court issues the following schedule governing this matter:

| MATTER: | DATE: |
|---|---|
| The Parties will notify Third Parties of their documents or testimony disclosed in previously-sealed Shane filings or expected to be used in the renewed settlement approval process to the Third Parties (attaching the Sixth Circuit decision) *and* file a notice of such service by: | **September 9, 2016** |
| Named Plaintiffs' Motion for Preliminary Approval of Class Settlement to be filed by: | **October 11, 2016** |

| | |
|---|---|
| After conferring with the Third Parties, BCBSM's Motion to Remain Sealed Documents Already Sealed and Motion to Seal Documents[1] to be used in the renewed settlement approval process which were not previously-filed to be filed by: | **October 11, 2016** |
| The Parties will file a notice of the specific documents previously-filed and sealed *agreed* to by the Parties and Third Parties to be unsealed by: | **October 11, 2016** |
| Third Parties' Responses to BCBSM's Motion to Remain Sealed/to Seal *and* Third Parties' Motions to Remain Sealed and to Seal Documents which were not previously-filed to be filed by: | **October 25, 2016** |
| BCBSM's Responses to Third Parties' Motions to Remain Sealed/to Seal and BCBSM's Replies to the Third Parties' Responses to be filed by: | **November 1, 2016** |
| The Parties will file a notice of the documents *agreed* to by the Parties and Third Parties to be unsealed or not sealed by: | **November 1, 2016** |
| Hearing date on unresolved Motions to Remain Sealed/to Seal: | **November 8, 2016, @ 2:30 p.m.** |
| The Parties may file supplementary briefs/documents as to the Motion for Preliminary Approval of Class Action Settlement by: | **November 18, 2016** |

---

[1]All documents already sealed shall be identified by docket entry number, exhibit number, and Pg ID number. The Parties/Third Parties must refer to E.D. Mich. LR 5.3 and 26.4, CM/ECF Procedures, and ECF User Manual regarding sealed documents. The ECF system is unable to seal or remain sealed specific pages or lines of a certain document already sealed. The Parties/Third Parties may contact the ECF Help Desk for further guidance.

Hearing Date on Motion for Preliminary Approval of
Class Action Settlement and Status Conference:     **December 1, 2016,
@ 11:00 a.m.**

A scheduling order will be set governing the Final Approval process after Status Conference.

    IT IS SO ORDERED.

                              S/Denise Page Hood
                              Denise Page Hood
                              Chief Judge, United States District Court

Dated:  August 25, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 25, 2016, by electronic and/or ordinary mail.

                              S/LaShawn R. Saulsberry
                              Case Manager