IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE SHANE GROUP, INC. et al. ) | |
| ) | |
| Plaintiffs, on behalf of themselves ) | |
| and all others similarly situated ) | Case No. 2:10-cv-14360-DPH-MKM |
| ) | |
| v. ) | Judge Denise Page Hood |
| ) | Magistrate Judge Mona K. Majzoub |
| BLUE CROSS BLUE SHIELD ) | |
| OF MICHIGAN, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

Pursuant to the Court's August 25, 2016 Scheduling Order [Dkt. No. 262], the Parties have notified Third Parties of their documents or testimony disclosed in previously-sealed Shane filings or expected to be used in the renewed settlement approval process and have provided the Sixth Circuit's decision to all such Third Parties. The notices were sent to the Third Parties or their representatives via UPS and electronic mail, where available, and are attached hereto as Exhibit A (without enclosures).

This 9th day of September 2016.

/s/ Todd M. Stenerson
Todd M. Stenerson (P51953)
D. Bruce Hoffman
(Adm. E.D. MI, DC Bar 495385)

Neil K. Gilman
(Adm. E.D. MI, DC Bar 449226)
HUNTON & WILLIAMS LLP
2200 Pennsylvania Ave, N.W.
Washington, D.C. 20037
(202) 955-1500
tstenerson@hunton.com
bhoffman@hunton.com
ngilman@hunton.com

Thomas Van Dusen (P30602)
Jason R. Gourley (P69065)
Thomas Rheaume, Jr. (P74422)
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777
tvandusen@bodmanlaw.com

Robert A. Phillips (P58496)
BLUE CROSS BLUE SHIELD OF
MICHIGAN
600 Lafayette East, MC 1925
Detroit, MI  48226
(313) 225-0536
rphillips@bcbsm.com

*Attorneys for Defendant*


/s/  E. Powell Miller
E. Powell Miller
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, Michigan 48307
(248) 841-2200

Daniel A. Small
COHEN MILSTEIN SELLERS

& TOLL PLLC
1100 New York Avenue NW Suite 500
Washington, D.C. 20005
(202) 408-4600

Daniel E. Gustafson
Daniel C. Hedlund
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844

Fred T. Isquith
Theodore B. Bell
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
270 Madison Avenue
New York, New York, 10016
(212) 545-4690

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2016 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record. I further certify that I have caused the foregoing document to be sent by email or U.S. Mail to all individuals or entities who filed objections to the previous Settlement Agreement or, for those individuals or entities represented by counsel, their counsel.

/s/ Todd M. Stenerson
Todd M. Stenerson
2200 Pennsylvania Ave, N.W.
Washington, D.C. 20037
(202) 955-1500
tstenerson@hunton.com

September 9, 2016          *Attorney for Defendant*