# EXHIBIT 1

- Exhibit B to BCBSM Opposition to Aoun Motion to Quash [Dkt. 110]
- Exhibit E to BCBSM Opposition to Aoun Motion to Quash [Dkt. 110]
- Exhibit F to BCBSM Opposition to Aoun Motion to Quash [Dkt. 110]


- Exhibit 10 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]
- Exhibit 13 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]
- Exhibit 14 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]
- Exhibit 15 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]
- Exhibit 19 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]


- Exhibit D to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit E to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit H to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit I to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit J to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit N to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit O to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit P to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit Q to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit S to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit W to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit X to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit Z to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit FF to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit GG to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit HH to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit JJ to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit KK to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit LL to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit MM to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit NN to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit OO to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit PP to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit RR to Plaintiffs' Motion for Class Certification [Dkt. 133]

# EXHIBIT 1

- Exhibit VV to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit KKK to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit LLL to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit QQQ to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit WWW to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit XXX to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit CCCC to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit EEEE to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit FFFF to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit GGGG to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit IIII to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit JJJJ to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit KKKK to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit LLLL to Plaintiffs' Motion for Class Certification [Dkt. 133]


- Appendix 2 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 7 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 9 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 10 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 15 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 16 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 17 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 18 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 19 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 20 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 23 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 22 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 24 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 29 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 33 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 34 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 35 to BCBSM Response to Mot. for Class Certification [Dkt. 139]

# EXHIBIT 1

- Appendix 3 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 5 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 6 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 7 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 11 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 12 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 13 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 14 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 15 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 16 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 18 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 19 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 20 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 22 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 27 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 31 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]