UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE SHANE GROUP, INC., *et al.*, <br><br> Plaintiffs, on behalf of themselves and all others similarly situated, <br><br> vs. <br><br> BLUE CROSS BLUE SHIELD OF MICHIGAN, <br><br> Defendant. | Civil Action No. 2:10-cv-14360-DPH-MKM <br><br> Judge Denise Page Hood <br> Magistrate Judge Mona K. Majzoub |

# PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND RELATED RELIEF

1

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Michigan Regional Council of Carpenters Employee Benefits Fund, The Shane Group, Inc., Bradley A. Veneberg, Abatement Workers National Health and Welfare Fund, Monroe Plumbers & Pipefitter Local 671 Welfare Fund, and Scott Steele and Proposed Plaintiffs Patrice Noah and Susan Baynard ("Named Plaintiffs") respectfully move this Court to (i) grant preliminary approval of the proposed Amended Settlement Agreement (attached to Plaintiffs' memorandum in support hereof as Exhibit 1); (ii) certify the proposed Settlement Class; (iii) appoint the eight Named Plaintiffs as class representatives; (iv) appoint Interim Class Counsel as Class Counsel; (v) approve the form and manner of giving notice of the proposed Settlement to the Class; (vi) set a hearing date for final approval thereof (the "Fairness Hearing"); and (vii) grant such other relief as is requested in the accompanying memorandum and Proposed Order (attached to the Amended Settlement Agreement as Exhibit H). In support of this motion, Plaintiffs rely upon the authorities and arguments set forth in the accompanying memorandum.

Dated: October 11, 2016         Respectfully submitted,

/s/ Daniel A. Small
Daniel A. Small
Brent W. Johnson
**COHEN MILSTEIN SELLERS**
  **& TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
dsmall@cohenmilstein.com

bjohnson@cohenmilstein.com

Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

E. Powell Miller
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, Michigan  48307
Telephone: (248) 841-2200
epm@millerlawpc.com

Fred T. Isquith
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
270 Madison Avenue
New York, New York, 10016
Telephone: (212) 545-4690
isquith@whafh.com

Theodore B. Bell
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
55 West Monroe Street, Suite 1111
Chicago, Illinois  60603
Telephone: (312) 984-0000
tbell@whafh.com

*Interim Class Counsel*

        David H. Fink (P28235)
        Darryl Bressack (P67820)
        **FINK + ASSOCIATES LAW**
        100 West Long Lake Rd, Suite 111
        Bloomfield Hills, MI 48304
        Telephone: (248) 971-2500
        dfink@finkandassociateslaw.com

        *Interim Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2014, I electronically filed the *Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation* with the Clerk of the Court using the ECF, who in turn sent notice to counsel of record for all parties and for the Varnum Objectors. Additionally, I served a copy of that document by first-class mail on each of the following individuals who have not registered with ECF:

Christopher Andrews
P.O. Box 530394
Livonia, MI 48152-0394

Nicholas and Coralin Davelaar
405 Turrentine Way
Russellville, AR 72801

Ronald D. Diebel
19177 Cheshire Street
Detroit, MI 48236

John M. Kunitzer
4328 Lakecress Drive East
Saginaw, MI 48603

Scott Mancinelli
P.O. Box 3266
Holland, MI 49422-3266

Cynthia S. Rock
18357 Levan Rd.
Livonia, MI 48152

David VanDaele
9812 Ferder Road
Maybee, MI 49815

/s/ Daniel E. Gustafson
Daniel E. Gustafson