# EXHIBIT 1

# EXHIBIT 1

- Exhibit A (portions thereof) to BCBSM Opposition to Aoun Motion to Quash [Dkt. 110]
- Exhibit B to BCBSM Opposition to Aoun Motion to Quash [Dkt. 110]*[1]
- Exhibit C to BCBSM Opposition to Aoun Motion to Quash [Dkt. 110]
- Exhibit D to BCBSM Opposition to Aoun Motion to Quash [Dkt. 110]
- Exhibit E to BCBSM Opposition to Aoun Motion to Quash [Dkt. 110] *
- Exhibit F to BCBSM Opposition to Aoun Motion to Quash [Dkt. 110] *


- Exhibit 1 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]
- Exhibit 2 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]
- Exhibit 3 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]
- Exhibit 4 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]
- Exhibit 5 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]
- Exhibit 6 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]
- Exhibit 7 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]
- Exhibit 8 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]
- Exhibit 9 (portions thereof) to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]
- Exhibit 10 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127] *
- Exhibit 11 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]
- Exhibit 12 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]
- Exhibit 13 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127] *
- Exhibit 14 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127] *
- Exhibit 15 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127] *
- Exhibit 16 (portions thereof) to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]
- Exhibit 17 (portions thereof) to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]
- Exhibit 18 (portions thereof) to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]
- Exhibit 19 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127] *

---

[1] An asterisk indicates exhibits previously identified in the Parties' Updated Notice of Documents Previously Filed Under Seal Agreed to Being Unsealed [Dkt. #266].

# EXHIBIT 1

- Exhibit 20 to BCBSM Opp. to Mot. to Add & Drop Named Pls. [Dkt. 127]

- Exhibit A to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit B to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit C to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit D to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit E to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit F  (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit G  (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit H to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit I to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit J to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit K to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit L to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit M to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit N to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit O to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit P to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit Q to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit R (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit S to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit U (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit V (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit W to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit X to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit Y to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit Z to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit AA (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit BB to Plaintiffs' Motion for Class Certification [Dkt. 133]

# EXHIBIT 1

- Exhibit CC to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit DD to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit EE (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit FF to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit GG to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit HH to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit II (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit JJ to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit KK to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit LL to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit MM to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit NN to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit OO to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit PP to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit QQ (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit RR to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit SS (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit TT (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit UU (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit VV to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit WW to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit XX (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit YY to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit ZZ to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit AAA to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit BBB to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit CCC to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit DDD to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit EEE to Plaintiffs' Motion for Class Certification [Dkt. 133]

# EXHIBIT 1

- Exhibit FFF to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit GGG to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit HHH to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit III to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit JJJ to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit KKK to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit LLL to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit MMM to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit NNN to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit OOO to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit PPP to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit QQQ to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit RRR to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit SSS to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit TTT to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit UUU to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit VVV to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit WWW to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit XXX to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit YYY to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit ZZZ to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit AAAA (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit BBBB to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit CCCC to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit DDDD to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit EEEE to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit FFFF to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit GGGG to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit HHHH (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133]
- Exhibit IIII to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit JJJJ to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit KKKK to Plaintiffs' Motion for Class Certification [Dkt. 133] *
- Exhibit LLLL to Plaintiffs' Motion for Class Certification [Dkt. 133] *

# EXHIBIT 1

- Appendix 1 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 2 to BCBSM Response to Mot. for Class Certification [Dkt. 139]*
- Appendix 3 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 4 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 5 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 6 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 7 to BCBSM Response to Mot. for Class Certification [Dkt. 139]*
- Appendix 8 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 9 to BCBSM Response to Mot. for Class Certification [Dkt. 139]*
- Appendix 10 to BCBSM Response to Mot. for Class Certification [Dkt. 139]*
- Appendix 11 (portions thereof) to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 12 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 13 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 14 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 15 to BCBSM Response to Mot. for Class Certification [Dkt. 139]*
- Appendix 16 to BCBSM Response to Mot. for Class Certification [Dkt. 139]*
- Appendix 17 to BCBSM Response to Mot. for Class Certification [Dkt. 139]*
- Appendix 18 to BCBSM Response to Mot. for Class Certification [Dkt. 139]*
- Appendix 19 to BCBSM Response to Mot. for Class Certification [Dkt. 139]*
- Appendix 20 to BCBSM Response to Mot. for Class Certification [Dkt. 139]*
- Appendix 21 (portions thereof) to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 22 to BCBSM Response to Mot. for Class Certification [Dkt. 139]*
- Appendix 23 to BCBSM Response to Mot. for Class Certification [Dkt. 139]*
- Appendix 24 to BCBSM Response to Mot. for Class Certification [Dkt. 139]*
- Appendix 25 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 26 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 27 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 28 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 29 to BCBSM Response to Mot. for Class Certification [Dkt. 139]*
- Appendix 30 (portions thereof) to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 31 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 32 to BCBSM Response to Mot. for Class Certification [Dkt. 139]

# EXHIBIT 1

- Appendix 33 to BCBSM Response to Mot. for Class Certification [Dkt. 139]*
- Appendix 34 to BCBSM Response to Mot. for Class Certification [Dkt. 139]*
- Appendix 35 to BCBSM Response to Mot. for Class Certification [Dkt. 139]*
- Appendix 36 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 37 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 38 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 39 to BCBSM Response to Mot. for Class Certification [Dkt. 139]
- Appendix 40 to BCBSM Response to Mot. for Class Certification [Dkt. 139]


- Appendix 1 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 2 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 3 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140] *
- Appendix 4 (portions thereof) to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 5 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140] *
- Appendix 6 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140] *
- Appendix 7 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140] *
- Appendix 8 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 9 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 10 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 11 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]*
- Appendix 12 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]*
- Appendix 13 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]*
- Appendix 14 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]*
- Appendix 15 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]*
- Appendix 16 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]*
- Appendix 17 (portions thereof) to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 18 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]*
- Appendix 19 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]*
- Appendix 20 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]*
- Appendix 21 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 22 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]*
- Appendix 23 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 24 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]

# EXHIBIT 1

- Appendix 25 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 26 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 27 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]*
- Appendix 28 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 29 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 30 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]
- Appendix 31 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]*
- Appendix 32 to BCBSM Mot. to Exclude Leitzinger Expert Test [Dkt. 140]
- Appendix 33 to BCBSM Mot. to Exclude Leitzinger Expert Test. [Dkt. 140]