IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE SHANE GROUP, INC. et al. | ) | |
| | ) | |
| Plaintiffs, on behalf of themselves and all others similarly situated | ) ) | Case No. 2:10-cv-14360-DPH-MKM |
| | ) | |
| v. | ) | Judge Denise Page Hood |
| | ) | Magistrate Judge Mona K. Majzoub |
| BLUE CROSS BLUE SHIELD OF MICHIGAN, | ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING PUBLIC VERSION OF BLUE CROSS
BLUE SHIELD OF MICHIGAN'S RESPONSE TO PLAINTIFFS'
MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
[DKT. 290]**

Pursuant to the April 20, 2018 Notice of Supplementing the Public Record Consistent with the Court's April 17, 2018 Order [Dkt. 322], Defendant Blue Cross Blue Shield of Michigan (BCBSM) now files full versions of briefs previously filed under seal, making public material disclosed in previously-sealed filings that the Parties and Third Parties agree may be unsealed, materials that Third Parties did not move to seal, and materials that the April 17, 2018 Order has ordered unsealed or redacted as listed in Exhibit 1 to the April 20, 2018 Notice of Supplementing the Public Record Consistent With the Court's April 17, 2018 Order. Attached hereto as Exhibit 1 is Blue Cross Blue Shield of Michigan's Brief

1

in Response to Plaintiffs' Motion for Preliminary Approval of Settlement [Dkt. 290] and corresponding exhibits.

This 20th day of April.

> */s/ Todd M. Stenerson*
> Todd M. Stenerson (P51953)
> Rachel Mossman (Adm. E.D. MI, DC Bar 1016255)
> SHEARMAN & STERLING LLP
> 401 9th Street N.W.
> Washington, DC 20004
> (202) 508-8093
> todd.stenerson@shearman.com
> rachel.mossman@shearman.com
>
> Thomas Van Dusen (P30602)
> Thomas Rheaume, Jr. (P74422)
> BODMAN PLC
> 6th Floor at Ford Field
> 1901 St. Antoine Street
> Detroit, Michigan 48226
> (313) 259-7777
> tvandusen@bodmanlaw.com
> trheaume@bodmanlaw.com
>
> Robert A. Phillips (P58496)
> BLUE CROSS BLUE SHIELD OF MICHIGAN
> 600 Lafayette East, MC 1925
> Detroit, MI  48226
> (313) 225-0536
> rphillips@bcbsm.com
>
> *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.  I further certify that I have caused the foregoing document to be sent by email or U.S. Mail to all individuals or entities who filed objections to the previous Settlement Agreement or, for those individuals or entities represented by counsel, their counsel.

*/s/ Todd M. Stenerson*
Todd M. Stenerson
401 9th Street N.W.
Washington, DC 20004
(202) 508-8093
todd.stenerson@shearman.com

April 20, 2018                    *Attorney for Defendant*