UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE SHANE GROUP, INC., et al.,<br><br>Plaintiffs, on behalf of themselves<br>and all others similarly situated<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF MICHIGAN,<br><br>Defendant. | Case No. 2:10-cv-14360-DPH-MKM<br><br>Hon. Denise Page Hood |

## STIPULATED ORDER TO CORRECT SECOND NOTICE OF FILING PUBLIC VERSION OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

Whereas, the Court entered the Order re: Various Motions to Seal or Redact on April 17, 2018 (the "Sealing Order");

Whereas, on April 20, 2018, non-party Aetna, Inc. ("Aetna") Provided Plaintiffs and Defendant Blue Cross Blue Shield of Michigan (the "Parties") with copies of exhibits ostensibly redacted in accordance with the Sealing Order;

Whereas, Plaintiffs filed their Second Notice of Filing Public Version of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel [previously filed as Dkt. No. 133] on April 20, 2018 (the "Class Notice") in

1

accordance with the Sealing Order and incorporating the redacted exhibits provided by Aetna;

Whereas, Aetna has since informed the Parties that it inadvertently did not make redactions authorized by the Court to three pages and has requested that the Parties take steps to correct the filing;

Whereas, Plaintiffs and Defendant have agreed that the Notice should be removed from the docket and a replacement thereafter filed promptly by Plaintiffs;

**IT IS HEREBY ORDERED** that:

1. The Notice, currently filed to Dkt. No. 326, is hereby removed from the public docket.

2. Plaintiffs shall file a corrected version of the Notice, incorporating Aetna's additional redactions, within one day of this Order.

Dated: April 25, 2018

                                        s/Denise Page Hood
                                        Chief Judge, U. S. District Court

**So Stipulated and Agreed:**

/s/ Daniel C. Hedlund
Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

*Interim Class Counsel*

/s/ Todd M. Stenerson
Todd M. Stenerson
Rachel Mossman
**SHEARMAN & STERLING LLP**
401 9th Street N.W.
Washington, DC 20004
Telephone: (202) 508-8093
Facsimile: (202) 508-8100
todd.stenerson@shearman.com
rachel.mossman@shearman.com

*Counsel for Defendant Blue Cross Blue Shield of Michigan*