UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE SHANE GROUP, INC. *et al.*,<br><br>Plaintiffs, on behalf of themselves and all others similarly situated,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF MICHIGAN,<br><br>Defendant. | Civil Action No. 2:10-cv-14360-DPH-MKM<br><br>Judge Denise Page Hood<br>Magistrate Judge Mona K. Majzoub |

**INDEX OF EXHIBITS TO PLAINTIFFS' CORRECTED SECOND NOTICE OF FILING PUBLIC VERSION OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL [DKT. NO. 133]**

| Exhibit | Description |
|---|---|
| 1. | Plaintiffs' Motion and Memorandum In Support of Class Certification and Appointment of Class Counsel [Dkt. 133] |
| 2. | Exhibit A (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 3. | Exhibit B to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 4. | Exhibit C to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 5. | Exhibit D to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 6. | Exhibit E to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 7. | Exhibit F to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 8. | Exhibit G to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 9. | Exhibit H to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 10. | Exhibit I to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 11. | Exhibit J to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 12. | Exhibit K to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 13. | Exhibit L to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 14. | Exhibit M to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 15. | Exhibit N to Plaintiffs' Motion for Class Certification [Dkt. 133] |

| | |
|---|---|
| 16. | Exhibit O to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 17. | Exhibit P to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 18. | Exhibit Q to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 19. | Exhibit R (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 20. | Exhibit S to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 21. | Exhibit T to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 22. | Exhibit U (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 23. | Exhibit V (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 24. | Exhibit W to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 25. | Exhibit X to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 26. | Exhibit Y to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 27. | Exhibit Z to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 28. | Exhibit AA to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 29. | Exhibit BB to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 30. | Exhibit CC to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 31. | Exhibit DD to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 32. | Exhibit EE (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 33. | Exhibit FF to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 34. | Exhibit GG to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 35. | Exhibit HH to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 36. | Exhibit II (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 37. | Exhibit JJ to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 38. | Exhibit KK to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 39. | Exhibit LL to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 40. | Exhibit MM to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 41. | Exhibit NN to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 42. | Exhibit OO to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 43. | Exhibit PP to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 44. | Exhibit QQ (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 45. | Exhibit RR to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 46. | Exhibit SS (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133] |

| 47. | Exhibit TT (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133] |
|---|---|
| 48. | Exhibit UU (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 49. | Exhibit VV to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 50. | Exhibit WW to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 51. | Exhibit XX (portions thereof) to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 52. | Exhibit YY to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 53. | Exhibit ZZ to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 54. | Exhibit AAA to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 55. | Exhibit BBB to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 56. | Exhibit CCC to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 57. | Exhibit DDD to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 58. | Exhibit EEE to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 59. | Exhibit FFF to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 60. | Exhibit GGG to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 61. | Exhibit HHH to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 62. | Exhibit III to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 63. | Exhibit JJJ to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 64. | Exhibit KKK to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 65. | Exhibit LLL to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 66. | Exhibit MMM to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 67. | Exhibit NNN to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 68. | Exhibit OOO to Plaintiffs' Motion for Class Certification [Dkt. 133] |

| 69. | Exhibit PPP to Plaintiffs' Motion for Class Certification [Dkt. 133] |
|---|---|
| 70. | Exhibit QQQ to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 71. | Exhibit RRR to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 72. | Exhibit SSS to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 73. | Exhibit TTT to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 74. | Exhibit UUU to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 75. | Exhibit VVV to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 76. | Exhibit WWW to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 77. | Exhibit XXX to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 78. | Exhibit YYY to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 79. | Exhibit ZZZ to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 80. | Exhibit AAAA to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 81. | Exhibit BBBB to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 82. | Exhibit CCCC to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 83. | Exhibit DDDD to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 84. | Exhibit EEEE to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 85. | Exhibit FFFF to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 86. | Exhibit GGGG to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 87. | Exhibit HHHH to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 88. | Exhibit IIII to Plaintiffs' Motion for Class Certification [Dkt. 133] |

| | |
|---|---|
| 89. | Exhibit JJJJ to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 90. | Exhibit KKKK to Plaintiffs' Motion for Class Certification [Dkt. 133] |
| 91. | Exhibit LLLL to Plaintiffs' Motion for Class Certification [Dkt. 133] |