# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE SHANE GROUP, INC. *et al.*, <br><br>Plaintiffs, on behalf of themselves and all others similarly situated <br><br>vs. <br><br>BLUE CROSS BLUE SHIELD OF MICHIGAN, <br><br>Defendant. | Civil Action No. 2:10-cv-14360-DPH-MKM <br><br>Judge Denise Page Hood <br>Magistrate Judge Mona K. Majzoub |

## NOTICE REGARDING EFFECTUATION OF NOTICE PLAN

Pursuant to the Court's April 17, 2018, Order Granting Preliminary Approval to Proposed Class Settlement (the "Order") ¶ 15, Dkt. No. 323, Plaintiffs' Counsel hereby file and serve the declarations of the persons under whose general direction the Notice was disseminated. These declarations, and their accompanying exhibits, show that the Notice Plan was effectuated according to its own terms and the terms of the Order. Attached as Exhibit A is the Declaration of Shannon R. Wheatman, Ph.D. on Implementation and Adequacy of Notice Plan. Attached as Exhibit B is the Declaration of Les Chappel Regarding Settlement Notice and Administration.

Dated:  August 16, 2018                    Respectfully submitted,

/s/ Daniel C. Hedlund
Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

Daniel A. Small
Brent W. Johnson
**COHEN MILSTEIN SELLERS
& TOLL PLLC**
1100 New York Ave., NW, Suite 500,
Washington, DC 20005
Telephone: (202) 408-4600
bjohnson@cohenmilstein.com
dsmall@cohenmilstein.com

E. Powell Miller
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, MI  48307
Telephone: (248) 841-2200
epm@millerlawpc.com

Fred T. Isquith
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC**
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4690
isquith@whafh.com

Theodore B. Bell
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLC**
55 West Monroe Street, Suite 1111
Chicago, IL  60603
Telephone: (312) 984-0000
tbell@whafh.com

*Interim Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

I also certify that I will serve copies via First Class U.S. Mail and e-mail upon all other parties indicated on the Manual Notice List.

*/s/ Daniel C. Hedlund*
Daniel C. Hedlund
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dhedlund@gustafsongluek.com