UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE SHANE GROUP INC.; BRADLEY A. VENEBERG; SCOTT STEELE; MICHIGAN REGIONAL COUNCIL OF CARPENTERS EMPLOYEE BENEFITS FUND; ABATEMENT WORKERS NATIONAL HEALTH AND WELFARE FUND; and MONROE PLUMBERS AND PIPEFITTERS LOCAL 671 WELFARE FUND, | Case No. 2:10-cv-14360<br><br>Honorable Denise Page Hood<br><br>**INDEX – MOTION FOR ATTORNEY FEES AND COSTS** |
| Plaintiffs, | |
| v. | |
| BLUE CROSS AND BLUE SHIELD OF MICHIGAN, | |
| Defendant. | |

| EXHIBIT | DOCUMENT |
|:---:|---|
| A | Declaration of P. Rynders |
| B | Self-Insured Objectors' Counsel's Time Report |
| C | State Bar of Michigan 2017 Economics of Law Practice |
| D | Self-Insured Objectors' Cost Report |