# EXHIBIT B

Billed and Unbilled Recap of Time Detail - [341564 - ANTITRUST - BCBSM]

| Timekeeper | Date | Hours | Rate | Dollars | Description |
|---|---|---|---|---|---|
| ARENDSHORST, JOHN D. | 8/11/2014 | 1.50 | 355.00 | 532.50 | Meet with Attorney Rynders to discuss BCBS research strategy. |
| ARENDSHORST, JOHN D. | 8/11/2014 | 3.30 | 355.00 | 1,171.50 | Research and review past BCBSM cases for information useful to potential case. |
| ARENDSHORST, JOHN D. | 8/12/2014 | 1.20 | 355.00 | 426.00 | Discuss potential BCBSM litigation with Attorneys Rynders and Walters. |
| ARENDSHORST, JOHN D. | 8/12/2014 | 4.50 | 355.00 | 1,597.50 | Research and review past BCBSM cases for information useful to potential case. |
| AVILA, LUIS E. | 8/15/2014 | 1.50 | 350.00 | 525.00 | Office conference with Steve MacGuidwin re motion to unseal pleadings. Conduct initial research re same. |
| AVILA, LUIS E. | 8/16/2014 | 5.50 | 350.00 | 1,925.00 | Review pleadings and document review of Shane Group v. BCBSM for sealed documents and protective order. |
| AVILA, LUIS E. | 8/18/2014 | 6.60 | 350.00 | 2,310.00 | Continue review of documents and pleadings in The Shane Group lawsuit. Conduct research re absent member involvement in class action suits. |
| KOELZER, JEFFREY D. | 8/11/2014 | 6.05 | 310.00 | 1,875.50 | Office conference re Blue Cross Blue Shield of Michigan's use of most favored nation clauses in violation of antitrust law. Research, read, and review dockets and documents from cases filed against Blue Cross by Aetna and The Shane Group, Inc. re most favored nation clauses. |
| KOELZER, JEFFREY D. | 8/12/2014 | 6.30 | 310.00 | 1,953.00 | Research, read, and review dockets and documents from cases filed against Blue Cross by Aetna and The Shane Group, Inc. re most favored nation clauses. Office conference re research and litigation strategy. |
| KOELZER, JEFFREY D. | 10/5/2015 | 0.10 | 310.00 | 31.00 | Discuss researching issues related to challenging amount of class action settlement. |
| KOELZER, JEFFREY D. | 10/7/2015 | 1.70 | 310.00 | 527.00 | Research, read, and analyze cases cited by parties in support of settlement award for purposes of formulating response. Draft insert to response brief re treble damages comparison. |
| KOELZER, JEFFREY D. | 10/8/2015 | 2.30 | 310.00 | 713.00 | Research federal law for support for proposition that district court has independent duty to evaluate settlement amount, regardless of objections, for purposes of reply brief. |
| KOELZER, JEFFREY D. | 1/13/2016 | 1.75 | 310.00 | 542.50 | Research status of Health Alliance plan objection in antitrust case. Notes re case status. |

Billed and Unbilled Recap of Time Detail - [341564 - ANTITRUST - BCBSM]

