# EXHIBIT C

STATE BAR OF MICHIGAN

# 2017 Economics of Law Practice

# Attorney Income and Billing Rate Summary Report



SBM
STATE BAR OF MICHIGAN

# Contents

# Economics of Law Practice in Michigan
## 2017 Attorney Income and Billing Rate Summary Report

**Methods and Measures** ............................................................................................. 1

**I  2016 Attorney Income** ........................................................................................... 3
Table 1 – 2016 Reported Attorney Gross Income – Private Practitioners ............................................ 3
Table 2 – 2016 Reported Attorney Gross Income – Non-Private Practitioners ..................................... 3

**II  2017 Attorney Hourly Billing Rates** .................................................................... 4
Table 3 – 2017 Attorney Hourly Billing Rates ................................................................................. 4
Table 4 – 2017 Attorney Hourly Billing Rates by Years in Practice ..................................................... 4
Table 5 – 2017 Attorney Hourly Billing Rates by Firm Size in a Single Location .................................. 4
Table 6 – 2017 Attorney Billing Rates by Office Location .................................................................. 5
Table 7 – 2017 Hourly Rates Billing Rates by Field of Practice .......................................................... 5
Table 8 – Attorney Hourly Billing Rates by County ........................................................................... 7
Table 9 – 2017 Attorney Hourly Billing Rates by Circuit .................................................................... 9

# 2017 Economics of Law Practice in Michigan
## 2017 Attorney Income and Billing Rate Summary Report

*The survey was conducted in 2017 and requested 2016 income and 2017 billing rate information*

The State Bar of Michigan Economics of Law Practice Survey provides Michigan attorneys with a resource that allows access to the most current law practice economic information available. The survey results are provided as a service to members of the State Bar of Michigan.

The survey has two primary objectives:

- To provide timely, relevant and accurate information to inform and guide the practical management decisions of Michigan attorneys
- To track and illustrate changes and trends within the legal profession

The survey monitors and reports on several points of information useful to attorneys:

- Attorney income
- Prevailing average hourly billing rates by several indicators including fields of practice, judicial circuit, and geographic location
- Time allocated to billable and non-billable professional activities
- Management practices
- Perceptions regarding current and future economic circumstances related to the practice of law

The key finding report contains information pertaining to attorney income and billing rates. It is produced as an early and separate report to provide attorneys with this target information as quickly as possible, as it is the most requested information from all attorneys. All other information will be contained in the full 2017 Economics of Law Practice Summary Report that will follow.

### Methods and Measures

The 2017 Economics of Law Practice Survey was conducted in late 2017. In 2017 45.3 percent of active members were private practitioners and 54.7 percent were non-private practitioners. Based on the proportions of both groups of active members, an electronic survey was emailed to approximately 18,414 private practitioners and 22,236 non-private practice members of the State Bar of Michigan, inviting their participation. 3,843 completed questionnaires were returned by private practitioners (a 20.9 percent response rate) and 2,088 completed questionnaires were returned by non-private practitioners (a 9.4 percent response rate). Questionnaires were tabulated by Dr. James McComb, an independent consultant statistician.

To help interpret the information presented in the surveys the following is a brief description of statistical terms of measures of central tendency (median and mean) and measures of dispersion (spread).

**Mean**—The mean (also called the average) is calculated by adding the values of all responses then dividing by the number of responses. Example: Three responses (30, 1, 2) are reported. The average or mean is calculated by adding 30+1+2=33 and then by dividing by 3 = 11.

**Median**—The median is the middle value in a series or distribution of values (50th percentile, which is initially rank-ordered (from low to high or vice versa). By definition half of the numbers are greater and half are less than the median. Example: Three responses (30, 1, 2) are reported. The median is the middle number of the order of distribution (1, 2, 30), or 2. By comparison, the average of this distribution as shown above is 11.

Use of the median as a statistical metric of central tendency reduces the effects of 'outliers' (extremely high or low values, such as the data point of 30 in the previous example) while the average does not. Median values are utilized throughout the survey results to denote the measure of central tendency.



