# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE SHANE GROUP, INC., *et al.*, | |
| Plaintiffs, on behalf of themselves and all others similarly situated, | Civil Action No. 2:10-cv-14360-DPH-MKM |
| v. | |
| BLUE CROSS BLUE SHIELD OF MICHIGAN, | Judge Denise Page Hood |
| Defendant. | Magistrate Judge Mona K. Majzoub |

## INDEX OF EXHIBITS

Exhibit A- Proposed Final Approval Order

Exhibit B- September 19, 2014 Email

Exhibit C- September 22, 2014 Emails

Exhibit D- Chappell Declaration