

**ROCHESTER**
950 WEST UNIVERSITY DR., SUITE 300
ROCHESTER, MI 48307
248-841-2200 | WWW.MILLER.LAW

E. Powell Miller
epm@miller.law

November 2, 2018

The Honorable Denise Page Hood                    Via ECF
United States District Judge
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 251
Detroit, MI 48226

>        *Re:*   **The Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.**
>                **Case No. 2:10-cv-14360**

Dear Chief Judge Hood:

I write on behalf of the Class Plaintiffs in the above-captioned action with regard to the settlement claims deadline. Class Counsel recently learned that on one page of the settlement website—the page with instructions for insurers and self-insured entities to file claims—the claims deadline was erroneously listed as November 8, 2018 rather than November 3, 2018. (In the other places where the deadline appears on the website, and in the notices, it appears accurately.) Therefore, at the Fairness Hearing, Class Counsel will request that the Court deem any claim made by November 8, 2018 as timely. This will ensure that no class member is prejudiced by the erroneous listing of the claims deadline.

Class Counsel have instructed the Claims Administrator to correct the website to accurately reflect the claims deadline. The website will also be updated to note that Class Counsel will request the Court to deem any claims made by November 8, 2018 timely.

If the Court has any questions, please let us know.
.



November 2, 2018
Page 2 of 2

Very truly yours,

**THE MILLER LAW FIRM, P.C.**

*/s/ E. Powell Miller*_____
E. Powell Miller

CC:  All Counsel of Record Via ECF

EPM/djv