May 30, 2019

Christopher Andrews
PO Box 530394
Livonia, MI 48153-0394

Judge Page Hood
The United States District Court
For The Eastern District of Michigan
Southern Division
231 W. Lafayette Blvd.
Detroit, Michigan 48226

FILED
JUN - 4 2019
CLERK'S OFFICE
DETROIT

Via First Class Mail

Re: Shane vs. Blue Cross Blue Shield of Michigan Case 2:10-cv-14360-DPH-MKM

Dear Judge Hood,

I sent class counsel an email requesting them to send a letter to the court asking for a decision in this matter that has been pending for over six months delaying justice for the class. I also informed them I would send the letter instead to the court in two weeks on behalf of the seven million Michigan residents if there was nothing on the docket as of today. There is nothing on the docket, hence this letter.

The class is entitled to a decision, justice delayed is justice denied. Please issue a decision as soon as possible.

Thank You,

Christopher Andrews

Pro Se Objector and Class Member

cc The Miller Law Firm

Christopher Andrews
PO Box 530394
Livonia, MI 48153-0394

RECEIVED
JUN - 4 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

Clerk of the Court
The United States District Court
For The Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, Michigan 48226

48226$2794 C008