UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE SHANE GROUP INC.; BRADLEY A. VENEBERG; SCOTT STEELE; MICHIGAN REGIONAL COUNCIL OF CARPENTERS EMPLOYEE BENEFITS FUND; ABATEMENT WORKERS NATIONAL HEALTH AND WELFARE FUND; and MONROE PLUMBERS AND PIPEFITTERS LOCAL 671 WELFARE FUND, | Case No. 2:10-cv-14360<br><br>Honorable Denise Page Hood<br><br>**NOTICE OF APPEAL** |

    Plaintiffs,

v.

BLUE CROSS AND BLUE SHIELD OF MICHIGAN,

    Defendant.

---

Notice is hereby given that class members ADAC Automotive, Baker College, Borroughs Corporation, Eagle Alloy Inc., Floracraft Corporation, Four Winds Casino Resort, Frankenmuth Bavarian Inn Inc., Gemini Group Inc., Gill-Roy's Hardware/Morgan Properties LLC, Grand Traverse Band of Ottawa and Chippewa Indians, Huizenga Group, Kent Companies Inc., Magna International of America, Inc., Master Automatic Machine Company Inc., Petoskey Plastics Inc., SAF-Holland USA Inc., Terryberry Company LLC, Thelen Inc., Trillium Staffing Solutions, Truss Technologies, and Wade Trim Group Inc., hereby appeal to the

United States Court of Appeals for the Sixth Circuit from Courts Orders and Judgment entered in this action on September 30, 2019 (Dkt. Nos: 364, 365 and 366).

Respectfully submitted,

VARNUM LLP
*Counsel for Objectors*

Dated: October 28, 2019          By:   s/ Bryan R. Walters
                                       Bryan R. Walters (P58050)
                                 Business Address, Telephone, and E-Mail:
                                       P.O. Box 352
                                       Grand Rapids, MI 49501-0352
                                       (616) 336-6000
                                       brwalters@varnumlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to registered e-filing counsel of record.  A copy was provided to the below named parties by first class United States mail.

Scott Mancinelli              Christopher Andrews
PO Box 3266                   P.O. Box 530394
Holland MI 49422-3266         Livonia MI 48152-0394

                              By:   s/ Bryan R. Walters
                                    Bryan R. Walters (P58050)
                              Business Address, Telephone, and E-Mail:
                                    P.O. Box 352
                                    Grand Rapids, MI 49501-0352
                                    (616) 336-6000
                                    brwalters@varnumlaw.com

15568719_1.docx