UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

The Shane Group, Inc., et al.,

           Plaintiff(s),

v.                                        Case No. 2:10−cv−14360−DPH−MKM
                                           Hon. Denise Page Hood

Blue Cross Blue Shield of
Michigan, et al.,

           Defendant(s).

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on October 28, 2019.

                                                 DAVID J. WEAVER, CLERK OF COURT

                                                 By: s/ D. Peruski
                                                     Deputy Clerk

Dated:   October 28, 2019