Clerk of Court

The United States District Court

For The Eastern District of Michigan

Southern Division

U.S. Courthouse

231 W. Lafayette Blvd.

Detroit, Michigan 48226

```
FILED
NOV -5 2019
CLERK'S OFFICE
DETROIT
```

The Shane Group, Inc.et al,         Case No. 2:10-cv-14360-DPH-MKM

Plaintiffs,                          Judge Denise Page Hood

v. Blue Cross Blue Shield of Michigan,

Defendant .

**REQUEST FOR THE COURT AND CLERK OF THE COURT TO PLACE THE OBJECTOR'S MOTION TO PROCEED IN FORMA PAUPERIS ON THE DOCKET WHICH IS INTENTIONALLY INETRFERING WITH THE COURT'S MACHINERY AND WOULD HELP CAUSE AN ILLEGAL DISMISSAL OF THE APPEAL**

Two copies of the objection (Doc 369) two copies of a motion to proceed informa pauperis and two copies of the sealed Form 4 were in the envelope and copies were mailed to class counsel. The envelope was received and the objection posted to the docket on 10-25-19 but the motion to proceed in forma pauperis has apparently been hidden. See Doc 369 pg 11 under Certificate of Service the first four lines. I called the clerk office early afternoon on Wednesday 10-30-19 and spoke to the clerk's office and was then transferred to her supervisor where I left a detailed message asking that individual to find the missing document form from the clerk or the court, please place it on the docket and left my phone number. There is no contact as of today 11-1-19 and the informa motion is still not on the docket.

That document should have been placed on the docket when the objection posted back on October 25, 2019. No one has the right to withhold the motion to proceed in forma pauperis off of the docket to help cause the case to be dismissed for not paying the fee or for not filing an informa pauperis motion. I demand the form be placed their immediately.

I hereby certify under penalty of perjury that all of the above is true and accurate to the best of my knowledge.

*[signature]*

Christopher Andrews, Pro se objector P.O. Box 530394 Livonia, MI 48153-0394

T. 248-635-3810  E. caaloa@gmail.com  Dated 11-1-19

## Certificate of Service

I hereby certify under penalty of perjury that on this day November 01, 2019 I mailed two copies of this document (one is a chamber's copy) to the Clerk of the Court via first class mail to the address on page one, a copy was sent to class counsel via first class mail and a copy was sent to the Sixth Circuit via Priority Mail which was attached to a motion for them to review.

*[signature]*

Christopher Andrews, Pro se objector, P.O. Box 530394 Livonia, MI 48153-0394

T. 248-635-3810 E. caaloa@gmail.com

Attention; Daniel Hedlund, Gustafson Gluek Pllc  Canadian  Pacific Plaza 120 South Sixth Street, Suite 2600 Minneapolis, MN 55402

Office of the Clerk

U.S. Court of Appeals for the Sixth Circuit

100 E. Fifth Street

Cincinnati, Ohio 45202-3988

Christopher Andrews
P.O. Box 530394
Livonia, MI 48153-0394

Metroplex MI 480 ZIP
FRI 01 NOV 2019 PM

RECEIVED
NOV 05 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

Clerk of the Court
United States District Court
for the Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, Michigan 48226


1000


48226


U.S. POSTAGE PAID
FCM LG ENV
LAKELAND, MI
48143
NOV 01, '19
AMOUNT
$1.15
R2305K137140-6