Clerk of Court

The United States District Court

For The Eastern District of Michigan

Southern Division

U.S. Courthouse

231 W. Lafayette Blvd.

Detroit, Michigan 48226



FILED
NOV - 6 2019
CLERK'S OFFICE
DETROIT

| | |
|---|---|
| The Shane Group, Inc. et al, | Case No. 2:10-cv-14360-DPH-MKM |
| Plaintiffs, | Judge Denise Page Hood |
| v. Blue Cross Blue Shield of Michigan, | |
| Defendant. | |

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

Objector requests leave to proceed in forma pauperis. The balance of the documents that go with this document are already in the building. There has been no follow up from anyone since the clerk received them eleven days ago. .

I hereby certify under penalty of perjury that all of the above is true and accurate to the best of my knowledge.

*/s/ Christopher Andrews*

Christopher Andrews, Pro se objector P.O. Box 530394 Livonia, MI 48153-0394

T. 248-635-3810  E. caaloa@gmail.com  Dated November 05, 2019

## Certificate of Service

I hereby certify under penalty of perjury that on this day November 04, 2019 sent two copies to the clerk of the court by Priority Mail. Copies were sent to the parties below by first class mail.

*[signature: Christopher Andrews]*

Christopher Andrews, Pro se objector, P.O. Box 530394 Livonia, MI 48153-0394

T. 248-635-3810 E. caaloa@gmail.com

Attention; Daniel Hedlund

Gustafson Gluek Pllc

Canadian Pacific Plaza

120 South Sixth Street, Suite 2600

Minneapolis, MN 55402

Todd Stenerson

Sherman & Sterling

401 9th Street N.W.

Washington, DC 20004

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013. All rights reserved.

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PM LAKELAND, MI
LAKELAND, MI
48143
NOV 04, 19
AMOUNT
**$7.35**
R2305K137140-8

48226
1021

**PRIORITY MAIL**

FROM:
Christopher Andrews
P.O. Box 530394
Livonia, MI 48153-0394

SCANNED

TO:
Clerk of the Court
United States District Court
for the Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, Michigan 48226

RECEIVED
NOV 06 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FOR DOMESTIC AND INTERNATIONAL USE
Label 228, March 2016

**PRIORITY MAIL**

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
* Domestic only

EXPECTED DELIVERY DAY: 11/05/19

USPS TRACKING NUMBER

9505 5122 9147 9308 1441 28

EP14F July 2013
OD: 12.5 x 9.5

PS00001000014

This envelope is made from post-consumer waste. Please recycle - again.

PRIORITY MAIL

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

PS00001000014
EP14F July 2013
OD: 12.5 x 9.5

* Domestic only.   * For international shipments, the maximum weight is 4 lbs.

U.S. MARSHALS

TRACKED ★★★ INSURED*

UNITED STATES POSTAL SERVICE®