# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 16, 2020

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 19-2261/19-2336, *Shane Group, Inc., et al v. Blue Cross Blue Shield of MI, et al*
Originating Case No: 2:10-cv-14360

Dear Mr. Weaver:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager

cc: Ms. Sharon Sue Almonrode
 Mr. John Gueli
 Mr. Brian Christopher Hauser
 Ms. Emily Hughes
 Mr. E. Powell Miller
 Ms. Rachel Elizabeth Mossman
 Mr. Thomas J. Rheaume Jr.
 Mr. Mark C. Rifkin
 Ms. Elizabeth Robinson
 Mr. Daniel A. Small
 Mr. Todd M. Stenerson
 Mr. Bryan R. Walters

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-2261/19-2336

_____

Filed: September 16, 2020

SHANE GROUP, INC.; BRADLEY A. VENEBERG; SCOTT STEELE; MICHIGAN REGIONAL COUNCIL OF CARPENTERS EMPLOYEE BENEFITS FUND; ABATEMENT WORKERS NATIONAL HEALTH AND WELFARE FUND; MONROE PLUMBERS AND PIPE FITTERS LOCAL 671 WELFARE FUND; ANNE NOAH; SUSAN BAYNARD

       Plaintiffs - Appellees Cross-Appellants

ADAC AUTOMOTIVE; BAKER COLLEGE; BORROUGHS CORPORATION; EAGLE ALLOY, INC.; FOUR WINDS CASINO RESORT; FRANKENMUTH BAVARIAN INN, INC.; GEMINI GROUP, INC.; GILL-ROY'S HARDWARE/MORGAN PROPERTIES, LLC; GRAND TRAVERSE BAND OF OTTAWA AND CHIPPEWA INDIANS; HUIZENGA GROUP; KENT COMPANIES, INC.; MASTER AUTOMATIC MACHINE COMPANY, INCORPORATED; PETOSKEY PLASTICS, INC.; SAF-HOLLAND USA; TERRYBERRY COMPANY, LLC; THELEN, INC.; TRILLIUM STAFFING SOLUTIONS; TRUSS TECHNOLOGIES; WADE TRIM GROUP, INC.; FLORACRAFT CORPORATION; MAGNA INTERNATIONAL OF AMERICA, INC.

       Objectors - Appellants Cross-Appellees

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN (19-2261/19-2336)

       Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 08/21/2020 the mandate for this case hereby issues today.

COSTS: None