# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE SHANE GROUP, INC., *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs<br>v.<br><br>BLUE CROSS BLUE SHIELD OF MICHIGAN,<br><br>    Defendant. | Case No. 2:10-cv-14360-DPH-MKM<br><br>Hon. Denise Page Hood<br><br>Magistrate Judge Mona K. Majzoub |

**PLAINTIFFS' AND BCBSM'S JOINT MOTION FOR ORAL ARGUMENT ON LIMITED ISSUE REMANDED TO THIS COURT <u>BY THE SIXTH CIRCUIT AT ECF NOS. 389-390</u>**

Plaintiffs The Shane Group, Inc., Bradley A. Veneberg, Michigan Regional Council of Carpenters Employee Benefits Fund, Abatement Workers National Health and Welfare Fund, Monroe Plumbers & Pipefitter Local 671 Welfare Fund, Scott Steele, Anne Noah, and Susan Baynard (collectively, "Plaintiffs") along with Defendant Blue Cross Blue Shield of Michigan ("BCBSM"), by and through their undersigned counsel, respectfully submit this Motion for oral argument on the limited issue remanded to this Court by the August 21, 2020 order of the United States Court of Appeals for the Sixth Circuit, namely, the amount of Varnum's fee award. *See* ECF Nos. 389 and 390.

There also is a related issue that has not been decided by this Court: whether Varnum's fees should come from the Settlement Fund or from the fees awarded to Class Counsel. Plaintiffs and BCBSM respectfully request an opportunity to address both issues at oral argument and request that such a hearing be set at the Court's earliest convenience to comply with the Court of Appeals' expectation of a "prompt decision" (ECF No. 389 at p. 3) on these issues and the parties' obligation to provide "a status report on the proceedings before the district court, beginning 60 days after entry of this order and recurring every 60 days thereafter." *Id*.

As required by Local Rule 7.1(a), Plaintiffs' counsel met and conferred with counsel for the Varnum Objectors on October 5, 2020 via email. Counsel informed

Plaintiffs that he agrees with requesting a hearing but does not agree with all of the wording of the motion.

WHEREFORE, Plaintiffs and BCBSM respectfully request the opportunity to address the aforementioned issues at oral argument and request that such a hearing be set at the Court's earliest convenience to comply with the Court of Appeals' expectation of a "prompt decision" (ECF No. 389 at p. 3) on these issues.

Dated: October 6, 2020     Respectfully submitted,

/s/ *E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
epm@millerlawpc.com

Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

Daniel A. Small
Brent W. Johnson
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
dsmall@cohenmilstein.com
bjohnson@cohenmilstein.com

Mark C. Rifkin
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
270 Madison Avenue
New York, New York, 10016
Telephone: (212) 545-4690
rifkin@whafh.com

*Settlement Class Counsel*


*/s/ Todd Stenerson (w/consent)*
Todd Stenerson
**SHEARMAN & STERLING LLP**
401 9th Street, NW
Washington D.C. 20004-2128
202-508-8000
todd.stenerson@shearman.com

*Counsel for Defendant Blue Cross Blue Shield of Michigan*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE SHANE GROUP, INC., *et al.*, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs<br>v.<br><br>BLUE CROSS BLUE SHIELD OF MICHIGAN,<br><br>   Defendant. | Case No. 2:10-cv-14360-DPH-MKM<br><br>Hon. Denise Page Hood<br><br>Magistrate Judge Mona K. Majzoub |

**BRIEF IN SUPPORT OF PLAINTIFFS' AND BCBSM'S
JOINT MOTION FOR ORAL ARGUMENT ON
LIMITED ISSUE REMANDED TO
<u>THIS COURT BY THE SIXTH CIRCUIT AT ECF NOS. 389-390</u>**

i

## STATEMENT OF ISSUES PRESENTED

1. Whether the Court should schedule prompt oral argument on the limited issue remanded to this Court by the August 21, 2020 order of the United States Court of Appeals for the Sixth Circuit (at ECF Nos. 389 and 390), namely, the amount of Varnum's fee award and the undecided related issue of whether Varnum's fees should come from the Settlement Fund or from the fees awarded to Class Counsel?

   **Plaintiffs and BCBSM Answer:     Yes**

## **MOST CONTROLLING AUTHORITIES**

E.D. Mich. L.R. 7.1

ECF Nos. 389-390

In support of Plaintiffs' and Blue Cross Blue Shield of Michigan's ("BCBSM") Motion for Oral Argument on Limited Issue Remanded to this Court by the Sixth Circuit at ECF Nos. 389-390, Plaintiffs and BCBSM rely on the content of their motion, the record, ECF Nos. 389-390, E.D. Mich. L.R. 7.1, and the discretion of the Court.

Dated: October 6, 2020                    Respectfully submitted,

/s/ *E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
epm@millerlawpc.com

Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

Daniel A. Small
Brent W. Johnson
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, DC 20005

1

Telephone: (202) 408-4600
dsmall@cohenmilstein.com
bjohnson@cohenmilstein.com

*Settlement Class Counsel*

*/s/ Todd Stenerson (w/consent)*
Todd Stenerson
**SHEARMAN & STERLING LLP**
401 9th Street, NW
Washington D.C. 20004-2128
Telephone: 202-508-8000
todd.stenerson@shearman.com

*Counsel for Defendant Blue Cross Blue Shield of Michigan*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

I further certify that I served copies of the foregoing via First Class U.S. Mail and electronic mail upon the following:

Christopher Andrews
P.O. Box 530394
Livonia MI 48152-0394

                            THE MILLER LAW FIRM, P.C.

                            */s/ E. Powell Miller*_____
                            E. Powell Miller (P39487)
                            950 W. University Dr., Suite 300
                            Rochester, MI 48307
                            Tel: (248) 841-2200
                            epm@millerlawpc.com