# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE SHANE GROUP, INC., et al., | )<br>)<br>) Case No. 2:10-cv-14360-DPH-MKM<br>) |
| Plaintiffs, on behalf of themselves and all others similarly situated | )<br>)<br>) Hon. Denise Page Hood |
| v. | )<br>) |
| BLUE CROSS BLUE SHIELD OF MICHIGAN, | )<br>) |
| Defendant. | ) |

## STIPULATED ORDER AUTHORIZING MEDIATION OF VARNUM GROUP OBJECTION AND MOTION FOR ATTORNEY FEES

Whereas, on August 21, 2020, the United States Court of Appeals for the Sixth Circuit remanded the cross appeals related to the Varnum Group's objection to the present settlement and the Court's award of attorney fees and costs to the Varnum Group related to its objection to the previous settlement;

Whereas, the Court of Appeals for the Sixth Circuit expects a "prompt decision" regarding the amount of attorney fees to be awarded to the Varnum Group;

Whereas, Plaintiffs, Defendant, and the Varnum Group believe that mediation may prove fruitful and potentially result in an outcome that moots

1

further proceedings with regard to the Varnum Group's objection and motion for fees;

IT IS HEREBY ORDERED that:

1. Plaintiffs, Defendant, and the Varnum Group are hereby authorized to mediate before Paul Calico, Chief Circuit Mediator, U.S. Sixth Circuit Court of Appeals, on all issues relating to the Varnum Group's objection and motion for fees.

2. Plaintiffs, Defendant, and the Varnum Group are directed to mediate as soon as possible, subject to Mr. Calico's availability. Mediation shall be complete by November 24, 2020.

3. The parties and the members of the Varnum Group shall attend the mediation unless they give full settlement authority to their counsel in this matter.

4. The hearing on issues relating to the Varnum Group's fee motion, currently scheduled for November 13, 2020, shall be continued to December 1, 2020 or as soon thereafter as the Court's calendar permits.

Dated: October 21, 2020

                                                s/Denise Page Hood
                                                United States District Judge

**Date: October 19, 2020**

/**s**/ *E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, Michigan, 48307
Telephone: (248) 841-2200
epm@millerlawpc.com

Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com

Daniel A. Small
Brent W. Johnson
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
dsmall@cohenmilstein.com
bjohnson@cohenmilstein.com

Mark C. Rifkin
**WOLF HANDENSTEIN ADLER FREEMAN & HERZ LLC**
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4690
rifkin@whafh.com
*Settlement Class Counsel*

So Stipulated and Agreed:

/s/ *Todd M. Stenerson (w/consent)*

Todd M. Stenerson (P51953)
**SHEARMAN & STERLING LLP**
401 9th Street N.W.
Washington, DC 20004
Telephone: (202) 508-8093
todd.stenerson@shearman.com

*Counsel for Defendant Blue Cross Blue Shield of Michigan*

/s/ *Bryan R. Walters (w/consent)*
Bryan R. Walters (P58050)
**VARNUM LLP**
P.O. Box 352
Grand Rapids, Michigan 49501-0352
Telephone: (616) 336-6000
brwalters@varnumlaw.com

*Counsel for the Varnum Group*