## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 01, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re: Case No. 19-2260, *Shane Group, Inc., et al v. Blue Cross Blue Shield of MI, et al*
         Originating Case No. : 2:10-cv-14360

Dear Ms. Essix,

 Enclosed is a copy of the mandate filed in this case.

               Sincerely yours,

               s/Zachary Love
               For Maria Welker
               Case Manager

cc: Ms. Sharon Sue Almonrode
   Christopher Andrews
  Mr. John Gueli
  Mr. Daniel E. Gustafson
  Mr. Brian Christopher Hauser
   Emily Hughes
  Mr. E. Powell Miller
  Ms. Rachel Elizabeth Mossman
  Mr. Thomas J. Rheaume Jr.
  Ms. Elizabeth Robinson
  Mr. Todd M. Stenerson

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 19-2260

Filed: March 01, 2021

SHANE GROUP, INC.; BRADLEY A. VENEBERG; SCOTT STEELE; MICHIGAN REGIONAL COUNCIL OF CARPENTERS EMPLOYEE BENEFITS FUND; ABATEMENT WORKERS NATIONAL HEALTH AND WELFARE FUND; MONROE PLUMBERS AND PIPE FITTERS LOCAL 671 WELFARE FUND

    Plaintiffs - Appellees

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN

    Defendant - Appellee

CHRISTOPHER ANDREWS

    Objector - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 01/14/2021 the mandate for this case hereby issues today.

COSTS: None