# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 18, 2021

Ms. Sharon Sue Almonrode

Christopher Andrews

Emily Hughes

Mr. E. Powell Miller

Mr. Perrin Rynders

Mr. Todd M. Stenerson

    Re:  Case No. 21-1041, *Shane Group, Inc., et al v. Blue Cross Blue Shield of MI, et al*
           Originating Case No. 2:10-cv-14360

Dear Counsel and Mr. Andrews,

  The Court issued the enclosed Order today in this case.

                                           Sincerely yours,

                                           s/Maria T. Welker
                                         Case Manager
                                         Direct Dial No. 513-564-7025

cc:  Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 21-1041

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

SHANE GROUP, INC.; BRADLEY A. VENEBERG; SCOTT STEELE; MICHIGAN REGIONAL COUNCIL OF CARPENTERS EMPLOYEE BENEFITS FUND; ABATEMENT WORKERS NATIONAL HEALTH AND WELFARE FUND; MONROE PLUMBERS AND PIPE FITTERS LOCAL 671 WELFARE FUND; ANNE NOAH; SUSAN BAYNARD

      Plaintiffs - Appellees

ADAC AUTOMOTIVE; BAKER COLLEGE; BORROUGHS CORPORATION; EAGLE ALLOY, INC.; FOUR WINDS CASINO RESORT; FRANKENMUTH BAVARIAN INN, INC.; GEMINI GROUP, INC.; GILL-ROY'S HARDWARE/MORGAN PROPERTIES LLC; GRAND TRAVERSE BAND OF OTTAWA AND CHIPPEWA INDIANS; HUIZENGA GROUP; KENT COMPANIES, INC.; MASTER AUTOMATIC MACHINE COMPANY, INCORPORATED; PETOSKEY PLASTICS, INC.; SAF-HOLLAND USA; TERRYBERRY COMPANY, LLC; THELEN, INC.; TRILLIUM STAFFING SOLUTIONS; TRUSS TECHNOLOGIES; WADE TRIM GROUP, INC.

      Objectors - Appellees

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN

      Defendant - Appellee

CHRISTOPHER ANDREWS

      Objector - Appellant

   Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

    It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                                        **ENTERED PURSUANT TO RULE 45(a),**
                                                        **RULES OF THE SIXTH CIRCUIT**
                                                        Deborah S. Hunt, Clerk

Issued: March 18, 2021