# EXHIBIT 1

November 19, 2022

Gustafson Gluek PLLC
Canadian Pacific Plaza
120 South Sixth Street
Suite 2600
Minneapolis, Minnesota
                        55402

Dear sir or madam,

United States Postal Service "Informed Delivery" has notified me that you are attempting to send a certified letter to my address. Be advised that my agent is not authorized to accept certified mail on my behalf. If you will re-send your communication by First Class Mail it will be forwarded to me for consideration and reply.

Respectfully,

*[signature]*

Dale J. Schubert
P.O. Box 1602
Midland, Michigan
                        48641