

E. Powell Miller
epm@millerlawpc.com
950 West University Dr., Ste 300
Rochester, MI 48307
248-841-2200

January 23, 2023

**VIA ECF**
The Honorable Denise Page Hood
United States District Judge
U.S. District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 251
Detroit, MI 48226

> **Re:** ***The Shane Grp., Inc., et al. v. Blue Cross Blue Shield of Mich., et al.*,**
> **Case No. 2:10-cv-14360-DPH-MKM**

Dear Judge Hood:

I write on behalf of Class Plaintiffs in light of a third letter written to the Court by Dale Schubert, dated January 10, 2023. (ECF 412). Counsel for Class Plaintiffs do not intend to respond further to Mr. Schubert unless the Court requests a response.

Sincerely,

**THE MILLER LAW FIRM, P.C.**

*/s/ E. Powell Miller*
E. Powell Miller
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com

*Class Counsel*

Cc:   All Counsel of Record (via ECF)
      Dale Schubert (First Class U.S. Mail)

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2023, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings, and that I placed in the mail a copy of the same to Dale Schubert, via first class mail.

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com