| Timekeeper | Date | Hours | Rate | Dollars | Description |
|---|---|---|---|---|---|
| KOELZER, JEFFREY D. | 6/7/2016 | 0.50 | 310.00 | 155.00 | Read and analyze Sixth Circuit opinion re objection to settlement and unsealing of records. |
| LIN, SHERRY X. | 9/9/2014 | 0.20 | 245.00 | 49.00 | Consult with supervising attorney re fee arrangements in class action cases. |
| LIN, SHERRY X. | 9/10/2014 | 0.90 | 245.00 | 220.50 | Research attorney billing in class actions. |
| LIN, SHERRY X. | 9/11/2014 | 1.80 | 245.00 | 441.00 | Collect, organize, and highlight cases of relevance re objector's attorney fees and objector incentive awards. Communicate findings to supervising attorneys. |
| LIN, SHERRY X. | 9/12/2014 | 0.20 | 245.00 | 49.00 | Meet with supervising attorney re follow-up research re objector's filing of appearance. |
| LIN, SHERRY X. | 9/15/2014 | 1.00 | 245.00 | 245.00 | Research procedure for intervening in class action settlement. |
| LIN, SHERRY X. | 9/16/2014 | 2.50 | 245.00 | 612.50 | Research re motion to intervene and motion to unseal records. Consult with Attorney Walters re filing of motions. |
| LIN, SHERRY X. | 9/18/2014 | 0.40 | 245.00 | 98.00 | Meet with Attorney MacGuidwin & Attorney Walters re filing of Motion to Intervene. |
| LIN, SHERRY X. | 9/19/2014 | 5.90 | 245.00 | 1,445.50 | Review materials for Motion to Intervene. Confer with Attorney MacGuidwin re Notice to Intervene and unseal records. Research objector discovery requests and present findings. |
| LIN, SHERRY X. | 9/22/2014 | 0.60 | 245.00 | 147.00 | Research Sixth Circuit/Eastern District of Michigan case law re public access to records. |
| LIN, SHERRY X. | 11/26/2014 | 2.70 | 245.00 | 661.50 | Confer with Attorney Walters re researching conflict claim. Research the attorneys/law firms that represent objectors. |
| LIN, SHERRY X. | 12/1/2014 | 3.30 | 245.00 | 808.50 | Research case law on disqualification of objectors counsel for conflict of interest. Summarize findings. |
| LIN, SHERRY X. | 12/5/2014 | 1.50 | 245.00 | 367.50 | Draft memo re disqualification of counsel for conflict of interest. |
| MACGUIDWIN, STEPHEN F. | 8/6/2014 | 0.80 | 290.00 | 232.00 | E-mail to client re BCBS antitrust class action settlement and potential impact on litigation. |

Billed and Unbilled Recap of Time Detail - [341564 - ANTITRUST - BCBSM]

| Timekeeper | Date | Hours | Rate | Dollars | Description |
|---|---|---|---|---|---|
| MACGUIDWIN, STEPHEN F. | 8/12/2014 | 0.90 | 290.00 | 261.00 | Telephone conference with clients regarding potential impact of antitrust settlement / claims on existing litigation against BCBSM. |
| MACGUIDWIN, STEPHEN F. | 8/14/2014 | 0.40 | 290.00 | 116.00 | Review associate memorandum re advice on antitrust settlement / pursuing as part of existing litigation. Modify same to prepare for advising client. |
| PHELPS, AARON M. | 9/15/2014 | 0.90 | 425.00 | 382.50 | Multiple communications with various clients re authorization to file objections to class action settlement. |
| PHELPS, AARON M. | 9/16/2014 | 1.50 | 425.00 | 637.50 | Multiple communications with clients re authorization to file objections. Communication with team re outline for objections. |
| PHELPS, AARON M. | 9/17/2014 | 1.00 | 425.00 | 425.00 | Conference with partner re status of objections. Continue communications with clients re authorization to file objections. |
| PHELPS, AARON M. | 9/18/2014 | 1.90 | 425.00 | 807.50 | Multiple communications with clients re objection to proposed settlement. |
| PHELPS, AARON M. | 9/19/2014 | 2.40 | 425.00 | 1,020.00 | Multiple communications to objector group. Conference with Walters re status. Continued communications re status and execution of consent to object. |
| PHELPS, AARON M. | 9/22/2014 | 2.10 | 425.00 | 892.50 | Multiple communications with numerous objectors confirming authority to file objections on behalf of each. Conference with partner re substance of objection. |
| PHELPS, AARON M. | 9/23/2014 | 3.60 | 425.00 | 1,530.00 | Continue multiple communications with clients re filing of objections and obtaining written authorizations. Review and edit objections. Communication with team re same. |
| PHELPS, AARON M. | 11/12/2014 | 2.00 | 425.00 | 850.00 | Attend Fairness hearing in Anti-Trust class action. |
| RYNDERS, PERRIN | 8/9/2014 | 2.00 | 530.00 | 1,060.00 | Review public information about MFN class action against BCBSM. Outline issues for further development. Draft memo to Bryan Walters regarding antitrust analysis. |
| RYNDERS, PERRIN | 8/11/2014 | 1.75 | 530.00 | 927.50 | Prepare for meeting to initiate investigation into possible lawsuits of putative class members in MFN litigation against BCBSM who opt out. Meet with Bryan Walters, Jeff Koelzer, and John Arendshorst regarding same. |