**Percentiles—**In addition to the median, four other percentile values are used in the survey results to reveal the spread of a particular data distribution. The percentiles include:

- 25th percentile—Also referred to as the "lower quartile." One-fourth of the values are less and three-fourths are more than this value.
- Median or 50th percentile—Half of the values are less and half are more than the "median" value.
- 75th percentile—Also referred to as the "upper quartile." Three-fourths of the values are less and one-fourth are more than this value.
- 95th percentile—Ninety-five percent of the values are less and five percent of the values are more than this value.

**Note of clarification:** Extreme values (multiple thousands per hour) were excluded due to their unrepresentative qualities; eight were excluded for reporting $6,500 or above per hour.

Contents
◂ Back
Next ▸

# I  2016 Attorney Income

### Table 1 – 2016 Reported Attorney Gross Income – Private Practitioners

|  | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Sole Practitioner, office outside of home | 825 | 60,000 | 109,000 | 153,358 | 200,000 | 400,000 |
| Sole Practitioner, working out of home office | 610 | 10,000 | 32,000 | 59,806 | 75,000 | 225,000 |
| Sole Practitioner, sharing space | 197 | 50,000 | 100,000 | 197,158 | 185,000 | 435,000 |
| Managing Partner | 243 | 150,000 | 290,000 | 982,083 | 600,000 | 2,500,000 |
| Equity Partner/Shareholder | 606 | 160,000 | 285,000 | 567,872 | 450,000 | 1,200,000 |
| Non-Equity Partner | 181 | 130,000 | 185,000 | 285,154 | 300,000 | 800,000 |
| Of Counsel | 99 | 48,000 | 100,000 | 159,191 | 225,000 | 489,338 |
| Senior Associate | 162 | 90,000 | 121,832 | 374,798 | 200,000 | 400,000 |
| Associate | 439 | 53,000 | 77,250 | 104,057 | 110,000 | 231,246 |
| Arbitrator/Mediator | 13 | 35,000 | 100,000 | 192,482 | 150,000 | 1,200,000 |
| Assigned Counsel | 3 | 2,000 | 33,500 | 33,500 | 65,000 | 65,000 |
| Other | 182 | 25,000 | 87,500 | 133,055 | 160,500 | 560,000 |
| **Total** | **3560** | **55,000** | **115,000** | **289,194** | **250,000** | **700,000** |

### Table 2 – 2016 Reported Attorney Gross Income – Non-Private Practitioners

|  | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Academia | 87 | 58,200 | 75,500 | 84,578 | 110,000 | 160,000 |
| Federal Government | 195 | 94,000 | 120,000 | 121,407 | 150,000 | 173,795 |
| Governmental Relations | 15 | 76,000 | 115,000 | 182,143 | 145,000 | 900,000 |
| In-House Counsel | 480 | 95,000 | 140,000 | 172,665 | 195,000 | 320,000 |
| Judge | 104 | 137,000 | 140,000 | 134,687 | 143,000 | 183,000 |
| Law School | 23 | 57,000 | 78,000 | 122,091 | 150,000 | 260,000 |
| Legal Service Agency | 102 | 46,000 | 57,000 | 64,194 | 70,000 | 125,000 |
| Local Government | 254 | 56,750 | 80,000 | 111,314 | 103,000 | 130,500 |
| Military | 21 | 73,500 | 91,000 | 99,100 | 124,500 | 162,500 |
| Non-Law Related | 122 | 60,000 | 97,750 | 225,754 | 166,000 | 600,000 |
| Non-Profit Org | 88 | 45,000 | 64,250 | 82,329 | 95,000 | 180,000 |
| Other Judiciary | 119 | 61,596 | 80,676 | 156,466 | 96,250 | 150,000 |
| Retired | 84 | 21,500 | 110,000 | 113,543 | 150,000 | 285,000 |
| State Government | 199 | 65,000 | 93,000 | 90,859 | 113,500 | 142,000 |
| **Total** | **1893** | **67,000** | **99,870** | **132,537** | **140,000** | **250,000** |