Billed and Unbilled Recap of Time Detail - [341564 - ANTITRUST - BCBSM]

| Timekeeper | Date | Hours | Rate | Dollars | Description |
|---|---|---|---|---|---|
| RYNDERS, PERRIN | 8/12/2014 | 1.30 | 530.00 | 689.00 | Confer with Bryan Walters, John Arendshorst, and Jeff Koelzer regarding analysis of antitrust issues, status of legal findings regarding same, and strategy for recovery. |
| RYNDERS, PERRIN | 8/13/2014 | 1.00 | 530.00 | 530.00 | Telephone conference with industry representative regarding MFN litigation and impact on Michigan TPA's. Office conferences with Aaron Phelps, Bryan Walters regarding assessment of appropriate plaintiffs to opt out of class and pursue individual claims. |
| RYNDERS, PERRIN | 9/16/2014 | 1.25 | 530.00 | 662.50 | Work on development of clients for objections to BCBSM/MFN settlemetn proposal. Confer with Bryan Walters and Aaron Phelps regarding same. |
| RYNDERS, PERRIN | 9/22/2014 | 0.70 | 530.00 | 371.00 | Telephone conferences with clients interested in objecting to the MFN class action settlement. |
| RYNDERS, PERRIN | 9/23/2014 | 0.70 | 530.00 | 371.00 | Telephone conferences with clients interested in joining the objections to be filed in the MFN class action. |
| RYNDERS, PERRIN | 11/6/2014 | 0.50 | 530.00 | 265.00 | Office conference with Bryan Walters regarding upcoming hearing on request for approval of settlement and objections to same. |
| RYNDERS, PERRIN | 11/7/2014 | 0.50 | 530.00 | 265.00 | Office conferences with Bryan Walters in preparation for hearing on objections to settlement. |
| RYNDERS, PERRIN | 11/12/2014 | 7.00 | 530.00 | 3,710.00 | Attend fairness hearing in Shane Group v. BCBSM class action. Confer with Bryan Walters in preparation for same, and debrief regarding potential next steps. |
| RYNDERS, PERRIN | 12/8/2014 | 0.50 | 530.00 | 265.00 | Office conference with Bryan Walters regarding MFN plaintiffs' threats of seeking disqualification, strategy regarding same. |
| RYNDERS, PERRIN | 5/28/2015 | 1.00 | 530.00 | 530.00 | Office conference with Bryan Walters regarding appellate mediation, case strategy. Work on same. |
| RYNDERS, PERRIN | 6/8/2015 | 0.30 | 530.00 | 159.00 | Office conference with Bryan Walters regarding appellate mediation. |
| RYNDERS, PERRIN | 1/13/2016 | 6.00 | 530.00 | 3,180.00 | Work on oral argument preparation with Bryan Walters. Travel to Sixth Circuit Court of Appeals (Cincinnati). |

Billed and Unbilled Recap of Time Detail - [341564 - ANTITRUST - BCBSM]