# II 2017 Attorney Hourly Billing Rates

### Table 3 – 2017 Attorney Hourly Billing Rates

|  | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Sole Practitioner, office outside of home | 825 | 200 | 250 | 252 | 295 | 375 |
| Sole Practitioner, working out of home office | 610 | 150 | 200 | 208 | 250 | 350 |
| Sole Practitioner, sharing space | 197 | 200 | 240 | 247 | 280 | 373 |
| Managing Partner | 243 | 225 | 290 | 300 | 350 | 467 |
| Equity Partner/Shareholder | 606 | 245 | 300 | 329 | 400 | 552 |
| Non-Equity Partner | 181 | 223 | 315 | 319 | 395 | 567 |
| Of Counsel | 99 | 250 | 325 | 333 | 400 | 600 |
| Senior Associate | 162 | 220 | 260 | 270 | 315 | 400 |
| Associate | 439 | 183 | 225 | 236 | 270 | 350 |
| Arbitrator/Mediator | 13 | 250 | 275 | 293 | 350 | 410 |
| Assigned Counsel | 3 | 75 | 78 | 78 | 80 | 80 |
| Other | 182 | 150 | 200 | 240 | 307 | 450 |
| Total | 3560 | 200 | 250 | 266 | 307 | 470 |

### Table 4 – 2017 Attorney Hourly Billing Rates by Years in Practice

|  | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| <1 | 52 | 150 | 190 | 197 | 233 | 333 |
| 1 to 2 | 155 | 165 | 200 | 209 | 250 | 300 |
| 3 to 5 | 278 | 175 | 209 | 219 | 250 | 325 |
| 6 to 10 | 485 | 195 | 225 | 239 | 283 | 380 |
| 11 to 15 | 352 | 200 | 250 | 275 | 300 | 450 |
| 16 to 25 | 757 | 200 | 253 | 279 | 325 | 475 |
| 26 to 30 | 393 | 200 | 250 | 278 | 328 | 530 |
| 31 to 35 | 367 | 200 | 250 | 275 | 325 | 515 |
| >35 | 861 | 200 | 250 | 284 | 335 | 510 |
| Total | 3700 | 200 | 250 | 266 | 305 | 473 |

### Table 5 – 2017 Attorney Hourly Billing Rates by Firm Size in a Single Location

|  | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| 1 | 1722 | 183 | 225 | 233 | 275 | 375 |
| 2 | 365 | 200 | 250 | 270 | 300 | 400 |
| 3 | 237 | 217 | 250 | 271 | 300 | 400 |
| 4 to 6 | 354 | 200 | 250 | 280 | 317 | 467 |
| 7 to 10 | 211 | 190 | 250 | 267 | 307 | 490 |
| 11 to 20 | 223 | 225 | 280 | 302 | 350 | 500 |
| 21 to 50 | 244 | 227 | 307 | 308 | 375 | 497 |
| >50 | 321 | 255 | 347 | 358 | 450 | 573 |
| Total | 3677 | 200 | 250 | 266 | 305 | 475 |



### Table 6 – 2017 Attorney Billing Rates by Office Location

|  | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Ann Arbor area | 163 | 213 | 250 | 278 | 315 | 497 |
| Battle Creek area | 30 | 192 | 250 | 235 | 265 | 300 |
| Bay City/Midland/Saginaw area | 68 | 175 | 216 | 217 | 250 | 300 |
| Detroit, not downtown | 155 | 188 | 225 | 237 | 279 | 400 |
| Downtown Detroit & New Center area | 145 | 200 | 250 | 286 | 350 | 550 |
| Flint area | 100 | 183 | 216 | 239 | 292 | 433 |
| Grand Rapids area | 391 | 210 | 275 | 297 | 350 | 550 |
| Jackson area | 31 | 200 | 217 | 239 | 272 | 385 |
| Kalamazoo area | 112 | 175 | 233 | 242 | 300 | 430 |
| Lansing area | 205 | 200 | 227 | 252 | 285 | 410 |
| Livingston County | 55 | 200 | 225 | 238 | 250 | 317 |
| Mid-Michigan area (not Lansing) | 57 | 190 | 225 | 229 | 260 | 337 |
| Mount Clemens area | 93 | 200 | 250 | 266 | 300 | 495 |
| Muskegon area | 62 | 195 | 218 | 240 | 253 | 505 |
| Northern Michigan, Lower Peninsula | 85 | 185 | 200 | 217 | 250 | 310 |
| Oakland County (north of M-59) | 123 | 200 | 250 | 249 | 295 | 373 |
| Oakland County (south of M-59) | 875 | 200 | 275 | 280 | 350 | 470 |
| Other metro areas | 52 | 183 | 200 | 221 | 250 | 375 |
| Out of state | 306 | 225 | 300 | 320 | 383 | 600 |
| Out state, Lower Peninsula | 59 | 175 | 200 | 213 | 250 | 350 |
| Remainder Macomb County | 86 | 200 | 250 | 249 | 300 | 400 |
| Remainder Wayne County | 182 | 200 | 225 | 230 | 255 | 350 |
| Southfield | 154 | 220 | 275 | 298 | 350 | 510 |
| Traverse City area | 55 | 193 | 225 | 228 | 257 | 350 |
| Upper Peninsula | 60 | 150 | 196 | 215 | 240 | 400 |
| **Total** | **3704** | **200** | **250** | **266** | **305** | **475** |