| Timekeeper | Date | Hours | Rate | Dollars | Description |
|---|---|---|---|---|---|
| RYNDERS, PERRIN | 1/14/2016 | 8.50 | 530.00 | 4,505.00 | Prepare for and attend oral argument at the Sixth Circuit Court of Appeals. Travel from Cincinnati. |
| RYNDERS, PERRIN | 5/16/2016 | 0.40 | 530.00 | 212.00 | Review correspondence from client representative regarding status of appeal. Draft responses to both. |
| WALTERS, BRYAN R. | 8/9/2014 | 0.50 | 445.00 | 222.50 | E-mails to and from Attorney Rynders re BCBSM antitrust potential objection to settlement. |
| WALTERS, BRYAN R. | 8/11/2014 | 2.00 | 445.00 | 890.00 | Review materials from Attorney Rynders. Meeting with Attorneys Rynders, Koezler, and Arendhorst. Review information from class actions settlement Web site. |
| WALTERS, BRYAN R. | 8/12/2014 | 2.00 | 445.00 | 890.00 | Further attention to investigation of potential objection to settlement. Follow-up office conference with Attorneys Rynders, Koezler, and Arendhorst re same. |
| WALTERS, BRYAN R. | 8/15/2014 | 1.50 | 445.00 | 667.50 | Continue review of materials. Office conference with Attorney MacGuidwin re antitrust strategy. Telephone conference with Attorneys Rynders and Phelps re antitrust strategy. |
| WALTERS, BRYAN R. | 8/18/2014 | 1.50 | 445.00 | 667.50 | Continue research and preparation of materials for potential objection to settlement. |
| WALTERS, BRYAN R. | 8/19/2014 | 2.00 | 445.00 | 890.00 | Continue work re potential objection to settlement. |
| WALTERS, BRYAN R. | 8/20/2014 | 0.50 | 445.00 | 222.50 | Continued attention to potential issue. |
| WALTERS, BRYAN R. | 8/22/2014 | 0.50 | 445.00 | 222.50 | Continued attention to potential objection to settlement. |
| WALTERS, BRYAN R. | 8/27/2014 | 1.00 | 445.00 | 445.00 | Continue review of materials. Office conference with Attorney Rynders re same. |
| WALTERS, BRYAN R. | 9/11/2014 | 2.00 | 445.00 | 890.00 | Office conference and e-mails with Attorneys Rynders and Phelps re objection to settlement in antitrust class-action lawsuit against BCBSM re FMFN agreements. Office conference with Attorney MacGuidwin re status of motion to intervene/unseal records and research re same. Begin drafting advisory letter to client re Baker College's objection. |
| WALTERS, BRYAN R. | 9/12/2014 | 3.00 | 445.00 | 1,335.00 | Revise and finalize letter to other clients re MFN objection. E-mails with Attorneys Rynders and Phelps re same. Begin initial research re legal basis for objections. |

Billed and Unbilled Recap of Time Detail - [341564 - ANTITRUST - BCBSM]

| Timekeeper | Date | Hours | Rate | Dollars | Description |
|---|---|---|---|---|---|
| WALTERS, BRYAN R. | 9/15/2014 | 3.50 | 445.00 | 1,557.50 | Continue research re brief in support of objections. Office conference with Attorney Lin re research re motion to intervene. E-mails from Attorneys Rynders and Phelps re additional clients to support objection. |
| WALTERS, BRYAN R. | 9/16/2014 | 4.00 | 445.00 | 1,780.00 | Continue research re brief in support of objection. Begin drafting outline and notes re potential objections. E-mails with Attorneys Rynders and Phelps re additional clients for objections. Draft form engagement letter to clients for representation re objection. Office conference with Attorney Lin re research re preparation of motion to intervene and motion to unseal. |
| WALTERS, BRYAN R. | 9/17/2014 | 6.50 | 445.00 | 2,892.50 | Draft and revise objection to proposed settlement. Research re same. E-mails and office conferences re same. |
| WALTERS, BRYAN R. | 9/18/2014 | 5.50 | 445.00 | 2,447.50 | Continue drafting and revising objection. Continue research re objections. E-mails and office conferences re objections. |
| WALTERS, BRYAN R. | 9/19/2014 | 6.25 | 445.00 | 2,781.25 | Continue drafting and revising objections. Office conferences and e-mails re same. Attention to client communications re same. |
| WALTERS, BRYAN R. | 9/22/2014 | 8.00 | 445.00 | 3,560.00 | Continue drafting and revising objection. Continue research re same. E-mails and office conferences re same. Follow-up client communications re same. |
| WALTERS, BRYAN R. | 9/23/2014 | 7.50 | 445.00 | 3,337.50 | Continue revisions to objection. Prepare exhibits re same. Office conferences and e-mails re same. Attention to follow-up client communications re same. |
| WALTERS, BRYAN R. | 9/24/2014 | 7.50 | 445.00 | 3,337.50 | Complete drafting and revising of objections. Final research re same. Multiple office conferences and e-mails re same. Attention to gathering client consents to objection. Attention to filing of same. |