### Table 7 – 2017 Hourly Rates Billing Rates by Field of Practice

|  | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Administrative Law | 88 | 200 | 250 | 270 | 320 | 500 |
| Appellate Law | 132 | 195 | 255 | 265 | 325 | 480 |
| Arbitration/Mediation | 102 | 200 | 250 | 269 | 325 | 400 |
| Auto (not lemon) Law | 30 | 225 | 260 | 318 | 400 | 600 |
| Auto no fault | 142 | 160 | 250 | 288 | 400 | 575 |
| Bankruptcy, Creditor | 83 | 237 | 275 | 296 | 350 | 510 |
| Bankruptcy, Debtor | 157 | 200 | 245 | 243 | 250 | 350 |
| Business/Commercial Litigation | 379 | 250 | 295 | 304 | 350 | 495 |
| Civil Litigation | 512 | 200 | 250 | 272 | 325 | 450 |
| Civil Rights | 70 | 200 | 288 | 290 | 400 | 485 |
| Collections, creditor | 110 | 160 | 208 | 220 | 275 | 355 |
| Collections, debtor | 20 | 193 | 250 | 253 | 298 | 475 |
| Condemnation law | 9 | 285 | 350 | 376 | 450 | 500 |

STATE BAR OF MICHIGAN                                                    ECONOMICS OF LAW PRACTICE 2017

### Table 7 – 2017 Hourly Rates Billing Rates by Field of Practice

| | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Construction law | 59 | 200 | 265 | 300 | 365 | 580 |
| Consumer law (including lemon law) | 41 | 250 | 300 | 322 | 400 | 600 |
| Contracts | 262 | 200 | 250 | 265 | 325 | 475 |
| Corporate and business | 498 | 225 | 275 | 291 | 340 | 530 |
| Criminal (misdemeanor) | 363 | 180 | 200 | 234 | 250 | 350 |
| Criminal (felony) | 355 | 200 | 225 | 250 | 290 | 400 |
| Driver License Restoration | 27 | 200 | 250 | 254 | 300 | 500 |
| Elder Law | 229 | 200 | 240 | 250 | 275 | 350 |
| Election Law | 4 | 178 | 228 | 226 | 275 | 275 |
| Employment law (plaintiff) | 77 | 250 | 300 | 313 | 380 | 485 |
| Employment law (defense) | 108 | 200 | 295 | 281 | 350 | 425 |
| Entertainment Law | 20 | 190 | 250 | 295 | 333 | 800 |
| Environmental law | 28 | 243 | 275 | 307 | 375 | 515 |
| Family law | 769 | 200 | 240 | 235 | 275 | 350 |
| Foreclosure, debtor | 9 | 200 | 250 | 250 | 300 | 500 |
| Foreclosure, lender | 20 | 215 | 237 | 257 | 270 | 420 |
| General Civil | 188 | 184 | 225 | 230 | 258 | 350 |
| Health & Hospital law | 64 | 203 | 285 | 316 | 375 | 560 |
| Immigration law | 67 | 185 | 250 | 255 | 300 | 455 |
| Indian Law | 11 | 150 | 250 | 227 | 300 | 370 |
| Insurance law (plaintiff) | 46 | 275 | 380 | 379 | 450 | 600 |
| Insurance law (defense) | 148 | 150 | 168 | 192 | 200 | 320 |
| Intellectual property | 144 | 250 | 318 | 334 | 398 | 565 |
| Labor and Employment | 105 | 200 | 275 | 301 | 375 | 550 |
| Landlord/tenant (commercial) | 26 | 160 | 225 | 243 | 300 | 370 |
| Landlord/tenant (residential) | 82 | 150 | 200 | 196 | 250 | 275 |
| Libel, slander and defamation | 3 | 375 | 415 | 405 | 425 | 425 |
| Marijuana Law | 20 | 225 | 250 | 273 | 300 | 460 |
| Medical malpractice (plaintiff) | 43 | 300 | 400 | 448 | 500 | 900 |
| Medical malpractice (defendant) | 58 | 175 | 185 | 189 | 200 | 250 |
| Municipal Law | 110 | 150 | 165 | 190 | 235 | 330 |
| Veterans and Military Law | 5 | 180 | 200 | 220 | 295 | 300 |
| Other Civil law | 149 | 200 | 250 | 272 | 300 | 570 |
| Other Professional Liability | 22 | 210 | 300 | 298 | 350 | 425 |
| Personal Injury (defendant) | 102 | 150 | 170 | 186 | 200 | 310 |
| Personal Injury (plaintiff) | 186 | 275 | 350 | 362 | 400 | 600 |
| Probate litigation | 223 | 200 | 250 | 260 | 300 | 400 |
| Guardianship/conservatorship | 151 | 186 | 225 | 228 | 250 | 350 |
| Probate-trust administration | 599 | 200 | 250 | 256 | 295 | 400 |
| Product liability | 32 | 235 | 300 | 320 | 400 | 550 |
| Property Damage | 10 | 220 | 350 | 323 | 450 | 450 |
| Public benefits | 8 | 200 | 308 | 380 | 475 | 880 |
| Real Estate | 591 | 200 | 250 | 261 | 300 | 415 |



STATE BAR OF MICHIGAN                                                                                    ECONOMICS OF LAW PRACTICE 2017

### Table 7 – 2017 Hourly Rates Billing Rates by Field of Practice

|  | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Schools and Education | 25 | 175 | 240 | 233 | 285 | 350 |
| Securities Law | 40 | 250 | 343 | 361 | 485 | 575 |
| Tax Law | 145 | 250 | 310 | 345 | 400 | 590 |
| Workers Compensation-employees | 21 | 200 | 250 | 251 | 340 | 450 |
| Workers Compensation-employer | 18 | 100 | 120 | 130 | 140 | 275 |
| **Total** | **8145** | **200** | **250** | **266** | **300** | **475** |