Billed and Unbilled Recap of Time Detail - [341564 - ANTITRUST - BCBSM]

| Timekeeper | Date | Hours | Rate | Dollars | Description |
|---|---|---|---|---|---|
| WALTERS, BRYAN R. | 9/29/2014 | 0.50 | 445.00 | 222.50 | Review other objections to proposed settlement. Review law 360 article concerning objections. Office conference with Attorney Rynders and Attorney Phelps re other objections. |
| WALTERS, BRYAN R. | 10/2/2014 | 4.50 | 445.00 | 2,002.50 | Additional research re brief in support of motion to intervene and unseal the record. Review cases re same. Review docket report and related pleadings re class action lawsuit. Revisions to brief in support of motion to intervene and unseal records. |
| WALTERS, BRYAN R. | 10/3/2014 | 5.00 | 445.00 | 2,225.00 | Continue drafting and revising brief re intervention and unsealing of records. Research re same. |
| WALTERS, BRYAN R. | 10/6/2014 | 4.50 | 445.00 | 2,002.50 | Continue revisions to brief re motion to intervene and unseal record. Telephone call to Attorney Brett Johnson (Plaintiffs' counsel) re concurrence with motion. Telephone conferences with Attorney Bruce Hoffman (BCBSM's counsel) re concurrence with motion and potential compromise resolution re same. E-mails to and from Attorneys Hoffman and Dan Small (Plaintiffs' counsel) re potential compromise resolution re records. Telephone conference with Attorney Small re potential compromise resolution re review of records. |
| WALTERS, BRYAN R. | 10/7/2014 | 4.00 | 445.00 | 1,780.00 | Follow-up e-mails and telephone conferences with Attorneys Bruce Hoffman and Dan Small re potential agreement to review redacted versions of court filings. Revise brief in support of motion to intervene and unseal records. E-mails with Attorneys Rynders and Phelps re same. |
| WALTERS, BRYAN R. | 10/8/2014 | 1.50 | 445.00 | 667.50 | Follow-up e-mails and office conference with Attorney Bruce Hoffman re voluntary production of documents by BCBSM. Revisions to brief in support of motion to intervene and unseal records. |
| WALTERS, BRYAN R. | 10/9/2014 | 2.00 | 445.00 | 890.00 | Review additional objections filed in matter. E-mail to Attorney Chris Anderson re objections. |

Billed and Unbilled Recap of Time Detail - [341564 - ANTITRUST - BCBSM]

| Timekeeper | Date | Hours | Rate | Dollars | Description |
|---|---|---|---|---|---|
| WALTERS, BRYAN R. | 10/14/2014 | 0.50 | 445.00 | 222.50 | Follow-up communications with Attorneys Bruce Hoffman and Daniel Small re voluntary disclosure of documents filed under seal with court. |
| WALTERS, BRYAN R. | 10/16/2014 | 1.00 | 445.00 | 445.00 | Follow-up e-mails with Attorneys Bruce Hoffman and Daniel Small re document production. Begin initial review of redacted versions of documents provided by parties. |
| WALTERS, BRYAN R. | 10/17/2014 | 5.50 | 445.00 | 2,447.50 | Review redacted documents provided by Blue Cross. Office conferences re same. Begin revisions to motion to intervene and unseal records. |
| WALTERS, BRYAN R. | 10/20/2014 | 5.25 | 445.00 | 2,336.25 | Additional review redacted of documents provided by Blue Cross. Continue revisions to motion to intervene, unseal records, and adjourn hearings and supporting brief. Office conferences and e-mails re same. Attention to filing motion. |
| WALTERS, BRYAN R. | 10/24/2014 | 3.00 | 445.00 | 1,335.00 | Begin review of plaintiffs' motion for final approval of settlement and plan of allocation and exhibits re same. Review plaintiffs' reply to objections re award of attorneys' fees, reimbursement of expenses, and payment of incentive awards. Initial review of Blue Cross's brief in support of motion for final approval of settlement. |
| WALTERS, BRYAN R. | 10/27/2014 | 2.50 | 445.00 | 1,112.50 | Complete review of Plaintiffs' and Blue Cross's briefs and exhibits in support of final settlement and in opposition to objection. Office conferences re same. |
| WALTERS, BRYAN R. | 10/30/2014 | 1.50 | 445.00 | 667.50 | Review sur-reply brief of Objector Chris Andrews and follow-up re same. |
| WALTERS, BRYAN R. | 11/3/2014 | 4.00 | 445.00 | 1,780.00 | Review Blue Cross brief in opposition to motion to intervene and unseal records. Office conference with Attorney Rynders re same. Begin review of briefs in preparation of outline for oral argument re motion to intervene and unseal records and re objection at fairness hearing. |
| WALTERS, BRYAN R. | 11/4/2014 | 1.50 | 445.00 | 667.50 | Review additional court filings from objectors. Continue review of materials in advance preparation for hearings. |