### Table 8 – Attorney Hourly Billing Rates by County[1]

| County | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Alcona | 3 | 195 | 198 | 198 | 200 | 200 |
| Alger | 6 | 150 | 200 | 184 | 200 | 225 |
| Allegan | 83 | 185 | 250 | 264 | 300 | 420 |
| Alpena | 7 | 167 | 198 | 235 | 217 | 550 |
| Antrim | 26 | 185 | 225 | 217 | 250 | 283 |
| Arenac | 0 | . | . | . | . | . |
| Baraga | 3 | 130 | 150 | 160 | 200 | 200 |
| Barry | 19 | 238 | 283 | 284 | 350 | 400 |
| Bay | 63 | 183 | 217 | 229 | 250 | 350 |
| Benzie | 21 | 200 | 225 | 235 | 273 | 328 |
| Berrien | 63 | 187 | 240 | 245 | 295 | 430 |
| Branch | 20 | 180 | 245 | 223 | 250 | 300 |
| Calhoun | 60 | 200 | 245 | 244 | 290 | 379 |
| Cass | 32 | 168 | 211 | 232 | 263 | 450 |
| Charlevoix | 21 | 200 | 225 | 229 | 250 | 333 |
| Cheboygan | 11 | 200 | 225 | 221 | 250 | 300 |
| Chippewa | 11 | 113 | 150 | 150 | 192 | 225 |
| Clare | 15 | 200 | 250 | 237 | 300 | 337 |
| Clinton | 84 | 200 | 230 | 231 | 250 | 300 |
| Crawford | 8 | 180 | 193 | 193 | 225 | 250 |
| Delta | 12 | 175 | 192 | 202 | 238 | 300 |
| Dickinson | 11 | 160 | 200 | 291 | 300 | 1,101 |
| Eaton | 112 | 198 | 230 | 251 | 266 | 350 |
| Emmet | 28 | 200 | 229 | 249 | 288 | 480 |
| Genesee | 168 | 199 | 235 | 252 | 294 | 500 |
| Gladwin | 10 | 200 | 223 | 217 | 260 | 275 |
| Gogebic | 5 | 175 | 225 | 200 | 250 | 300 |
| Grand Traverse | 74 | 193 | 232 | 238 | 257 | 383 |
| Gratiot | 16 | 200 | 227 | 228 | 275 | 337 |
| Hillsdale | 10 | 200 | 204 | 241 | 300 | 385 |
| Houghton | 16 | 168 | 200 | 204 | 238 | 335 |
| Huron | 5 | 167 | 170 | 181 | 195 | 225 |
| Ingham | 243 | 200 | 235 | 260 | 300 | 425 |

1 Data is not displayed for categories with fewer than three respondents due to insufficient information but is included in the totals.



State Bar of Michigan                                    ECONOMICS OF LAW PRACTICE 2017

### Table 8 – Attorney Hourly Billing Rates by County[1]

| County | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Ionia | 19 | 150 | 217 | 236 | 275 | 450 |