Billed and Unbilled Recap of Time Detail - [341564 - ANTITRUST - BCBSM]

| Timekeeper | Date | Hours | Rate | Dollars | Description |
|---|---|---|---|---|---|
| WALTERS, BRYAN R. | 11/5/2014 | 3.50 | 445.00 | 1,557.50 | Review Plaintiffs' brief in opposition to motion to intervene. E-mails with clients re status of claims submissions and upcoming hearings. Continue preparation for hearings. |
| WALTERS, BRYAN R. | 11/6/2014 | 2.50 | 445.00 | 1,112.50 | Review third-party hospital response to motion to intervene and unseal records. E-mails and office conferences re communication with clients re fairness hearing. Attention to preparation for fairness hearing and hearing re motion to intervene and unseal. |
| WALTERS, BRYAN R. | 11/7/2014 | 3.50 | 445.00 | 1,557.50 | Review numerous third-party briefs re motion to intervene and unseal records. E-mails and telephone conferences with clients re status of claims and status re upcoming hearings. Telephone conference with Mr. Derek Watkins re issues his non-objecting clients are having with gathering information necessary to submit claims. |
| WALTERS, BRYAN R. | 11/10/2014 | 6.50 | 445.00 | 2,892.50 | Review additional briefs re motion to intervene and unseal records. Telephone conference with Attorney Katie Pullum of Warner Norcross & Judd re same. Prepare for hearing re motion to intervene and unseal. Prepare for hearing re objection. Follow-up telephone conference and e-mail with Mr. Derek Watkins re potential declaration from non-objecting clients re difficulty and burdensomeness of claims process. Follow-up e-mails with clients re difficulty of claims process. |
| WALTERS, BRYAN R. | 11/11/2014 | 7.50 | 445.00 | 3,337.50 | Prepare for fairness hearing. Prepare for hearing re motion to intervene. Review motions to intervene from third-party hospitals. Office conferences and e-mails re same. |
| WALTERS, BRYAN R. | 11/12/2014 | 11.00 | 445.00 | 4,895.00 | Final preparation for hearing. Travel for hearing. Attend fairness hearing and hearing re motion to intervene to unseal records. Return travel re same. |

Billed and Unbilled Recap of Time Detail - [341564 - ANTITRUST - BCBSM]

| Timekeeper | Date | Hours | Rate | Dollars | Description |
|---|---|---|---|---|---|
| WALTERS, BRYAN R. | 11/13/2014 | 3.50 | 445.00 | 1,557.50 | E-mails, office conferences, and telephone conferences with clients and other counsel re fairness hearing and hearing re motion to intervene to unseal records. Telephone conference with Attorney Derek Watkins (Sacks Waldman) re same. |
| WALTERS, BRYAN R. | 11/14/2014 | 1.00 | 445.00 | 445.00 | Follow-up e-mails, telephone conferences, and office conferences re fairness hearing and hearing re motion to intervene to unseal records. |
| WALTERS, BRYAN R. | 11/25/2014 | 1.25 | 445.00 | 556.25 | Exchange of voicemails with Powell Miller. Office conferences with Attorneys Rynders and MacGuidwin re potential for resolution of objections and client perspectives re same. |
| WALTERS, BRYAN R. | 11/26/2014 | 2.00 | 445.00 | 890.00 | Telephone conference Attorneys Paul Miller and Dan Small re allegation of potential conflict. Office conferences re same. Initial research re same. Office conference with Attorney Lin re additional research re same. |
| WALTERS, BRYAN R. | 12/1/2014 | 2.75 | 445.00 | 1,223.75 | Continue research re alleged conflict of interest. Office conference with Attorney Lin re alleged conflict of interest. Review cases re same. Office conference with Attorney Rynders re same. Draft and revise e-mail to Messrs. Howell Miller and Dan Small re same. |
| WALTERS, BRYAN R. | 12/8/2014 | 0.50 | 445.00 | 222.50 | E-mail and voicemails with Mr. Powell Miller. |
| WALTERS, BRYAN R. | 12/9/2014 | 1.50 | 445.00 | 667.50 | E-mails and voicemails with Mr. Powell Miller. Telephone conference with Messrs. Miller and Dan Small re allegation of potential conflict. Review prior research re same. Office conference re same. |
| WALTERS, BRYAN R. | 12/10/2014 | 1.00 | 445.00 | 445.00 | Follow-up research re allegation of potential conflict. |
| WALTERS, BRYAN R. | 12/11/2014 | 1.00 | 445.00 | 445.00 | Continue follow-up research re alleged conflict and review of cases re same. |