| Iosco | 3 | 125 | 138 | 153 | 195 | 195 |
| Iron | 4 | 143 | 163 | 200 | 258 | 350 |
| Isabella | 29 | 230 | 250 | 250 | 300 | 300 |
| Jackson | 56 | 200 | 233 | 237 | 280 | 385 |
| Kalamazoo | 117 | 175 | 240 | 259 | 305 | 450 |
| Kalkaska | 4 | 166 | 183 | 179 | 192 | 200 |
| Kent | 424 | 218 | 275 | 301 | 355 | 543 |
| Keweenaw | 5 | 180 | 200 | 274 | 317 | 525 |
| Lake | 7 | 150 | 175 | 195 | 250 | 342 |
| Lapeer | 48 | 188 | 220 | 246 | 263 | 433 |
| Leelanau | 36 | 200 | 223 | 223 | 250 | 328 |
| Lenawee | 48 | 200 | 200 | 220 | 250 | 350 |
| Livingston | 115 | 200 | 250 | 253 | 283 | 400 |
| Luce | 5 | 117 | 150 | 145 | 150 | 250 |
| Mackinac | 11 | 145 | 150 | 215 | 250 | 565 |
| Macomb | 866 | 200 | 250 | 265 | 300 | 425 |
| Manistee | 12 | 197 | 216 | 221 | 262 | 285 |
| Marquette | 31 | 150 | 200 | 201 | 250 | 300 |
| Mason | 14 | 150 | 193 | 194 | 250 | 275 |
| Mecosta | 12 | 217 | 250 | 227 | 250 | 290 |
| Menominee | 5 | 175 | 177 | 369 | 217 | 1,101 |
| Midland | 56 | 200 | 250 | 269 | 300 | 520 |
| Missaukee | 2 | . | . | . | . | . |
| Monroe | 54 | 183 | 200 | 217 | 235 | 340 |
| Montcalm | 19 | 151 | 200 | 217 | 267 | 400 |
| Montmorency | 5 | 167 | 175 | 171 | 175 | 198 |
| Muskegon | 85 | 200 | 250 | 265 | 295 | 520 |
| Newaygo | 14 | 120 | 200 | 199 | 255 | 300 |
| Oakland | 1544 | 200 | 250 | 275 | 325 | 470 |
| Oceana | 25 | 163 | 200 | 213 | 250 | 350 |
| Ogemaw | 7 | 150 | 200 | 218 | 275 | 317 |
| Ontonagon | 5 | 200 | 200 | 185 | 225 | 250 |
| Osceola | 6 | 175 | 180 | 186 | 233 | 250 |
| Oscoda | 1 | 185 | 185 | 185 | 185 | 185 |
| Otsego | 18 | 175 | 200 | 220 | 275 | 350 |
| Ottawa | 225 | 220 | 270 | 290 | 333 | 520 |
| Presque Isle | 3 | 200 | 200 | 206 | 217 | 217 |
| Roscommon | 9 | 200 | 200 | 215 | 250 | 350 |
| Saginaw | 81 | 163 | 200 | 218 | 250 | 405 |
| Sanilac | 14 | 170 | 215 | 211 | 250 | 325 |
| Schoolcraft | 5 | 150 | 150 | 347 | 183 | 1,101 |
| Shiawassee | 18 | 200 | 225 | 257 | 300 | 567 |