Billed and Unbilled Recap of Time Detail - [341564 - ANTITRUST - BCBSM]

| Timekeeper | Date | Hours | Rate | Dollars | Description |
|---|---|---|---|---|---|
| WALTERS, BRYAN R. | 12/15/2014 | 2.00 | 445.00 | 890.00 | Complete follow-up research re alleged conflict. Office conference with Attorney Rynders re same. Draft and revise e-mail to Attorney Powell Miller re lack of conflict. Review response e-mail from Attorney Miller. Draft follow-up e-mail to Attorney Miller re legal authority in support of conclusion that no conflict exists. |
| WALTERS, BRYAN R. | 1/7/2015 | 0.25 | 445.00 | 111.25 | Review e-filing notices and attachments re plaintiffs' counsel's filings with court seeking sanctions against objector. |
| WALTERS, BRYAN R. | 6/25/2015 | 1.00 | 445.00 | 445.00 | Review e-mail from John Sturgis and attached cases re opportunity to review records under seal by objectors in class action settlement. |
| WALTERS, BRYAN R. | 6/26/2015 | 2.00 | 445.00 | 890.00 | Continue revisions to appeal brief. |
| WALTERS, BRYAN R. | 6/29/2015 | 1.50 | 445.00 | 667.50 | Continue drafting/revising appeal brief. |
| WALTERS, BRYAN R. | 6/30/2015 | 0.50 | 445.00 | 222.50 | Revise appeal brief. Revise insert into appeal brief on due process concerns associated with objectors not having access to sealed records. |
| WALTERS, BRYAN R. | 7/1/2015 | 5.00 | 445.00 | 2,225.00 | Draft/revise appeal brief. |
| WALTERS, BRYAN R. | 7/2/2015 | 5.00 | 445.00 | 2,225.00 | Draft/revise appeal brief. |
| WALTERS, BRYAN R. | 7/6/2015 | 4.00 | 445.00 | 1,780.00 | Draft/revise Appeal Brief. |
| WALTERS, BRYAN R. | 7/7/2015 | 3.00 | 445.00 | 1,335.00 | Draft/revise Appeal Brief. |
| WALTERS, BRYAN R. | 7/8/2015 | 4.00 | 445.00 | 1,780.00 | Draft/revise Appeal Brief. E-mails re potential consolidation of appeals. |
| WALTERS, BRYAN R. | 7/9/2015 | 6.00 | 445.00 | 2,670.00 | Draft/revise appeal brief. |
| WALTERS, BRYAN R. | 7/10/2015 | 8.00 | 445.00 | 3,560.00 | Final revisions to Appeal Brief and attention to filing. |
| WALTERS, BRYAN R. | 8/7/2015 | 0.25 | 445.00 | 111.25 | Review Motion and responses re extension of time for filing Appeal Briefs. |
| WALTERS, BRYAN R. | 9/30/2015 | 1.00 | 445.00 | 445.00 | Initial review of Blue Cross and Shane Group opposition briefs on appeal. |
| WALTERS, BRYAN R. | 10/1/2015 | 2.50 | 445.00 | 1,112.50 | Continue preparing outline for Reply Brief in support of appeal. Further review of Plaintiff's and Blue Cross' response briefs. Begin drafting Reply Brief. |