---

1 Data is not displayed for categories with fewer than three respondents due to insufficient information but is included in the totals.

State Bar of Michigan                                                                 ECONOMICS OF LAW PRACTICE 2017

### Table 8 – Attorney Hourly Billing Rates by County[1]

| County | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| St. Clair | 41 | 195 | 250 | 236 | 272 | 350 |
| St. Joseph | 21 | 175 | 200 | 213 | 233 | 280 |
| Tuscola | 20 | 175 | 221 | 219 | 250 | 329 |
| Van Buren | 60 | 180 | 233 | 245 | 293 | 450 |
| Washtenaw | 343 | 200 | 250 | 274 | 317 | 467 |
| Wayne | 1485 | 200 | 250 | 269 | 317 | 467 |
| Wexford | 9 | 175 | 200 | 206 | 233 | 305 |
| Statewide Practice | 31 | 200 | 255 | 265 | 325 | 400 |
| Out of state practice | 239 | 250 | 310 | 334 | 397 | 600 |
| **Total** | **7582** | **200** | **250** | **265** | **300** | **465** |

[1] Data is not displayed for categories with fewer than three respondents due to insufficient information but is included in the totals.

### Table 9 – 2017 Attorney Hourly Billing Rates by Circuit

| Circuit | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| 1 Hillsdale | 10 | 200 | 204 | 241 | 300 | 385 |
| 2 Berrien | 63 | 187 | 240 | 245 | 295 | 430 |
| 3 Wayne | 1485 | 200 | 250 | 269 | 317 | 467 |
| 4 Jackson | 56 | 200 | 233 | 237 | 280 | 385 |
| 5 Barry | 19 | 238 | 283 | 284 | 350 | 400 |
| 6 Oakland | 1544 | 200 | 250 | 275 | 325 | 470 |
| 7 Genesee | 168 | 199 | 235 | 252 | 294 | 500 |
| 8 Ionia, Montcalm | 38 | 151 | 213 | 227 | 275 | 425 |
| 9 Kalamazoo | 117 | 175 | 240 | 259 | 305 | 450 |
| 10 Saginaw | 81 | 163 | 200 | 218 | 250 | 405 |
| 11 Alger, Luce, Mackinac, Schoolcraft | 27 | 150 | 150 | 219 | 200 | 565 |
| 12 Baraga, Houghton, Keweenaw | 24 | 158 | 200 | 213 | 238 | 335 |
| 13 Antrim, Grand Traverse, Leelanau | 136 | 192 | 225 | 230 | 250 | 350 |
| 14 Muskegon | 85 | 200 | 250 | 265 | 295 | 520 |
| 15 Branch | 20 | 180 | 245 | 223 | 250 | 300 |
| 16 Macomb | 866 | 200 | 250 | 265 | 300 | 425 |
| 17 Kent | 424 | 218 | 275 | 301 | 355 | 543 |
| 18 Bay | 63 | 183 | 217 | 229 | 250 | 350 |
| 19 Benzie, Manistee | 33 | 200 | 222 | 230 | 273 | 328 |
| 20 Ottawa | 225 | 220 | 270 | 290 | 333 | 520 |
| 21 Isabella | 29 | 230 | 250 | 250 | 300 | 300 |
| 22 Washtenaw | 343 | 200 | 250 | 274 | 317 | 467 |
| 23 Alcona, Arenac, Iosco, Oscoda | 25 | 175 | 200 | 208 | 225 | 300 |
| 24 Sanilac | 14 | 170 | 215 | 211 | 250 | 325 |
| 25 Marquette | 31 | 150 | 200 | 201 | 250 | 300 |
| 26 Alpena, Montmorency | 12 | 167 | 175 | 208 | 199 | 550 |
| 27 Newaygo, Oceana | 39 | 160 | 200 | 208 | 250 | 350 |
| 28 Missaukee, Wexford | 11 | 150 | 200 | 203 | 233 | 305 |