Billed and Unbilled Recap of Time Detail - [341564 - ANTITRUST - BCBSM]

| Timekeeper | Date | Hours | Rate | Dollars | Description |
|---|---|---|---|---|---|
| WALTERS, BRYAN R. | 10/2/2015 | 2.00 | 445.00 | 890.00 | Continue preparing outline and drafting of Reply Brief in support of appeal. |
| WALTERS, BRYAN R. | 10/5/2015 | 4.75 | 445.00 | 2,113.75 | Continue drafting/revising Reply Brief on Appeal. Office conference with Maureen O'Brien re research and analysis for Appeal Brief. |
| WALTERS, BRYAN R. | 10/7/2015 | 4.50 | 445.00 | 2,002.50 | Continue drafting/revising Reply Brief on Appeal. Follow up with Jeff Koelzer and Maureen O'Brien re research items. |
| WALTERS, BRYAN R. | 10/8/2015 | 4.00 | 445.00 | 1,780.00 | Continue drafting/revising Reply Brief on Appeal. |
| WALTERS, BRYAN R. | 10/9/2015 | 5.25 | 445.00 | 2,336.25 | Continue drafting/revising Reply Brief on Appeal. Review of records in support of same. |
| WALTERS, BRYAN R. | 10/12/2015 | 5.00 | 445.00 | 2,225.00 | Final revisions and attention to filing of Reply Brief on Appeal. |
| WALTERS, BRYAN R. | 11/5/2015 | 0.25 | 445.00 | 111.25 | Review Notice of Oral Argument from Sixth Circuit Court of Appeals. Telephone conference with Perrin Rynders re same. |
| WALTERS, BRYAN R. | 1/4/2016 | 1.00 | 445.00 | 445.00 | Review Sixth Circuit web site for judicial assignments for oral argument. Multiple e-mails and office conferences re same. |
| WALTERS, BRYAN R. | 1/8/2016 | 2.50 | 445.00 | 1,112.50 | Review prior briefing and docket in preparation for oral argument. |
| WALTERS, BRYAN R. | 1/11/2016 | 1.00 | 445.00 | 445.00 | Continue preparation for oral argument. |
| WALTERS, BRYAN R. | 1/12/2016 | 1.00 | 445.00 | 445.00 | Continue preparations for oral argument. |
| WALTERS, BRYAN R. | 1/13/2016 | 11.00 | 445.00 | 4,895.00 | Prepare for oral argument. Travel to Cincinnati for Sixth Circuit oral argument. |
| WALTERS, BRYAN R. | 1/14/2016 | 10.00 | 445.00 | 4,450.00 | Final preparations for oral argument. Oral argument before Sixth Circuit Court of Appeals. Return travel from Cincinnati. Multiple telephone conferences re oral argument. |

Billed and Unbilled Recap of Time Detail - [341564 - ANTITRUST - BCBSM]

| Timekeeper | Date | Hours | Rate | Dollars | Description |
|---|---|---|---|---|---|
| WALTERS, BRYAN R. | 1/15/2016 | 2.25 | 445.00 | 1,001.25 | Multiple telephone conferences and office conferences re results of oral argument. Draft/revise e-mail to clients re status update on oral argument. Review Ninth Circuit opinion on unsealing of records. Attention to delivery of status update to clients. |
| WALTERS, BRYAN R. | 1/18/2016 | 0.50 | 445.00 | 222.50 | Follow-up e-mails to/from clients re status update after Court of Appeals oral argument. |
| WALTERS, BRYAN R. | 1/25/2016 | 0.25 | 445.00 | 111.25 | Follow-up e-mails with clients re status of appeal. |
| WALTERS, BRYAN R. | 2/5/2016 | 0.50 | 445.00 | 222.50 | E-mails and telephone conference with Larry Murphy and Perrin Rynders re Borroughs' questions re anti-trust class action settlement status update. |
| WALTERS, BRYAN R. | 6/7/2016 | 5.00 | 445.00 | 2,225.00 | Review Sixth Circuit opinion. Multiple office conferences re impact of Sixth Circuit opinion. Begin outline of and review of issues for next steps after Sixth Circuit opinion. Prepare and send e-mail to clients re Sixth Circuit decision. |
| **TOTALS** | | **382.45** | **427.00** | **163,306.15** | |