—9—

### Table 9 – 2017 Attorney Hourly Billing Rates by Circuit

| Circuit | N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| 29 Clinton, Gratiot | 100 | 200 | 230 | 231 | 250 | 313 |
| 30 Ingham | 243 | 200 | 235 | 260 | 300 | 425 |
| 31 St. Clair | 41 | 195 | 250 | 236 | 272 | 350 |
| 32 Gogebic, Ontonagon | 10 | 175 | 213 | 193 | 250 | 300 |
| 33 Charlevoix | 21 | 200 | 225 | 229 | 250 | 333 |
| 34 Ogemaw, Roscommon | 16 | 173 | 200 | 216 | 255 | 350 |
| 35 Shiawassee | 18 | 200 | 225 | 257 | 300 | 567 |
| 36 Van Buren | 60 | 180 | 233 | 245 | 293 | 450 |
| 37 Calhoun | 60 | 200 | 245 | 244 | 290 | 379 |
| 38 Monroe | 54 | 183 | 200 | 217 | 235 | 340 |
| 39 Lenawee | 48 | 200 | 200 | 220 | 250 | 350 |
| 40 Lapeer | 48 | 188 | 220 | 246 | 263 | 433 |
| 41 Dickinson, Iron, Menominee | 20 | 163 | 176 | 293 | 300 | 1,101 |
| 42 Midland | 56 | 200 | 250 | 269 | 300 | 520 |
| 43 Cass | 32 | 168 | 211 | 232 | 263 | 450 |
| 44 Livingston | 115 | 200 | 250 | 253 | 283 | 400 |
| 45 St. Joseph | 21 | 175 | 200 | 213 | 233 | 280 |
| 46 Crawford, Kalkaska, Otsego | 12 | 178 | 185 | 188 | 200 | 250 |
| 47 Delta | 12 | 175 | 192 | 202 | 238 | 300 |
| 48 Allegan | 83 | 185 | 250 | 264 | 300 | 420 |
| 49 Mecosta, Osceola | 18 | 175 | 237 | 213 | 250 | 290 |
| 50 Chippewa | 11 | 113 | 150 | 150 | 192 | 225 |
| 51 Lake, Mason | 21 | 150 | 185 | 194 | 250 | 275 |
| 52 Huron | 5 | 167 | 170 | 181 | 195 | 225 |
| 53 Cheboygan, Presque Isle | 14 | 200 | 208 | 217 | 233 | 300 |
| 54 Tuscola | 20 | 175 | 221 | 219 | 250 | 329 |
| 55 Clare, Gladwin | 25 | 200 | 245 | 229 | 260 | 300 |
| 56 Eaton | 112 | 198 | 230 | 251 | 266 | 350 |
| 57 Emmet | 28 | 200 | 229 | 249 | 288 | 480 |
| 84 Statewide Practice | 31 | 200 | 255 | 265 | 325 | 400 |
| 85 Out Of State Practice | 239 | 250 | 310 | 334 | 397 | 600 |
| **Total** | **7582** | **200** | **250** | **265** | **300** | **465** |



**SBM**

STATE BAR OF MICHIGAN

MICHAEL FRANCK BUILDING
306 TOWNSEND STREET
LANSING, MI 48933-2012

www.michbar.org